CASE # 05-1475 RWR

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10-27-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Marshall C. Brookes | Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: United States Attorney Kenneth L. Weinstein, 555 4th Street, N.W. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/27/05   *Marshall C. Brookes*
                Date              Signature of Server

2814 Roma Rd.
Address of Server
Baltimore, MD 21207

**RECEIVED**

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Summons in Civil Case # 1:05CV01475 hand delivered to Kenneth L. Wainstein

Address: United States Attorney
555 4th Street, N.W.
Washington, D.C. 20001

Date: Thursday October 27, 2005

Time:

Received by (print name) _____

Signature: _____

**RECEIVED**

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-27-05 |
| NAME OF SERVER (PRINT) Marshall C. Brookes | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: U.S. Department of Justice
Alberto R. Gonzales, Attorney General, 950 Pennsylvania Ave. N.W. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/27/05          *Marshall C. Brookes*
             Date               Signature of Server

2814 Rana Rd
Address of Server
Balt. MD 21207

**RECEIVED**
NOV 1 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Summons in Civil Case # 1:05CV01475 hand delivered to Alberto Gonzales

Address: Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Date: Thursday October 27, 2005

Time: 10:55 am

Received by (print name) DAVID BURROUGHS

Signature: _____

**RECEIVED**

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE #05-1475 RWR

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-27-05 |
| NAME OF SERVER *(PRINT)* Marshall C. Brookes | TITLE Courier |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: U.S. Department of the Interior, Secretary Gale A. Norton, 1849 C Street, N.W. 20240

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10/27/05        *Marshall C. Brookes*
             Date                Signature of Server

2814 Rama Rd
Address of Server
Baltimore, MD 20207

**RECEIVED**
NOV 16 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Summons in Civil Case # 1:05CV01475 hand delivered to Gale A. Norton

Address: Secretary of the Interior
1849 C Street, N. W.
Washington, D.C. 20240

Date: Thursday October 27, 2005

Time: 10:30

Received by (print name) Jean Maybee

Signature: *[signed]*

**RECEIVED**

NOV 1 6 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT