UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMELLA J. ARNOLD,**      )<br>                                             )<br>           **Plaintiff,**        )<br>                                             )<br>           v.                              )<br>                                             )<br>**GALE A. NORTON, Secretary,**  )<br>**U.S. Department of the Interior,**  )<br>                                             )<br>           **Defendant.**       )<br>                                             ) | **Civil Action No.:**<br>**05-01475**<br><br>**Judge Richard W. Roberts** |

## Notice of Appearance

The Clerk of the Court will please enter the appearance of David A. Branch and the Law Office of David A. Branch as counsel for Plaintiff Romella J. Arnold.

Respectfully submitted,

By:      /s/
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C.  20009
(202) 785-2805
Attorney for Plaintiff