UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMELLA J. ARNOLD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 05-01475 |
| **GALE A. NORTON, Secretary,** ) | |
| **U.S. Department of the Interior,** ) | Judge Richard W. Roberts |
| ) | |
| **Defendant.** ) | |
| ) | |

**PLAINTIFF'S CONSENT MOTION TO
CONTINUE STATUS CONFERENCE**

Comes now Plaintiff Romella J. Arnold, by and through counsel, and files this consent motion to continue the status conference, and in support thereof states as follows.

A status conference for this matter is scheduled for February 17, 2006. Counsel for Plaintiff will be out of town the week of February 13 through the 17, 2006. Plaintiff requests a continuance on the status conference. Counsel contacted Defendant's counsel to advise her of this request and she consents to this motion.

Respectfully submitted,

/s/

By: _____
David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

2

**Certificate of Service**

    I hereby certify this 6th day of January 2006, that a copy of the foregoing Plaintiff's Motion to Continue Status Conference was sent electronically to counsel for Defendant listed below.

Rhonda C. Fields
United States Attorney's Office
555 4th Street, NW
10th Floor
Washington, D.C. 20530

                                                        /s/

                                             David A. Branch