UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CA No. 05-1475 (RWR) |
| v. | ) |
| | ) |
| GALE A. NORTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

It is hereby ORDERED that:

1. Plaintiff shall add additional parties or amend her pleadings within thirty days of the date of this Order, and defendant shall respond not later then 20 days after the filing of any amended pleading.

2. The parties have stipulated and agreed to dispense with initial disclosures.

3. Discovery will close 180 days from the later of the following: the entry of this Order, or the close of mediation.

4. The parties shall each have no more than 25 interrogatories and no more that 10 depositions.

5. Plaintiff's expert report shall be due within 90 days of commencement of discovery, and expert discovery shall proceed pursuant to the Federal Rules of Civil Procedure.

6. Dispositive motions shall to be filed no later than 60 days following the close of discovery; that responses and oppositions shall be filed no later than 30 days thereafter, and replies, if any, be filed no later than 15 days thereafter.

      7.  A pretrial conference shall be scheduled following the conclusion of discovery and the Court's ruling on any dispositive motions filed.

      8.  A firm trial date shall be set at the pre-trial conference.

Date:                         _____
                              UNITED STATES DISTRICT JUDGE