UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD,           )<br>                              )<br>         Plaintiff,          )<br>                              )<br>         v.                   )<br>                              )<br> GALE A. NORTON, Secretary,   )<br> U.S. Department of the Interior, )<br>                              )<br>         Defendant.           )<br>                              ) | Civil Action No.:<br>05-01475<br><br>Judge Richard W. Roberts |

### PLAINTIFF'S CONSENT MOTION FOR
### SIXTY DAY EXTENSION OF DISCOVERY

Comes now Plaintiff Romella J. Arnold, by and through counsel, and files this consent motion for sixty day extension of discovery, and in support thereof states as follows.

Discovery in this matter is scheduled to close on September 28, 2006. At the initial scheduling conference, the parties agreed to attempt mediation before proceeding with discovery. Unfortunately, mediation could not be scheduled until May 31, 2006. Due to the schedules of parties and counsel, the parties have engaged in limited discovery but depositions have yet to be taken. Plaintiff requests that the court extend discovery by sixty days, and all other deadlines by sixty days, and the Defendant consents to this request.

          Respectfully submitted,

          /s/

By: _____
      David A. Branch #438764
      Law Office of David A. Branch, P.C.
      1825 Connecticut Avenue, NW #690
      Washington, D.C.  20009
      (202) 785-2805
      Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 28th day of September 2006, that a copy of the foregoing Plaintiff's Consent Motion for a Sixty Day Extension of Discovery was sent electronically to counsel for Defendant listed below.

Rhonda C. Fields
United States Attorney's Office
555 4th Street, NW
10th Floor
Washington, D.C. 20530

          /s/

      _____
      David A. Branch