UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROMELLA ARNOLD, )
 )
    Plaintiff, )
 )  CA No. 05-1475 (RWR)
v. )
 )
GALE A. NORTON, )
 )
    Defendant. )
 )

CONSENT MOTION TO CONTINUE STATUS CONFERENCE

    The parties respectfully submit this consent motion requesting the Court to reschedule the status conference currently scheduled for Friday, March 29, 2007 at 9:00 a.m.. Pursuant to the Court's previous order, the parties have been engaging in mediation with the assistance of Magistrate Judge Facciola. The parties have had two meetings with the Magistrate Judge and currently are exploring various options for possible settlement of this matter. Therefore the parties request that the status conference be rescheduled no less than two weeks from March 29th

to allow the parties time to complete mediation.

                              Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970

Counsel for Defendant