UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA ARNOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE A. NORTON, )<br>)<br>Defendant. )<br>) | CA No. 05-1475 (RWR) |

ORDER

Upon consideration of the parties motion to reschedule the status conference currently scheduled for March 30, 2006, it is here

ORDERED that the status conference is cancelled and rescheduled for_____.

Date:            _____
                 UNITED STATES DISTRICT JUDGE