UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMELLA J. ARNOLD,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GALE A. NORTON, Secretary,** )<br>**U.S. Department of the Interior,** )<br>)<br>**Defendant.** )<br>) | **Civil Action No.:**<br>**05-01475**<br><br>**Judge Richard W. Roberts** |

## PLAINTIFF'S CONSENT MOTION FOR

## CONTINUANCE OF STATUS CONFERENCE

Comes now Plaintiff Romella J. Arnold, by and through counsel, and files this consent motion for continuance of status conference, and in support thereof states as follows.

A status conference is scheduled in this matter on April 20, 2007. Plaintiff's counsel suffered a death in his family and must travel to Chicago this week for a memorial service and funeral, and the funeral will be in Chicago on Friday, April 20, 2007. Plaintiff's counsel will not be available for the status conference on April 20, 2007. Plaintiff requests that the court continue the scheduling conference to the next available date on the court's calendar. Defendant's counsel consents to this motion.

Respectfully submitted,

/s/
By: _____

David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

## Certificate of Service

I hereby certify this 16th day of April 2007, that a copy of the foregoing Plaintiff's Consent Motion to Continue Status Conference was sent electronically to counsel for Defendant listed below.

Rhonda C. Fields
United States Attorney's Office
555 4th Street, NW
10th Floor
Washington, D.C. 20530

/s/
_____
David A. Branch