UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROMELLA J. ARNOLD | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-CV-01475 (RWR) |
| GALE NORTON, DEPARTMENT OF THE INTERIOR, | ) | |
| Defendant. | ) | |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE

Defendant respectfully requests an extension of time of two days in which to file its motion for summary judgment. Defendant's motion currently is due on July 9, 2007. Defendant requires the requested extension to allow it to obtain a completed affidavit from an individual who has not yet returned from vacation and to allow for agency and supervisory review of the final motion.

This is the first request for an extension of time to file defendant's dispositive motion. Counsel for plaintiff consents to this motion.

Respectfully Submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970