UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD ) | |
|     Plaintiff, ) | |
|         v. ) | Civil Action No. 05-CV-01475 (RWR) |
| ) | |
| GALE NORTON, DEPARTMENT ) | |
| OF THE INTERIOR, ) | |
| ) | |
|     Defendant. ) | |

ORDER

Upon consideration of the consent motion for an extension of time in which to file defendant's motion for summary judgment, it is hereby

ORDERED that the motion is granted and defendant shall file its motion on or before July 11, 2007.

Date: _____

UNITED STATES DISTRICT COURT JUDGE