UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROMELLA J. ARNOLD<br>　　Plaintiff,<br>　　　　v.<br><br>GALE NORTON, DEPARTMENT<br>OF THE INTERIOR,<br><br>　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-CV-01475 (RWR) |

ORDER

Upon consideration of defendant's motion for summary judgment, and the plaintiff's response thereto, it is hereby

ORDERED that the motion is GRANTED and the plaintiff's complaint is DISMISSED.

Date: _____

UNITED STATES DISTRICT COURT JUDGE