**ORIGINAL**



UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

IN RE:
ROMELLA ARNOLD,
COMPLAINANT

Docket No. LLM-04-002

---

SWORN STATEMENT OF
ROMELLA J. ARNOLD

KAUFMANN & BRICK
4208 Evergreen Lane
Suite 234
Annandale, Virginia 22003

MARCH 6, 2007
10:43 A.M.

000046

SWORN STATEMENT OF ROMELLA J ARNOLD   3/06/07   CCR #14165-5

## APPEARANCES

ON BEHALF OF THE BUREAU OF LAND MANAGEMENT:

Jonathan Kaufmann, Investigator

**KAUFMANN & BRICK**

    4208 Evergreen Lane, Suite 234

    Annandale, Virginia 22003

    Telephone: 703.354.2383

    Fax: 703.354.2386

    Email: jkaufmann@verizon.net


ON BEHALF OF ROMELLA ARNOLD:

Sandra McCrary, Attorney

**LAW OFFICES OF SANDRA MCCRARY**

    1101 East 33rd Street, Suite C 303

    Baltimore, Maryland 21218

    Telephone: 443.451.7093

    Fax: 443.451.7099

    Email: mccrarysn@aol.com


ALSO PRESENT:

Claudette Turner,

County Court Reporters



County COURT REPORTERS, Inc.
Videography & Litigation Technology

800.262.8777   Historic Jordan Springs   1160 Jordan Springs Road   Stephenson, VA 22656   540.667.6562

```
 1              SWORN STATEMENT OF
 2              ROMELLA J. ARNOLD
 3               March 6, 2007
 4       MR. KAUFMANN: Let's go on the record.
 5  This is the EEO complaint of Romella Arnold versus the
 6  Bureau of Land Management, U.S. Department of Interior.
 7       I, Jonathan E. Kaufmann appearing as the
 8  investigator in this case.  The case number is BLM
 9  050257.
10       I have with Ms. Arnold, her attorney, Sandra
11  McCrary who is also here.
12       First of all what I'd like to do for the
13  record, Ms. Arnold, do you promise or swear to tell the
14  truth, the whole truth and nothing but the truth?
15       THE WITNESS: I do.
16       MR. KAUFMANN: Okay.
17  ROMELLA J. ARNOLD, having been duly sworn, was examined
18  and testified as follows:
19  DIRECT EXAMINATION
20  BY MR. KAUFMANN:
21     Q.   For the record could you please state your
22  full name?
23     A.   Romella J. Arnold.
24     Q.   Okay.  And currently where are you employed?
25     A.   I'm employed with the Department of the
```

SWORN STATEMENT OF ROMELLA J ARNOLD   3/06/07 CCR #14165-5

```
 1   the earlier complaint that went to filing--
 2       A.   Absolutely.
 3       Q.   -- in October 2003?  So maybe you could sort
 4   of just summarize that.
 5       A.   Okay.
 6       Q.   Because again I don't want to re-litigate
 7   that issue which is now in Court.  You know, but what
 8   is the, she accused you of doing something improper?
 9       A.   Right, she accused me on five different
10   occasions.  Three of those occasions were before my
11   peers and in front of my peers, she asked the question
12   in open forum in the staff meeting setting.
13            I had a meeting with her following the
14   initial accusation and present at that meeting was
15   Connie Stewart and Sylvia Felder.  Connie Stewart was
16   the Group Manager for the Special Initiatives Group
17   which my program fell under.  And Sylvia Felder was an
18   administrative person that worked with handling the
19   budgets for the entire HR programs.
20            And in that meeting she opened up that
21   meeting with the same question, why are you laundering
22   all this money to Langston?
23            I vehemently opposed the accusation, I
24   challenged her on the money going to Langston versus
25   the money going to majority schools during that same
```

1  time period. BLM gave $2.4 million to majority
2  universities and Langston at that time had received
3  possibly $270,000.
4          So I challenged that, I said, if this is
5  laundering, what do you call $204 million? And she
6  says, well I don't handle those programs.
7          So the meeting adjourned quickly and then
8  following that meeting I went and I told Connie
9  Stewart, my Group Manager, that if Marilyn Johnson
10 continued to use that word, money laundering, I was
11 going to report her to the IG for misconduct.
12         ~~I didn't do that because she continued,~~
13 ~~she,~~ I didn't go to the IG but she continued after I'd
14 asked her not to use that term in an open forum or to
15 me, she continued.
16         Once she lodged the accusation of money
17 laundering, she never went to any of the BLM managers
18 that sanctioned the Langston initiative. I inherited
19 the Langston initiative because it fell under the HBCU
20 Program Management which was Bill Nunn. And when he
21 died that's when I inherited the program.
22         And I worked that program very well. We
23 had great success with the students that we recruited
24 as well as great success with the curriculum
25 enhancement to put a strong natural resource program at



1   A.   Yes, Mike Brown comes in.  Mike Brown had
2   less than two years of federal employment.  He was out
3   in Phoenix, working for the BLM with no real job in the
4   BLM, because the job that he was hired in at the BLM,
5   he had already been removed from.
6        So he's just sitting out in Phoenix and
7   they found a place for him and Marilyn took him and
8   brought him in to make him the head of the Student
9   Program.
10       She also promoted, he was promoted to a GS-
11  14.  I don't, I think he came with his GS-14 so it was
12  a reassignment for him when he got the job at the GS-14
13  level.
14       Q.   Okay.
15            MS. MCCRARY:  Can we--
16            MR. KAUFMANN:  Let's go off the record.
17  OFF THE RECORD
18  CONTINUATION OF DIRECT
19  EXAMINATION BY MR. KAUFMANN:
20       Q.   So you're reassigned.  You mentioned
21  something about a 14.  Was your position that you were
22  previously holding as--
23       A.   My full performance level in the position as
24  the Student Employment Program Manager was a GS-14.
25       Q.   And so was it a career ladder 14 or was it

1  just that there could be a 14 in the, you know, would
2  you have had to compete for a 14?
3     A.   I, I believe that Warren Johnson had the job
4  reclassified as a 14 because I was going to get the 14
5  based on an increase of duties because now I'm doing
6  two programs, I'm managing the HBCU Program as well as
7  the full Student Employment Program, which included the
8  student career and the student temporary hires.
9     Q.   All right.
10    A.   For the entire Bureau.  And so that 14
11 position that had already been identified at the 14
12 level, and keep in mind Bill Nunn was a 14 as the HBCU
13 Program Manager.
14         I assumed his responsibilities and that's
15 where that 14 came from.  And it was Warren Johnson's
16 every intention to promote me into that job, which is
17 why he recommended me for the promotion.  I mean in
18 writing.
19    Q.   When was that?
20    A.   That was October of 2001.
21    Q.   Okay, but you were, that never happened?
22    A.   That never happened, I never, there was a
23 freeze when he made the recommendation, on, on hiring
24 and promotions.  So I didn't get the 14.
25    Q.   Okay.