EXHIBIT D2b

Standard Form 50-B
7/91
Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| [RE]LD, ROMELLA J. | [redacted] | 05/09/52 | 08/10/03 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-A. Code | 5-B. Nature Of Action | 6-A. Code | 6-B. Nature of Action |
| 721 | REASSIGNMENT | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| N2M | REG 335.102 | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 14. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SCEP PROGRAM MANAGER | EQUAL OPPORTUNITY SPECIALIST |
| WO73000    004301A | WO72000    0010150 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 08 | $ 85169 | PA | GS | 0360 | 13 | 08 | $ 85169 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 75545 | $ 9624 | $ 85169 | $ 0 | $ 75545 | $ 9624 | $ 85169 | $ 0 |

| 21. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| WASHINGTON OFFICE, BUR OF LAND<br>ASST DIR. HUMAN RESOURCES MGMT<br>WORKFORCE PLANNING GROUP | WASHINGTON OFFICE, BUR OF LAND<br>ASST DIR. HUMAN RESOURCES MGMT<br>EQUAL EMPLOYMENT OPPORTUNITY<br><br>WASHINGTON, DC |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None 3-10-Point/Disability 5-10-Point Other<br>    2-5-Point  4-10-Point Compensable 6-10-Point/Compensable/30% | 1  0-None 2-Conditional<br>   1-Permanent 3-Indefinite | F SEX | YES  ☒ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 10/21/73 | F  FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service 3-SES General<br>    2-Excepted Service 4-SES Career Reserved | E  E-Exempt<br>   N-Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS  00  NC | N | 13 | 8 | NONSENSITIVE/LOW RI |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF LAND MGMT | Linda Bell<br>PERSONNEL MANAGEMENT SPEC |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | 031228387 |
| IN05 | 1868 | 08/08/03 | |

Form DI-2002
December 1997



# DEPARTMENT OF THE INTERIOR
# EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

| Employee's Name: Romella Arnold | Rating Period: 10/01/03-09/30/04 |
|---|---|
| Title/Series/Grade: Equal Opportunity Specialist, GS-360-13 | Bureau/Office: BLM/EEO |
| Duty Location: Washington, D.C. | |

**PART I. PERFORMANCE PLAN**　　　　　　　　　　　　　　　　RESULTS (Enter: *Achieved or Not Achieved*)

*CRITICAL RESULTS (Lists no more than five)*

**A. Program Responsibility.** Provides overall guidance and direction for BLM's External (Public) and Internal (DOI) Civil Rights Program. Serves as the advisor and internal consultant to BLM's management officials regarding the Civil Rights Program, eg. Federal financial assistance and Federally conducted programs. Develops, reviews, and/or recommends policy and procedures in assigned areas. Represents BLM to the Department and other Federal agencies. Attends meetings and conferences on Civil Rights issues. Participates on task forces, work groups and other teams as necessary.

**B. Training.** Develops and administers training for all BLM EEO managers regarding Title VI and Title IX program. Training program will consist of procedures and guidelines for the program.

**C. Communication.** Contributes to work environment that fosters communication, cooperation, and efficiency and that promotes the morale of the entire staff.

**D. Special Projects.** Leads and assist in carrying out special projects related to the Civil Rights and ~~Equ~~al Opportunity Programs as assigned. Reviews and comments on proposed changes to policies, ~~regu~~lations, procedures, and programs from the Department and/or OPM.

**PERFORMANCE INDICATORS.** Appraisals should fairly reflect the overall performance of an employee. Performance indicators identify those characteristics (such as quality, teamwork, customer service) that are important to successful performance in each critical result. In appraising an employee's performance, the rating official will carefully review the performance indicators in assessing whether a particular critical result has been achieved by the employee.

Generally, an employee will not be rated as "Results Not Achieved" in the critical result to which a particular performance indicator applies where there is only one failure in that performance indicator. It follows, of course, that a repetition of failures in a single performance indicator can be the basis for a "Results Not Achieved" rating for the critical result if, in the rating official's judgment, the critical result was not met overall. There may be situations where a single, particularly significant failure to maintain the level of performance expected in a particular performance indicator could warrant a determination that the employee will receive a "Results Not Achieved" for the applicable critical result. A significant failure could include, for example, harm to persons or property, a loss of a great amount of money or resources, or a breach of security.

*e or underline the applicable critical result letter(s).*

**LITY**

| | Apply to Critical Result(s): | | | |
|---|---|---|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and/or expertise in areas of assigned responsibility. | All | A D | B E | C |
| **Accuracy and Thoroughness of Work:** Plans, organizes, and executes work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | All | A D | B E | C |
| **Soundness of Judgment and Decisions:** Assesses tasks objectively and researches and documents assignments carefully. Weighs alternative courses of action, considering long and short term implications. Makes and executes timely decisions. | All | A D | B E | C |
| **Effectiveness of Written Documents:** Written work is clear, relevant, concise, well organized, grammatically correct, and appropriate to audience. | All | A D | B E | C |
| **Effectiveness of Communications:** Presentation meets objectives, is persuasive, tactful, and appropriate to audience. Demonstrates attention, courtesy, and respect for other points of view. | All | A D | B E | C |
| **Timeliness of Meeting Deadlines:** Completes work in accordance with established deadlines. | All | A D | B E | C |
| **Effectiveness of Supervision:** Directs and coordinates activities of unit, assuring deadlines are met. Coaches, counsels, develops, and utilizes staff effectively, demonstrating a commitment to the workforce. | All | A D | B E | C |
| **Other (specify):** | All | A D | B E | C |

**MWORK**

| | Apply to Critical Result(s): | | | |
|---|---|---|---|---|
| **Participation:** Willingly participates in group activities, performing in a thorough and complete fashion. Communicates regularly with team members. Seeks team consensus. | All | A D | B E | C |
| **Team Leadership:** Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | All | A D | B E | C |
| **Cooperation:** Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | All | A D | B E | C |
| **Other (specify):** | All | A D | B E | C |

**CUSTOMER SERVICE**

| | Apply Critical Result(s): | | |
|---|---|---|---|
| **Quality of Service:** Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestion for improving service. | All | A C E | B D |
| **Timeliness of Service:** Delivers quality products and service, in accordance with time schedules agreed upon with customer. | All | A C E | B D |
| **Courtesy:** Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | All | A C E | B D |
| **Other (specify):** | All | A C E | B D |

2

| PART II. PROGRESS REVIEWS: Date of review and initials of employee and Rating Official (R.O.) <u>must</u> also be provided for each review. A summary of comments is optional unless results are not being achieved. | |
|---|---|
| | Date: _____ <br> Emp. Initials: _____ <br> R.O. Initials: _____ |
| | Date: _____ <br> Emp. Initials: _____ <br> R.O. Initials: _____ |

**PART III. SUMMARY RATING:** (Enter: Achieved or Not Achieved on this line)
RESULTS _____
*Space i provided to summarize the basis for rating given. A "Results Not Achieved" rating requires explanation; if more space is needed, provide additional comments as an attachment.*

**PART IV. CERTIFICATION:** (*Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.*)

| Performance Plan: *(Sign when plan is established)* | Summary Rating: (sign when rating is completed) |
|---|---|
| Employee            Date <br> *Michelle [signature]*        10/7/03 <br> ng Official   Date | Rating Official    Date <br><br> Reviewing Official   Date <br> (required for summary rating of "Results Not Achieved") |
| Reviewing Official    Date <br> (when required by Bureau/Office) | Employee    Date |

Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.

*met with employee on October 7, 2003. Employee declined to sign the Employee Performance Plan and Results Report (EPPRR). Employee given a copy.*

*Michelle [signature]*

# SCEP PROGRAM MANAGER

## GS-301-13

### I. INTRODUCTION

The incumbent serves as the Program Manager for the Bureau of Land Management's (BLM), Student Career Experience Program (SCEP), with national-level responsibility for developing, implementing, and coordinating the SCEP. The position is located organizationally in the Equal Employment Opportunity Office, BLM.

Incumbent provides support, input, advice, training and direction to ensure development of plans to implement policies, guidelines, and regulations relating to the SCEP. Contributes to the general achievement of the human resource goals, and objectives of the organization through outreach and recruiting activities.

### II. MAJOR DUTIES

The incumbent performs the following duties:

Serves as principal liaison for the Bureau's Student Career Experience Program. Has lead responsibility for formulating and implementing program policies and procedures. Advises, coordinates, and provides leadership for the SCEP activities with respect to the Bureau of Land Management's and the Office of Personnel Management's (OPM), policies, guidelines, and regulations, and overall program goals.

Evaluates effectiveness of program through a variety of means, including planning and reviewing recruitment activities; tracking data on participants in SCEP; conducting yearly assessment evaluations; and conducting regular meetings with managers, SCEP coordinators, and the recruitment and orientation design teams for input.

Analyzes policies, workforce profile and statistical data on SCEP participants to formulate plans to meet the organization's needs. Collects necessary information from BLM State and Center offices and compiles data for the BLM's quarterly plan and reports as required by the Department of the Interior.

Plans, organizes, and manages orientations, workshops and seminars and other educational training events to promote the SCEP. Develops brochures, bulletins, news releases and other written materials to facilitate the recruitment of students in the SCEP, and the establishment of partnerships between BLM and higher educational institutions.

Performs a variety of technical and administrative tasks required for managing the SCEP such as budget development, execution, and tracking as it relates to program management, and provides guidance, direction and support to managers and field offices in their implementation and achievement of the SCEP initiatives.

III. EVALUATION FACTORS

1. Knowledge Required

   Knowledge and skills in oral and written communication methods, techniques and procedures to effectively communicate BLM/ DOI programs, objectives and goals to presidents, chancellors, staff and students of higher education institutions, professional organizations, as well as the private and public sector.

   Ability to establish, improve and maintain interpersonal relationships with management and other program officials within BLM and DOI, other Federal agencies, special interest groups and organizations in the private sector and serve as liaison to further the SCEP objectives and issues to advance the program.

   Knowledge of a wide range of concepts, principles, and personnel staffing guidelines, employment qualifications, special hiring authorities, recruitment programs, and employment trends in order to recommend and/or develop methods, approaches, or procedures for recruiting students of all races and national origins for the SCEP.

   Sufficient knowledge of the BLM, its mission, and types of work performed to develop relevant outreach objectives and strategies for the SCEP.

   Knowledge of the scope and intent of Public Laws, Federal Regulations, BLM guidelines, and Executive Orders which pertain to increasing opportunities for all students through the SCEP.

   Knowledge of practical data collection, sampling methods and techniques for monitoring the SCEP.

   Ability to plan, prepare and deliver presentations before public and private sector officials, national and international organizations, and to participate in meetings, conferences, seminars, and workshops with groups of all sizes.

2. Supervisory Controls

   The incumbents receives general direction from the EEO Officer, BLM/HRM who reviews work for the soundness of recommendations, conformance to policy, program objectives, and quality. Employee works independently to perform planning and oversight functions of the job. Utilizes established general priorities but sets own specific priorities and performs on own initiative, consulting supervisor on unusual or sensitive issues or precedent-setting situations. Completed work is relied on as technically authoritative, accurate, and in detail. Incumbent exercises extensive latitude and discretion in day-to-day program operation and operates independently in relationships with others.

Provides leadership in the formulation of policies, and new concepts to promote the SCEP as it relates to recruitment and retention of students. Initiates, plans, conducts, and participates in national and regional meetings, workshops, seminars, and conferences for the purpose of gaining support and advancing BLM's mission and objectives for the SCEP.

Develops and monitors budget, allocations and expenses in support of all activities implemented for the SCEP. Recommends approval or disapproval of, and level of funding for specific SCEP projects. Monitors the implementation of SCEP guidelines to ensure that the states and centers are managing the program in accordance with guidelines.

Provides guidance and technical assistance in the development of orientation training for SCEP students, mentors, SCEP coordinators and managers to help stimulate an awareness and understanding of BLM's mission and the objectives of the SCEP.

Develops system for monitoring and maintaining accurate data collection of SCEP participants BLM nationwide. Works with Information Resources Management to provide computer electronic system to develop required SCEP reports and data for use in presentations and training workshops.

Participates in activities to promote multi-cultural diversity in the SCEP within BLM. Such activities include recruitment career fairs, workshops and seminar for students and Career Counselors, conferences, and internal and external meetings with officials. Develops relationships with professional organizations associated with employment of students and career development.

3. Guidelines

Personnel Regulations and BLM guidelines provide general requirements and parameters within which the incumbent operates.

Considerable judgement and originality are required by incumbent for situations for which explicit guidance is unavailable or insufficient. The incumbent uses resourcefulness and sound judgement in deviating from traditional methods, developing new and innovative methods and devising new approaches to accomplishing work.

Utilizes creativity to foster interaction between on-going BLM SCEP and BLM managers and designs approaches to utilizing relationships with management to further the accomplishment of the SCEP and other student employment programs.

4. Complexity

Assignments involve the formulation of National SCEP policy, guideline revisions, technical assistance, and coordination of SCEP coordinators Bureau-wide, oversight of formal mentoring program, and outreach coordination with national cooperative education

associations such the National Co-op Consortium, Cooperative Education departments at colleges and universities throughout the U.S. and professional Educational Organizations such as NAFEO, HACU, AISES, and MANNRs. Factors that must be integrated include: traditional patterns of employment, recruitment and retention; historic and current barriers to cultural diversity in the SCEP and in the workforce; BLM's mission, direction and goals; environmental education requirements; and related personnel requirements, job availability for SCEP positions and human resources systems.

The incumbent is required to research, plan and implement the SCEP using a variety of conventional and analytical techniques. Management and supervisors have special emphases they need addressed and must be integrated into an overall strategic plan. Extensive contacts with management BLM-wide, various academic institutions and organizations are integral to the assignment. Incumbent will be required to provide advice and guidance to top management on a wide variety of problems and ways to overcome barriers.

5. Scope and Effect

The purpose of the work is to provide Bureau-wide leadership of SCEP initiative and statewide implementation of SCEP. Incumbent will be recognized as the Bureau's foremost expert and program leader for SCEP matters nation-wide. The formulation of SCEP guidelines and strategies must complement existing plans in traditional Bureau offices. Constant contact with all bureau programs and continuous liaison with the colleges and universities is required. Results affect the accomplishment of Department and Bureau-wide targets for employment needs as well as State and field office SCEP.

6. Personal Contacts

The incumbent is required to deal with a wide variety of intra and inter Bureau management and personnel contacts. This includes direct contacts with top management and program managers within BLM nationwide.

Personal contacts also include college and university administrators, students, career counselors, and other ranking officials from educational organizations nationwide. Contacts for environmental educational may include representatives from colleges and universities, and educational associations.

7. Purpose of Contacts

Personal contacts are a continuing and important part of the work of the incumbent. Specifically, bureau and office contacts are required to develop and maintain liaison with program managers to ensure utilization of the SCEP for meeting BLM employment needs.

8. Physical Demands

The work is primarily sedentary with some physical moderate activity required when conducting exhibit/recruitment trips.

9. Work Environment

Work is performed both in an office setting. Some travel, particularly to career fairs, and conferences and campus environments is required.