# EEO CONTACTS CHART

| Date of act | Description | >45 days before 8/4/03? discrimination retaliation | >180 days before 8/4/03? Age |
|---|---|---|---|
| 9/12 & 19/ 2002 | Johnson allegedly accused her of money laundering | yes-bar | yes-bar |
| 1/22/03 | Ms. Johnson instructed a subordinate to delete SERTS) from the AD/HRM information data base.  ARog at p. 5. | yes–bar | no |
| 5/8/03 | Connie Stewart sent an e-mail to the BLM Field Committee concerning "Lead State Concept. Arnold Doc. Request Response 54. | Yes -- bar | no |