UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROMELLA ARNOLD, )
  )
 Plaintiff, )
  ) CA No. 05-1475 (RWR)
v. )
  )
GALE A. NORTON, )
  )
 Defendant. )
  )

DECLARATION OF MICHELLE STROMAN

I, MICHELLE STROMAN, hereby declare and say:
1. I am the Equal Employment Opportunity Manager.
2. In 2003 my position was Acting Equal Employment Officer.
3. During 2003, I served as the Acting Equal Employment Officer for the Office of Equal Employment Opportunity, Bureau of Land Management.
4. While serving in that position, Marilyn Johnson asked that I talk with Melodee Stith to see if we could get permission, a waiver on the freeze on hiring in BLM EEO, to fill a new Title VI position.
5. Our office had been criticized in a Commission report for not having such a position, and Ms. Johnson wished to fill such a position in response to the criticism. She discussed the possibility of placing Romella Arnold in the position.
6. I met with Melodee Stith, because she was our contact on the staff of Mr. Trujillo. I explained that our office needed permission to fill a new Title VI position due to the report. I reported back to Ms. Johnson that Ms. Stith had approved us filling the Title VI position.
7. Ms. Stith gave me oral permission to fill the position. She suggested that I talk to Melvin Fowler on her staff about the requirements of a Title VI position and preparing a position description. She suggested that I try to check Ms. Arnold's personnel file for a sample position description, since Ms. Arnold previously had been in a Title VI position.
8. I contacted Mr. Fowler as suggested and received help in preparing a position description. The position was then submitted for classification.
9. After receiving Ms. Stith's permission to fill the position, Ms. Arnold was advised that she was going to be reassigned into the position to set up the Title VI program for BLM.
9. When Ms. Arnold was reassigned to the EEO position, she moved to different office space. With the passage of time, I cannot remember exactly which office she moved into. She was assigned to office space which was available to the EEO staff at that time. I was responsible for obtaining an office assignment for Ms. Arnold. I was assigned to a separate office because one employee on the staff retired leaving a vacant office. Jesse Hicks was assigned to a separate office because the EEO Officer retired and he moved to her office. To my recollection, there were no empty offices available, however, we did have cubicles within office where employees worked that we vacant. Ms. Johnson did not tell me where to place Ms. Arnold.
10. When Ms. Arnold moved her telephone number changed, as did the telephone number of other people. Ms. Arnold was moving into a new function as a Title VI EEO Specialist. Ms. Johnson was not involved in the decision of who kept or did not keep their telephone numbers.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 7 day of July, 2007.

_____  Michelle Stroman