EXHIBIT D14

I

# DECLARATION

I, Warren Johnson, Jr. hereby depose and say as follows:

1. I am an African American male. I retired from my position as Assistant Director, Human Resources, GS-15, Bureau of Land Management, (BLM) Department of the Interior (DOI) in the Summer of 2002. At the time of my retirement I was 58 years old and had 27 years of federal civil service. I have never filed an EEO complaint.

2. I was Romella Arnold's immediate supervisor from approximately May 2000 until I retired in the late Summer of 2002. Initially, Ms. Arnold was responsible for the Student Employment Program, and, with the untimely death of Mr. William Nunn, in October 2001, who had served as the Historically Black Colleges and Universities (HBCU) Program Manager, Ms. Arnold also assumed the HBCU program function on a rotational assignment.

Ms. Arnold was an outstanding performer, and I recognized her outstanding work with performance awards, time off awards, and a temporary promotion to a GS-14. I was in the process of upgrading Ms. Arnold's position of record to a permanent GS-14, but due to a hiring and promotion freeze at the

time; we were unable to upgrade the temporary promotion to permanent. I believe that Ms. Arnold's position had expanded in scope and duties and warranted the GS-14 full performance level. Certainly, with the consolidation of those two programs, her position justified a GS-14 grade level. If I had the opportunity to hire Ms. Arnold again, I would do so without reservation.

3. My role in the agreement between Langston University and the BLM was to serve as sponsor and facilitator for the then Director, BLM Mr. Tom Fry. Mr. Fry and I had direct authority from the Bureau's Executive Leadership Team and an Executive Order. In 1999, Mr. Fry, and other senior level BLM officials went to Langston University to discuss entering into an expanded agreement whereby Langston would serve as a recruitment pool for BLM in its efforts to improve diversity within the Bureau. The OPM had identified the Department and the Department had identified BLM as having the worst diversity record, particularly where African American males were concerned. Langston University is a HBCU, located in a rural area west of the Mississippi. As such, the BLM felt students attending Langston would understand the BLM's mission as more rural focused. In addition, Langston had entered into a partnership with Utah State, which is considered the

It is my belief that if you support diversity, you would want to support people who were productive and successful in this area. Conversely, if you don't support diversity goals, you would dismantle the program and/or the people who had been associated with making it successful.

9. Based on Ms. Arnold's documented record of great success, I personally do not know of a reason to remove her from the Student Employment/HBCU program.

10. I understand that Ms. Johnson has repeatedly accused Ms. Arnold of the federal crime of money laundering with regard to BLM's grant to Langston University. There is no basis even for a suspicion of such criminal activity by Ms. Arnold. I understand Ms. Johnson replaced Ms. Arnold with Mr. Michael Brown, who knows less about the program than Ms. Arnold. I believe that Ms. Johnson's actions against Ms. Arnold is merit less and is not in the best interest of the Bureau.

I hereby state, under the penalty of perjury, that the foregoing is true to best of my knowledge and belief. *Wanda Celiese Lee*

*February 2, 2007*