UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROMELLA ARNOLD,            )
                           )
        Plaintiff,         )
                           )   CA No. 05-1475 (RWR)
    v.                     )
                           )
GALE A. NORTON,            )
                           )
        Defendant.         )
                           )

ERRATA

Defendant respectfully submits the following documents to replace the exhibits previously submitted with its motion for summary judgment. The Exhibit stickers on several documents are illegible because they became too dark after being scanned. Therefore, white exhibit stickers have been substituted. Also, some exhibits, inadvertently were not submitted with the original filing.

Respectfully Submitted,

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
202/514/6970