ORIGINAL

EXHIBIT D2

### UNITED STATES DEPARTMENT OF THE INTERIOR
### BUREAU OF LAND MANAGEMENT
### WASHINGTON, D. C. 20240
### COMPLAINT OF DISCRIMINATION

IN RE:     Romella J. Arnold
           Complaint No. LLM-04-002

~~~~~~~~~~~~~~~~~~~~~~~~~

The Sworn Investigative Interview of **ROMELLA J. ARNOLD**,

taken in the above matter in the Law Offices of **BUCHOLTZ**

**& CULBERTSON, P.C.** located at 1801 Reston Parkway, Suite

302, Reston, Virginia, on the 4th day of March, 2004,

beginning at 10:40 a.m.




**County Court REPORTERS,** Inc.
The Nations Leader in Digital Litigation Support Technology
www.CountyCourtReporters.com

**800.262.8777**
**540.667.6562** FAX

CORPORATE OFFICES
**Historic Jordan Springs**
1160 Jordan Springs Road
Stephenson, VA 22656

4

<u>SWORN INVESTIGATIVE INTERVIEW OF</u>

<u>ROMELLA J. ARNOLD</u>

<u>IN RE: ROMELLA J. ARNOLD</u>

<u>CASE NO. LLM-04-002</u>

<u>March 4, 2004</u>

**COURT REPORTER:** Good morning, my name is James Hall, Court Reporter and Notary Public with the firm of County Country Reporters located at 1160 Jordan Springs Road, Stephenson, Virginia. We are here today, March 4th, 2004, at 10:40 a.m. to take the investigative interview of Romella Arnold in the matter of U.S. Department of Interior, In Re: Arnold, Romella.

Counsel, will you please state your name, the firm you are with and whom you represent for the record?

**MS. ANDERSON:** My name is Anne Anderson. I'm a contract EEO Investigator currently under contract through a company known as Delaney, Siegal, Zorin with the United States Geological Survey and ordered to conduct this investigation.

**MR. BUCHOLTZ:** I am Roy J.

**County Court REPORTERS, INC.**
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES
800.262.8777   Historic Jordan Springs ⎨ 1160 Jordan Springs Road ⎨ Stephenson, VA 22656   540.667.6562 FAX
www.CountyCourtReporters.com

5

1   Bucholtz, Attorney, 1801 Reston Parkway,

2   Suite 302, Reston, Virginia, 20190.  I

3   represent the Complainant Romella J. Arnold.

4                 MS. McCRARY:  I am Sandra

5   McCrary, 9907 Chase Hill Court, Vienna,

6   Virginia, 22182.  I am an attorney and I,

7   too, represent Miss Romella J. Arnold.

8                 COURT REPORTER:  Thank you.

9   Miss Arnold, will you please raise your

10  right hand and be sworn for the record?  Do

11  you solemnly swear to tell the testi — that

12  the testimony you are about to give will the

13  truth, the whole truth and nothing but the

14  truth, so help you God?

15                 THE WITNESS:  Yes.

16                 COURT REPORTER:  Thank you.

17  Counsel, you may proceed.

18                 MR. BUCHOLTZ:  Well, if I

19  may, can I ask you a question?

20                 MS. ANDERSON:  Yes.

21                 MR. BUCHOLTZ:  Yesterday I

22  faxed you a letter, I wanted to confirm that

23  you received it.  Actually it was, it was

24  faxed on Tuesday, March 2, 2004 by which I

25  stated Miss Arnold amends her Complaint to



County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

13

1   calendar and arranged a meeting.  The

2   meeting took place about a week following.

3   It was like, that meeting was like at the

4   end of the week and the meeting took place

5   about a week later.  And present at that

6   meeting was Connie Stewart, who would have

7   been my first line supervisor, and Sylvia

8   Felder who was the Budget Administrator and

9   myself.

10          Prior to the meeting that morning

11  Sylvia came upstairs and she stopped in my

12  office.  I said, do you know why you are

13  going to a meeting this morning?  She said,

14  yeah, the meeting is to discuss the Langston

15  budget.  I said, no, the meeting is to

16  discuss why I'm laundering money to Langston.

17  She said, well, I don't know anything about

18  that.

19          So, as we proceeded out of my office

20  to go to the -- Marilyn's office for the

21  meeting, we met Connie in the reception

22  area.  I said, Connie, do you know why

23  you're coming in this meeting this morning?

24  She said, yeah, to discuss the budget.  I

25  said, no, to discuss why I'm laundering

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

14

1    money to Langston.  So, Connie looked at me

2    with this funny eye like I don't know what

3    you're talking about.  I said, trust me,

4    it's going to come out in the meeting.

5         So, we all went in, sat down at the

6    conference table and Marilyn opened up the

7    meeting with the exact question, I want to

8    know why the BLM is laundering all this

9    money to Langston University and you,

10   Romella, I want to know what this is all

11   about.

12        So, I proceeded to explain to her

13   the Executive Order that governed HBCU

14   programs and the responsibility that agencies

15   had to participate with HBCU's as far as

16   contracting and grants opportunities.  I

17   further cited the sections in the Executive

18   Order and give her a copy of the Executive

19   Order.

20        Then she says, why are we giving all

21   this money to Langston, why not some other

22   school?  I explained to her that Langston

23   was located in the west, it was the only

24   HBCU in the west, and that they had a very

25   good natural resource program in terms of



County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌡ 1160 Jordan Springs Road ⌡ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1  its curriculum.  They also had an agreement

2  with the University of Utah which is the

3  premier natural resource school in the west.

4  Because of its location, located in-between

5  BLM states, it was viable that students

6  could possibly be recruited and would go and

7  accept positions within the BLM states

8  surrounding the State of Oklahoma.  Langston

9  is located in Oklahoma.

10          So, then I further explained to her

11  that the relationship we had at Langston all

12  came about because of the constant problem

13  of not being able to recruit students of

14  color and particularly African Americans to

15  the BLM.  So, Langston was an ideal school

16  as far as location, curriculum and the fact

17  that it's an HBCU predominantly African

18  American university.

19          So, she says, why not Howard

20  University, why not another university?  I

21  said, it could have been any university, but

22  when you look at the location of HBCU's, all

23  of them are on the East Coast and all of

24  them, with the exception of two, are in the

25  south.  Many HBCU's do not have a natural



County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌡ 1160 Jordan Springs Road ⌡ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

16

1  resource curriculum in terms of the kind of

2  curriculum BLM looks to when recruiting its

3  employees.

4        Then, she didn't seem to be satisfied

5  and I went on further to explain to her that

6  no one has ever challenged or even

7  questioned the amount of money that goes to

8  majority universities.  I had with me for

9  this meeting prepared a report where I got

10  the data from the Office of Prop -- Property

11  Acquisition Management, and that's a

12  departmental office, it's not a BLM office.

13  And that report showed within that same time

14  period that she was questioning the dollar

15  amount that went to Langston, $22,814,616 had

16  gone to majority universities in that same

17  time period.  Only 443,000 or 2 percent was

18  granted to HBCU's during that same time

19  period.

20    Q.  Well, are you, in actual fact, were

21  you actually in charge of how much money

22  they would get in the first place?

23    A.  I was not in charge of how much

24  money they would get, but I was actually

25  part of the budget formulation in terms of


County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1  talking through what I called the meeting to

2  discuss, she went right back into the litany

3  of I want to know why you're laundering all

4  of this money to Langston.  And I said, I

5  don't understand what you don't understand.

6  I've explained it to you.  Then I began to

7  reiterate again, we have the responsibility

8  based on the Executive Order requirement and

9  because of the relationship Langston already

10 had with the Bureau of Land Management prior

11 to me assuming the initiative, the Natural

12 Resource Program Office had already granted a

13 grant to Langston University.  So, it was

14 just easy to piggyback on that initial grant

15 and to do our own assistance agreement with

16 Langston for what we wanted Langston to

17 provide us in terms of a service.

18      Q.  All right.  Aside from her making

19 accusations of money laundering, what other

20 negative actions did she take towards you?

21      A.  She went from the accusation of

22 money, money laundering to immediate removal

23 of my position.  She made the accusation --

24 when she came back in June of 2003 as the

25 official appointed AD for HR, that's when


County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌣ 1160 Jordan Springs Road ⌣ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

23

1   actions because of your age, your sex, your

2   prior EEO activity and your race, I need to

3   go specifically over each basis.  First and

4   foremost, when you say that it was taken in,

5   as reprisal against you, what was your prior

6   EEO activity?

7       A.   I was very involved in an

8   organization which I was also a charter

9   member of known as NAABFE, the National

10  Association for the Advancement of Black

11  Federal Employees, which is an organization

12  that we formed within the Department of the

13  Interior back in 1995, '94 or '95.  In that

14  organization I served as Vice-President.

15  There were numerous complaints filed and

16  being made by African Americans about the

17  egregious employment practices at the

18  Department of the Interior.  As an outgrowth

19  of these complaints and employees in general

20  being treated unfairly we started this

21  organization.

22          In my capacity as Vice-President of

23  the organization I worked very closely with

24  the black employees, as well as with outside

25  organizations such as the NAACP, Title VII


County Court
REPORTERS INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

27

1    So, when I began my testimony I

2    opened up saying that I was a substitute

3    witness and I explained how I got there

4    versus Denise Meredith.   This caused great

5    concern to the Congressional leaders who were

6    present at this hearing.   Following my

7    testimony I was called into the chambers or

8    Congressman Mika and in chambers was

9    Congressman Eliza Cummings, Albert Wynn,

10   Congresswoman Eleanor Holmes Norton and

11   Congressman Mika and they again questioned me

12   in detail in terms of why I was a substitute

13   witness.   And they said that they will not,

14   under no uncertain terms, have government

15   witnesses being threatened by managers.

16   Following the hearing, a few weeks

17   later I was called by the IG's office to

18   give a statement on why I was giving -- I

19   was the substitute witness for the

20   Congressional hearing.   And, again, I

21   reiterated my role and I said, well, why are

22   you all doing this?   They said that Congress

23   had asked them to look into witness

24   intimidation by the then Pat Shea at the

25   Department of the Interior.

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777   Historic Jordan Springs ✒ 1160 Jordan Springs Road ✒ Stephenson, VA 22656   540.667.6562 FAX
www.CountyCourtReporters.com

1    So, I provided my statement.  I also
2    know that Denise provided her statement and
3    as an outgrowth of a finding that was made
4    by the Justice Department, Justice passed it
5    back on to Interior and said, yes, that the
6    witness had been intimidated and recommended
7    that disciplinary action be taken against the
8    official and shortly after that Pat Shea,
9    who was a political appointee, was removed
10   as the Director of the BLM and sat in a
11   job, a non-job until he left at the end of
12   that year.  He did not serve out his
13   appointment term.
14        Q.  Now, would Marilyn Johnson have
15   knowledge of these events and your
16   participation in them?
17        A.  Yes, she would have because also at
18   the same time that was going on there was a
19   -- this was the month of December.  I
20   testified in September of 1997.  So, in
21   December of 1997 there was a skit held at
22   the National Training Center in Phoenix.
23   There was an employee who felt the need to
24   do a skit called A Red -- Redneck Night
25   Before Christmas.

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ℓ 1150 Jordan Springs Road ℓ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

30

1    That same day of the party I got a

2    call that afternoon.  I was in Washington at

3    my desk and I got an anonymous phone call

4    from a female who -- no, I got a call from

5    a woman who worked in the office for the

6    Assistant Secretary for Lands and Minerals.

7    She was also a member of the organization

8    NAABFE.  She said, Romella, I got a

9    disturbing phone call from an African

10   American female at the Phoenix Training

11   Center.  She was very upset, she was crying

12   and then she began to explain to me about

13   this Redneck Night Before Christmas skit.  I

14   said, who is it?  She said, she wants to

15   remain anonymous.  I said, well, I don't

16   know what to do with this without a name,

17   but it bothered me.

18        So, all afternoon I toiled and toiled

19   with what am I going to  do with this

20   information.  So, I assured Belva that I

21   would discreetly tell someone at a higher

22   level.  That afternoon, that evening when I

23   was leaving to go home I went down to main

24   Interior and I ran into Warren Johnson who

25   was the then newly selected Assistant



**County Court**
**REPORTERS**, Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777   Historic Jordan Springs ⌐ 1160 Jordan Springs Road ⌐ Stephenson, VA 22656   540.667.6562 FAX
**www.CountyCourtReporters.com**

1   Director for Human Resource.  I went into

2   his office, I said, Warren, I got a very

3   disturbing phone call this afternoon about a

4   redneck Christmas party held at the Phoenix

5   Training Center.

6         So, I told him about the party in

7   detail as it was told to me.  And he said,

8   well, what do you think we should do?  I

9   said, some heads need to roll.  He said, I'm

10  going to order sensitivity training for

11  everybody at the Training Center.  Well, he

12  did.  He also assembled a team to go out to

13  look into the matter.  The team was the EEO

14  Manager, who was Gloria Inniss, and Jessie

15  Hicks who was an EEO Specialist, and I

16  believe one other person.  I think three of

17  them went out there.  Warren, Warren was the

18  third person.

19        So, they got on the plane and flew

20  to Phoenix to interview the employees.  All

21  the blacks said they were offended, and it

22  was few blacks working there.  So, it was

23  like maybe five -- five...

24        Q.  Who was head of the Training Center?

25        A.  At the time the Training Center



County Court
REPORTERS, inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌇ 1160 Jordan Springs Road ⌇ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

32

1    Director was Gary Dryer.  They...

2                    MR. BUCHOLTZ:   Is he African

3    American?

4        A.   No, he's a white male.

5        Q.   Where was Miss Johnson in relation...

6        A.   Miss Johnson was then the Associate

7    State Director for Eastern States in

8    Virginia, Springfield, Virginia.

9            They flew out and did an inquiry

10   into the matter and they found -- what they

11   found was, it was offensive to the African

12   Americans, but other employees thought it was

13   funny.  When Gloria came back I asked her

14   about the situation because at the time she

15   didn't know who had made the phone call to

16   the Department.  So, she said that an Asian

17   woman found it funny.  I'm like, well, what

18   are you telling me about an Asian woman's

19   perception of what happened, she probably

20   doesn't even know what the Confederate flag

21   means let alone find it offensive if she's

22   from Asia.  So, Gloria said, oh, Romella,

23   blacks are too sensitive.  I said, yeah,

24   right.  So...

25       Q.   So, I'm assuming that no further

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICE

800.262.8777   Historic Jordan Springs  1160 Jordan Springs Road  Stephenson, VA 22656   540.667.6562 FAX
www.CountyCourtReporters.com

1   action was taken regarding the incident?

2       A.   Yes, it was.   The incident was so

3   egregious it made the media.   The Arizona

4   Sun picked up on the story after I was

5   contacted by the Federal Times.   The Federal

6   Times called me, I did an interview.   Then

7   they also interviewed the President of

8   NAABFE.   Once the Federal Times picked up on

9   the story, then the Arizona Sun picked up on

10  the story.

11      The Department of the Interior,

12  Assistant Secretary for Policy Management and

13  Budget who at the time was John Barry, he

14  was very annoyed that this story had leaked

15  to the media and he ordered that

16  disciplinary action be taken both against the

17  Director of the Training Center and the

18  employee who participated in the skit.   The

19  employee was suspended for one week, Ron

20  Fox, the actual person who performed this

21  skit.   Gary Dryer was suspended, but then he

22  was also removed from his job as the

23  Training Center Director for being present

24  during the skit, but for not stopping the

25  skit.

**County Court**
**REPORTERS**, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∟ 1160 Jordan Springs Road ∟ Stephenson, VA 22656    540.667.6562 FAX
**www.CountyCourtReporters.com**

34

1    Q.   Okay.   And this was in 1997?

2    A.   Yes.   Mm-hmm.   (Indicating

3  affirmatively.)

4    Q.   Okay.   Now, what I need to know, I,

5  I think we've got a, a history of, of why

6  you believe it's reprisal, I also need to

7  know why you believe you were discriminated

8  against based on your sex.

9              MR. BUCHOLTZ:   Excuse me a

10  second, if I may?

11              MS. ANDERSON:   You can stop,

12  this is off the record.

13              MR. BUCHOLTZ:   Fine, off the

14  record.

15              COURT REPORTER:   I am now

16  going off the record, the time is 11:17 a.m.

17              OFF THE RECORD

18              COURT REPORTER:   We are now

19  going back on, going back on the record, the

20  time is now 11:19 a.m.

21              THE WITNESS:   Following the

22  removal of Gary Dryer from his position,

23  Marilyn Johnson became the Training Center

24  Director as an outgrowth of Gary Dryer's

25  demise and removal and now she becomes Gary

County Court
REPORTERS, Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⸎ 1160 Jordan Springs Road ⸎ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

35

1    Dryer's supervisor and also the supervisor of

2    Ron Fox.

3        I met Marilyn Johnson as the Training

4    Center Director in my capacity as the

5    National Student Employment Program Manager.

6    Every June, third week in June, I would hold

7    an orientation for one week for all newly

8    hired students and mentors of those students

9    at the National Training Center. So, I have

10   worked very closely with Miss Johnson and

11   her staff to organize and coordinate the

12   training of the students and mentors.

13       Marilyn and I established a social

14   relationship. Marilyn and I from time to

15   time would have conversations about the BLM

16   and the status of African Americans. We

17   didn't always agree to things that were

18   happening, but I didn't have a sense that

19   she was someone who was part and partisan to

20   participating in the demise of African

21   Americans. I had heard about that from

22   other employees, but I didn't know for

23   myself that she was one who was responsible

24   for ending the careers of African Americans

25   in the BLM.

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌁ 1160 Jordan Springs Road ⌁ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1  justify the Langston initiative and to show

2  how that money was spent. So, if Langston

3  didn't provide adequate documentation and

4  record of how they spent the money, she

5  couldn't have had that report because the

6  report was generated from the information

7  that I got from Langston.

8       I also have a copy of the Langston

9  agreement and it details the money that was

10  provided as well as the reports that were

11  provided and I have provided a copy of the

12  report that she used at the budget strategy

13  meeting. So, I will give you this whole

14  package.

15       And Langston has accounted for every

16  penny, right down to the penny which

17  includes the names of every student that got

18  a dime, how much they got and what the money

19  was for. And it was to implement our

20  Retention Assistance Program and that's what

21  Marilyn had problems with. The fact that we

22  gave a grant to Langston and Langston then

23  was able to issue Oklahoma State checks to

24  all students across the board, African

25  Americans, white students, Asian students,

**County Court**
**REPORTERS**, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1150 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1    Hispanic students, Native American students,

2    males and females.    All students who agreed

3    to accept a position with the BLM who had to

4    relocate 50 miles outside of their

5    residential area got a $1,200 stipend through

6    Langston as well as a round trip ticket, air

7    fare, to go to their job of record.

8           Housing has always been an issue for

9    BLM in that a lot of the BLM field offices

10   are located in remote areas.    Students don't

11   have a lot of money because they are

12   students and we felt that we needed to do

13   something bold, creative and outside of the

14   box to change the way we were doing

15   business.    And we were given that green

16   light by the then Director, Tom Fry.

17          So, when we thought of this creative

18   way that students could get some money,

19   students would have money to obtain housing,

20   Langston was the school that we decided to

21   provide this grant to because they said they

22   had a mechanism for doing it, these would be

23   state issued checks, students had to report

24   it as earned income.    So, everything that

25   was done, every I was dotted and every T was

**County Court**
**REPORTERS**, inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ℓ 1160 Jordan Springs Road ℓ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

96

1    to California to bring somebody in Acting

2    and I'm sitting right there, never being

3    given the opportunity.  Jesse was never

4    given the opportunity to act on her behalf,

5    either, because she had removed him from his

6    job already.  So, she already had it out to

7    get him.

8            I even have an e-mail 9/9/2003.

9    Sylvia Felder will be the Acting Director

10   today while Marilyn Johnson is attending a

11   Field Committee meeting.  Sylvia Felder is a

12   GS-12.  So, she goes to any and everybody to

13   put them in the Acting capacity and never

14   once was I allowed that opportunity because

15   of her insistence to single me out and to

16   treat me differently.  So, that just further

17   exemplifies that her intent was to be an

18   adverse action.

19           **MS. McCRARY:**  Performance

20   standards.

21       A.  Also, when I got the reassignment to

22   the Title VI Program I was issued

23   performance standards.  I'm the only person

24   on the EEO staff who has been issued

25   performance standards for FY 2004.  I was



**County Court**
**REPORTERS**, Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1150 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1   issued these standards on 10/1/03, the

2   beginning of the fiscal year.

3   **CONTINUATION OF DIRECT**

4   **EXAMINATION BY MS. ANDERSON:**

5       Q.  Did you, at the time, what's the

6   usual practice, sit out with your, whoever

7   your first level supervisor was to go over

8   the standards to determine that they were

9   relevant and that you -- whether or not you

10  had any questions concerning them?

11      A.  Yes.  I was issued the standards on

12  October 1st, I got it -- actually, it was a,

13  a note.  October 1, 2003.  Romella, attached

14  is a copy of your employee performance for

15  October 1, 2003 to September 30 of 2004.

16  Please review.  If you would like to add or

17  delete any items let me know.  Michelle

18  Stroman.

19      I reviewed the standards, I looked at

20  the standards.  The standards are not

21  possible to meet because there is no

22  program.  And so, I wrote an e-mail to

23  Michelle on 10/23/2003, 8:18 a.m.  In order

24  to work within the performance standards

25  provided to me on October 1st, 2003, please

**County Court REPORTERS**, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1150 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
**www.CountyCourtReporters.com**

Page 97

1  issued these standards on 10/1/03, the
2  beginning of the fiscal year.
3  CONTINUATION OF DIRECT
4  EXAMINATION BY MS. ANDERSON:
5      Q.  Did you, at the time, what's the
6  usual practice, sit out with your, whoever
7  your first level supervisor was to go over
8  the standards to determine that they were
9  relevant and that you -- whether or not you
10  had any questions concerning them?
11      A.  Yes.  I was issued the standards on
12  October 1st, I got it -- actually, it was a,
13  a note.  October 1, 2003.  Romella, attached
14  is a copy of your employee performance for
15  October 1, 2003 to September 30 of 2004.
16  Please review.  If you would like to add or
17  delete any items let me know.  Michelle
18  Stroman.
19      I reviewed the standards, I looked at
20  the standards.  The standards are not
21  possible to meet because there is no
22  program.  And so, I wrote an e-mail to
23  Michelle on 10/23/2003, 8:18 a.m.  In order
24  to work within the performance standards
25  provided to me on October 1st, 2003, please

Page 98

1  provide me with all files that exist
2  pertinent to the BLM's Title VI Program.
3  Files should include IM's, IB's, directives,
4  guidelines, policies and copies of compliance
5  report -- review reports, et cetera.  In
6  order for me to begin to manage the program
7  I need to review documents to see what has
8  happened in the BLM's Title VI Program.
9  Just as I, as I -- just as I was required
10  to turn over files relevant to the Student
11  Employment Program, I need the same advantage
12  as, as those managing the Student Employment
13  Program in order to grasp the BLM's Title VI
14  Program.  Thanks.
15      I get an e-mail back on 10/23/2003.
16  I'm sorry, my e-mail was sent 10/16/2003, I
17  get an e-mail back on 10/23/2003.  I would
18  like to meet with you on Friday, October
19  23rd, 2003 at 10:00 in my office to discuss
20  this matter.  And this e-mail was sent to me
21  from Michelle Stroman cc'ing Marilyn Johnson.
22      And then she does notes to that
23  meeting held Friday, October 23rd.  This is
24  in response to your e-mail message of
25  October 16th, Subject, Title VI Information.

Page 99

1  In your message you requested that I provide
2  you with all the files that exist pertinent
3  to the BLM's Title VI Program.  As cited in
4  the U.S. Commission on Civil Rights Report
5  entitled Ten Year Checkup, Have Federal
6  Agencies Responded to Civil Rights
7  Recommendations dated June 12th, 2003, the
8  Department of the Interior and the BLM were
9  criticized for non-response to the need --
10  to the need to enforce Title VI.  The report
11  listed the BLM as one of the bureaus in the
12  Department that did not have a Civil Rights
13  Specialist employed to do civil rights
14  compliance.  Therefore, we do not have any
15  IM's, IB's, directives, guidelines, policies
16  or copies of compliance review reports.  In
17  accordance to your position description, and
18  then she goes on to tell me what I'm
19  supposed to be doing.
20      At that meeting I said, Michelle,
21  this further supports that there is no Title
22  VI Program.  So, what am I expected to do?
23  She said, Romella, we want you to build a
24  program.  I said, hell, I built the one I
25  was in.  I said, what incentive would I have

Page 100

1  to build another program?  First of all, I'm
2  not being compensated to build programs.
3  I've never been compensated for building the
4  one I had, fully compensated.  I said, and
5  if I build a program, with Marilyn's premise
6  she can just take me out of it because she
7  has the prerogative and then put somebody
8  else in it and pay them more money.  I
9  don't think so.  She says, well, just do
10  something, just do something.
11      So, she wanted me to sign the
12  performance standards.  I told her I am not
13  in a position to sign these performance
14  standards and I did not sign them.  So,
15  that's where we left the performance
16  standards.
17      Also, I have an e-mail that was sent
18  to -- oh, let me give you this.  I'm giving
19  you a copy of this and it's in the e-mails
20  that went back and forth regarding these
21  standards.  I was -- I am also going to
22  give you the position description that goes
23  with the new assignment.
24      Q.  This is for the Equal Opportunity
25  Specialist...



County Court
REPORTERS, Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs  ∠ 1160 Jordan Springs Road  ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com