1

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1801 L Street, NW, Suite 100
WASHINGTON, D. C.

- - - - - - - - - - - - - x

ROMELLA J. ARNOLD,              :

    Complainant,              :
                          EEOC
   -vs-                        :   No. 100-2004
                              -00843X
GALE A. NORTON, Secretary   :   Agency No.
Department of the               LLM 04-002
Interior,                   :   Judge
                              Richard Schneider
    Agency.                  :

- - - - - - - - - - - - - x

Reston, Virginia

Wednesday, March 10, 2005

Deposition of:

ROMELLA JEAN ARNOLD

called for examination on behalf of counsel

for the Agency, at the offices of Roy J.

Bucholtz, Esquire, of: Bucholtz &

17

1  students?
2      A.  That's not true either.
3      Q.  Isn't it true, under regulation under
4  the SCEP program, that BLM can do that; give
5  money for housing and local transportation;
6  however there is no regulation under STEP,
7  S-T-E-P, that allows BLM to give money
8  directly to students for housing and
9  transportation?
10     A.  BLM nor the Federal Government,
11 except for a few agencies, aren't allowed to
12 pay for housing for any employees.
13     Q.  You said they are not allowed?
14     A.  No, they are not.
15     Q.  But through Langston, we were able to
16 do this?
17     A.  Through Langston, we were able to
18 give students a stipend.
19     Q.  And you didn't find that problematic,
20 the fact that BLM could not give housing or
21 BLM was not allowed -- as you said, the
22 Federal Government is not allowed to pay for
23 housing, but yet we were doing it through an

                                                              18

1   agreement?
2       A.  What I found problematic was the
3   barrier that the regulation imposes in terms
4   of getting students of color and diversity
5   students to go and relocate for three months
6   for a position, intern position, and to be
7   required to come up with money.
8           Students don't have money, Ms.
9   Armstrong.  A lot of students don't have
10  money; students of color coming from diverse
11  backgrounds.  So the problem I had was the
12  barrier.
13      Q.  "Barrier" meaning the regulation, the
14  law?
15      A.  Yes.  It's been a barrier for our
16  affirmative employment program.
17      Q.  Other than the two meetings that you
18  have mentioned, the September 12 and
19  September 19, 2002, was there any other
20  occasion that you personally heard Marilyn
21  Johnson use the term "money laundering" in
22  connection with BLM and Langston University?
23      A.  Yes; July 18 at a meeting that I had

20

1  student."
2  So I went to Johnson to ask once
3  again: would she reconsider? We were
4  talking like $3,500.
5  She said, "No." And then she said,
6  "And I don't understand why we are laundering
7  money to Langston. I still don't understand
8  why we are giving all this money to
9  Langston."
10  Q. Was there any other time after this
11  July meeting where she used the term "money
12  laundering" in connection with Langston?
13  A. I wasn't present at the meeting on
14  August 12, 2003, because I had been removed
15  from the position.
16  But I was told by my colleague, Steve
17  Shafran, following that meeting that she used
18  the term "money laundering" in reference to
19  the Langston BLM agreement.
20  Q. Were you aware that Fran Cherry and
21  the rest of the executive team were
22  questioning the Langston agreement?
23  A. No, and I don't believe they were,

22

1  the alleged September 2003 meeting where Ms.
2  Johnson allegedly used the term "money
3  laundering"?
4      A.  There was the meeting of October 2,
5  the mediation meeting where she openly
6  admitted that the only thing she was guilty
7  of was using the term "money laundering".
8      Q.  Do you agree that in her position she
9  has the right to question or have Langston be
10 accountable for the $800,000 that they had
11 received?
12     A.  Yes, I do.
13     Q.  Have you ever worked in the Title VI
14 area?
15     A.  I worked in Title VI at the
16 department.
17     Q.  When did you work in Title VI?
18     A.  In 1997.  I mean, 1979.
19     Q.  Through what year?
20     A.  1981.
21     Q.  What grade did you start at?
22     A.  I was a GS-12.
23     Q.  Did you start as a 12?

                                                                24

1       Q.  When you were in Title VI, your title
2   was EEO Specialist, is that correct?
3       A.  Yes.
4       Q.  Even though you had Title VI
5   experience and knew that BLM had a void in
6   Title VI, you still didn't believe you should
7   have been moved to Title VI?
8       A.  No, I did not.
9       Q.  Let's talk about the meeting during
10  which Ms. Johnson announced that you would be
11  -- well, strike that.
12          Let's talk about the meeting when Ms.
13  Johnson announced that Dr. Brown would be
14  moved to the special initiatives team.
15          Do you recall when that was?
16      A.  Yes.  That was July 29, 2003.
17      Q.  Who was present?
18      A.  Dee Shaffer and Marcie Briones and
19  Sylvia Felder.
20      Q.  What was said?  What did Ms. Johnson
21  say?
22      A.  She announced in the meeting that she
23  was going to restructure the special

                                                                25

1    initiatives, and she was going to give
2    directive reassignments to Steve and Marcie.
3         So Steve spoke out vocally, and I
4    supported Steve and Marcie in their
5    opposition to coming to Washington.
6         Q.  So you disagreed with her position in
7    reassigning them to come to Washington?
8         A.  Yes.
9         Q.  And you also disagreed with the
10   announcement of Dr. Brown as head of the
11   team?
12        A.  Yes, I did.
13        Q.  Did you make that disagreement known
14   at the meeting?
15        A.  Yes, I did.
16        Q.  Did you question Ms. Johnson at the
17   meeting about her decision?
18        A.  Yes, I did.
19        Q.  And you didn't agree with that
20   decision?
21        A.  No, I did not.
22        Q.  Were you upset by that decision?
23        A.  I wasn't that upset.  I was shocked.

26

1    Q.  Okay.  Did you curse at the meeting?
2    A.  I said, "I'll be damned."
3    Q.  Did you at any point sigh or gasp
4 during the meeting in response to her
5 announcement?
6    A.  I said, "I'll be damned."
7    Q.  Anything else you said in response to
8 her statement?
9    A.  Ms. Armstrong, this meeting was
10 telephonic.  We weren't even face to face.  I
11 was on the telephone.
12   Q.  You were not in her office?
13   A.  No, I was not.
14   Q.  Did you ever state to Ms. Johnson
15 that she couldn't do what she was doing with
16 respect to reassigning Dr. Brown?
17   A.  No, I didn't.
18   Q.  So you understand that management has
19 the right to reassign?
20   A.  Within constraints.
21   Q.  Other than that letter of counseling,
22 had anyone ever complained to you about your
23 being -- you received a letter of counseling

42

1  training centers so that he could observe the
2  training orientation.  We collaborated our
3  work.
4      Q.  But your primary responsibility was
5  SCEP and STEP?
6      A.  And HBCU and team leader.
7      Q.  When was the SCERT (ph) system
8  created?
9      A.  We began to develop the concept of
10 SCERT in 1997-'98 under Gloria Enis.  Uh --
11     MR. BUCHOLTZ:  You answered the
12 question.
13     BY MS. ARMSTRONG:
14     Q.  Whose idea was it?
15     A.  It was EEO, Gloria Enis.
16     Q.  From its creation in 1997, you said,
17 or 1998, had it ever been deployed?
18     A.  In 1997 and 1998, the system had not
19 been developed.  We were entering into
20 negotiations about getting a system.
21     Q.  At what stage were you in 2002 with
22 respect to the system?
23     A.  The system had been developed and was

47

```
 1          MR. BUCHOLTZ:  Wait for the question,
 2   please.
 3          BY MS. ARMSTRONG:
 4      Q.  So the question is:  Kirk Ballantyne
 5   or Gail Colbert never notified you of that
 6   requirement, is what you're telling me?
 7      A.  No.
 8      Q.  No?
 9      A.  No.  Marilyn Johnson did.
10      Q.  How much money had you put into the
11   system and it still wasn't deployed?
12      A.  We had invested about $70,000 for the
13   development of the system.
14      Q.  So could you print reports since it
15   had not been deployed and was not used?
16          Could you print reports using the
17   system?
18      A.  It was not deployed.  The system was
19   ready.  It was not put on the server.
20      Q.  So you could not print reports?
21      A.  No, we could not.
22      Q.  You requested to go out days in
23   advance to travel to Phoenix.  Do you know
```

96

1    A.  No, I didn't.

2    Q.  What is the reason you did not want
3 Ms. Arnold to go, as you say, six days in
4 advance?

5    A.  Well, we were under tight budgets.
6 We were under tight budgets, and for her to
7 go five days early would have cost us more
8 money.

9        The National Training Center did
10 everything.  They did all the logistics.
11 They set the agenda.  They did everything.
12 Everything was ready.

13       The students don't come in till
14 Monday.  There was no reason for her to go
15 out there that early, because the National
16 Training Center had everything already done
17 logistically and the agenda.

18       They did the notebooks.  They set the
19 agenda.  They got the equipment ready.  So
20 there was no reason for her to go that early.

21    Q.  How do you know what you are telling
22 us now?

23    A.  How do I know that?

97

1    Q.  Yes.
2    A.  Well, I worked with the National
3  Training Center on this very issue.
4    Q.  In the 2003 training program?
5    A.  Yes.  Well, I came from the National
6  Training Center.  I know what they do.
7    Q.  Did you ever prepare or design or
8  oversee this training and orientation
9  program?
10   A.  I did not design the training and
11 orientation program, but it was designed in
12 cooperation with the National Training
13 Center.
14   Q.  Tell us again, what years were you at
15 the National Training Center in Arizona?
16   A.  From '98 to 2002.
17   Q.  So what knowledge do you have that
18 for the June 2003 orientation program, that
19 all of those functions that you have just
20 related to us were actually done and finished
21 by the training center people out in Arizona?
22   A.  I had three specialists working on
23 that, and that was Lorraine Farley, Barb