**EXHIBIT D2k**

   **Michelle Stroman**
10/23/2003 08:18 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/WO/BLM/DOI@BLM
Subject: Re: Title VI Information

Romella,

I would like to meet with you on Friday, October 24, 2003, at 10:00 in my office to discuss this matter.

Michelle Stroman

Romella Arnold

   **Romella Arnold**
10/16/2003 10:30 AM

To: Michelle Stroman/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/WO/BLM/DOI@BLM
Subject: Title VI Information

In order to work within the performance standards provided to me on Wednesday October 1, 2003, please provide me with all files that exist pertinent to the BLM's Title VI program. Files should include, IM's, IB's, directives, guidelines, policies and copies of compliance review reports, etc. In order for me to begin to manage a program, I need to review documents to see what has happened in the BLM's Title VI program. Just as I was required to turn over files relevant to the SEEP, I need the same advantage as those managing the SEEP, in order to grasp the BLM's Title VI program. Thanks.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549





EXHIBIT
Arnold
1
1/29/07   TSA

Meeting with Romella Arnold, Friday October 23, 2003

## Title VI Program

This is in response to your E-Mail message of October 16, 2003, Subject: Title VI Information. In your message, you requested that I provide you with all the files that exist pertinent to the Bureau of Land Management's (BLM) Title VI program.

As cited in the U.S. Commission on Civil Rights Report entitled, "Ten-Year Check Up: Have Federal Agencies Responded to Civil Rights Recommendations?" dated June 12, 2003, the Department of the Interior and the BLM were criticized for non-response to the need to enforce Title VI. The report listed the BLM as one the Bureaus in the Department that did not have a Civil Rights Specialist employed to do Civil Rights compliance.

Therefore, we do not have any IM's, IB's, directives, guidelines, policies or copies of compliance review reports.

In accordance to your position description and performance standards, one of your responsibilities is to develop policies and procedures to ensure that the BLM can enforce Title VI. To assist you in complying information to be used to develop these policies, the BLM has approved and you have attended two training courses in which pertinent information regarding this topic was distributed and discussed (Civil Rights Offsite Meeting, September 23-24, 2003 and the Disability Rights Compliance and Enforcement Training (October 21-23, 2003). We are exploring other training courses and possible details which may assist you in accomplishing this task.

The BLM is willingly to meet with you to discuss training opportunities, details or any other resources that you believe you need to assist in developing the BLM's Title VI program.

October 1, 2003

Romella,

Attached is a copy of your Employee Performance Plan for October 1, 2003 to September 30, 2004.

Please review it. If you would like to add or delete any items, let me know.

Michelle Stroman



Form DI-2002
December 1997

# DEPARTMENT OF THE INTERIOR
## EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

| | |
|---|---|
| Employee's Name:  Romella Arnold | Rating Period:  10/01/03-09/30/04 |
| Title/Series/Grade:  Equal Opportunity Specialist, GS-360-13 | Bureau/Office:  BLM/EEO |
| Duty Location:  Washington, D.C. | |

**PART I. PERFORMANCE PLAN**

*CRITICAL RESULTS (Lists no more than five)*

RESULTS (Enter: *Achieved or Not Achieved*)

| CRITICAL RESULTS | RESULTS |
|---|---|
| **A. Program Responsibility.** Provides overall guidance and direction for BLM's External (Public) and Internal (DOI) Civil Rights Program.  Serves as the advisor and internal consultant to BLM's management officials regarding the Civil Rights Program, eg. Federal financial assistance and Federally conducted programs.  Develops, reviews, and/or recommends policy and procedures in assigned areas.  Represents BLM to the Department and other Federal agencies.  Attends meetings and conferences on Civil Rights issues.  Participates on task forces, work groups and other teams as necessary. | |
| **B. Training.** Develops and administers training for all BLM EEO managers regarding Title VI and Title IX program.  Training program will consist of procedures and guidelines for the program. | |
| **C. Communication.** Contributes to work environment that fosters communication, cooperation, and efficiency and that promotes the morale of the entire staff. | |
| **D. Special Projects.** Leads and assist in carrying out special projects related to the Civil Rights and Equal Opportunity Programs as assigned.  Reviews and comments on proposed changes to policies, regulations, procedures, and programs from the Department and/or OPM. | |

**PERFORMANCE INDICATORS.** Appraisals should fairly reflect the overall performance of an employee. Performance indicators identify those characteristics (such as quality, teamwork, customer service) that are important to successful performance in each critical result. In appraising an employee's performance, the rating official will carefully review the performance indicators in assessing whether a particular critical result has been achieved by the employee.

Generally, an employee will not be rated as "Results Not Achieved" in the critical result to which a particular performance indicator applies where there is only one failure in that performance indicator. It follows, of course, that a repetition of failures in a single performance indicator can be the basis for a "Results Not Achieved" rating for the critical result if, in the rating official's judgment, the critical result was not met overall. There may be situations where a single, particularly significant failure to maintain the level of performance expected in a particular performance indicator could warrant a determination that the employee will receive a "Results Not Achieved" for the applicable critical result. A significant failure could include, for example, harm to persons or property, a loss of a great amount of money or resources, or a breach of security.

*Circle or underline the applicable critical result letter(s).*

ALITY                                                                 **Apply to Critical Result(s):**

| | All | A D | B E | C |
|---|---|---|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and/or expertise in areas of assigned responsibility. | All | A D | B E | C |
| **Accuracy and Thoroughness of Work:** Plans, organizes, and executes work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | All | A D | B E | C |
| **Soundness of Judgment and Decisions:** Assesses tasks objectively and researches and documents assignments carefully. Weighs alternative courses of action, considering long and short term implications. Makes and executes timely decisions. | All | A D | B E | C |
| **Effectiveness of Written Documents:** Written work is clear, relevant, concise, well organized, grammatically correct, and appropriate to audience. | All | A D | B E | C |
| **Effectiveness of Communications:** Presentation meets objectives, is persuasive, tactful, and appropriate to audience. Demonstrates attention, courtesy, and respect for other points of view. | All | A D | B E | C |
| **Timeliness of Meeting Deadlines:** Completes work in accordance with established deadlines. | All | A D | B E | C |
| **Effectiveness of Supervision:** Directs and coordinates activities of unit, assuring deadlines are met. Coaches, counsels, develops, and utilizes staff effectively, demonstrating a commitment to the workforce. | All | A D | B E | C |
| **Other (specify):** | All | A D | B E | C |

**TEAMWORK**                                                         **Apply to Critical Result(s):**

| | All | A D | B E | C |
|---|---|---|---|---|
| _icipation: Willingly participates in group activities, performing in a thorough and complete fashion. Communicates regularly with team members. Seeks team consensus. | All | A D | B E | C |
| **Team Leadership:** Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | All | A D | B E | C |
| **Cooperation:** Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | All | A D | B E | C |
| **Other (specify):** | All | A D | B E | C |

**CUSTOMER SERVICE**                                                 **Apply Critical Result(s):**

| | All | A C E | B D |
|---|---|---|---|
| **Quality of Service:** Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestion for improving service. | All | A C E | B D |
| **Timeliness of Service:** Delivers quality products and service, in accordance with time schedules agreed upon with customer. | All | A C E | B D |
| **Courtesy:** Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | All | A C E | B D |
| **Other (specify):** | All | A C E | B D |

2

**PART II. PROGRESS REVIEWS:** Date of review and initials of employee and Rating Official (R.O.) must also be provided for each review. A summary   of comments is optional unless results are not being achieved.

| | Date: _____ |
| --- | --- |
| | Emp. Initials: _____ |
| | R.O. Initials: _____ |
| | Date: _____ |
| | Emp. Initials: _____ |
| | R.O. Initials: _____ |

**PART III. SUMMARY RATING:** (Enter: Achieved or Not Achieved on this line)
**RESULTS** _____
*Space is provided to summarize the basis for rating given. A "Results Not Achieved" rating requires explanation; if more space is needed, provide additional comments as an attachment.*

**PART IV. CERTIFICATION:** (*Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.*)

| Performance Plan: *(Sign when plan is established)* | Summary Rating: (sign when rating is completed) |
| --- | --- |
| Employee       Date | Rating Official      Date |
| Rating Official    Date | Reviewing Official         Date (required for summary rating of "Results Not Achieved") |
| Reviewing Official         Date (when required by Bureau/Office) | Employee         Date |

**Privacy Act Notice:** Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.

3



**Kurt Ballantyne**
12/12/2002 04:39 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Clark Collins/WO/BLM/DOI@BLM
Subject: Project Number for SCEP Enhanced Reporting Tracking System

Romella,

As you may or may not know, the National ITIB at their June 2002 meeting directed that all national level systems/projects, regardless of size, report their scope, schedule, and budget information to the System Coordination Office on a quarterly basis. SCEP Enhanced Reporting Tracking System is now part of the national IT Portfolio. Bureau policy, as identified in WO IM 2001-222, requires all national level IT investments/projects/system to obtain and use a project number to track all costs. As such, all project/system spending (labor, contract services, travel, training, hw/sw) must be tracked and reported as part of national IT Portfolio/Cap.

A project number (024S) has been obtained for the project/system for which you are the project manager/user representative. Please ensure that all expenditures associated with the planning, design, development, testing, operations, maintenance and/or enhancements to the project SCEP Enhanced Reporting Tracking System are charged to this project number. Use of the system by the end users should not be charged to this project code.

The SCO in support of the ITIB and in accordance with WO-137 Change 1, will use the Financial Management Information System to compare approved funding levels against actual expenditures.

To ensure proper fund coding, you and others that support your project/system may need to go back to the beginning of the FY and correct and/or update their time and attendance, travel, training, and associated procurement.

You will need to work with your Budget Officer for your office to accomplish capturing and ensuring past FY03 costs and properly coded to your project/system. You will also need to work with your Budget Officer, once the AWP is approved, to enter your approved/planned funding amount into the Financial Management Information System.

Should you have any questions you may contact Kurt Ballantyne your SCO point of Contact at 303 236 5270 or Clark Collins AD-700 Portfolio Manager.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov

EXHIBIT
Arnold
2
1/29/07   TSA
FORM/650 800-331-6989

*1*

Clark and Ron,

See message below

Please explain what's going on. This message is very disturbing from Gail, because I know this project was approved several years ago and I know that the ITIB is aware of the project based on the latest message from Kurt Ballantyne who works for the ITIB. I have been assigned a project # and instructions for it's use. Again, someone needs to brief Marilyn on this project and informed her that it was approved and it did go through the channels for approval. What's up with Gail's message?

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549
----- Forwarded by Romella Arnold/WO/BLM/DOI on 12/23/2002 02:34 PM -----

**Gail Colbert**                To: Romella Arnold/WO/BLM/DOI@BLM
12/23/2002 10:19 AM             cc:
                                Subject: AD700 Portfolio

Romella -

The SCEP Enhanced Reporting Tracking System is still "on the books" as a HRIM initiative under the AD700, however, it is in a holding pattern.

I have recently taken over as the Portfolio Manager for AD700 and will be assessing the application along with all of the others in the 700 Portfolio. According to the System Coordination Office and the ITIB, there was never a business case or project plan written for this project and, therefore, in the eyes of the ITIB, it isn't on their "radar screen."

As I review the portfolio over the next few weeks, I will be making my recommendations to Marilyn Johnson, the System Coordination Office and the ITIB with regard to what we will continue to support, what will be cut and what will be put on hold for future review. If it is decided that we proceed with this project, a project manager will have to be assigned and proper documentation will be necessary before this project is presented to the ITIB. The ITIB's next meeting is in March and, therefore, documentation will need to be completed by the end of January.

Please send me any information you can provide as to the status of this project by COB January 3, 2003.

Thank you!

Gail Colbert
Project Manager
BLM National Human Resources Management Center

 **Kurt Ballantyne**
01/06/2003 12:11 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM
Subject: SCEP Enhanced Reporting Tracking System - Project 024S

Romella, (ps  I will be at the NTC with Gail Colbert and Ron Tucker on Jan 7th)

This is a reminder that quarterly project reports are due to the System Coordination Office by January 15, 2003, according to Washington Office IM 2001-137, Change 1, http://www.blm.gov/nhp/efoia/wo/fy01/im2001-137ch1.html.  Your report must address scope, schedule, and budget for the time period October 1 through December 31, 2002.  Any outstanding investment proposal or business case stipulations from the ITIB should also be addressed in your reports as to how progress is being made to mitigate these stipulations.

The project schedules submitted to the SCO are posted on our web site in Primavera P3e: http://web.blm.gov/sco/p3e/index.htm
Please review the information we have collected from your project, and make any necessary corrections. Please let me know if you need assistance.  Instructions for submitting IT project schedules were transmitted in WO IM 2002-228, Investment Management: Mandatory IT Project Scheduling Reporting Format and Software.

The FY02 Fourth Quarter Report for all ITIB approved projects was presented to the ITIB at its November 2002 meeting.  This report is located at:
http://web.blm.gov/itib/nov02/project_tracking_11-01-02.pdf .

Please submit your quarterly report to me by January 15, 2003, in an electronic media.  IM 2001-137 Change 1 shows acceptable formats for scope and schedule.  A Microsoft Project template is located on the SCO Project tool page: http://web.blm.gov/sco/sco_toolbox.htm.  If you have any questions, or need assistance, let me know.  Thank you.


Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov



**Gail Colbert**
01/10/2003 10:25 AM

To: Kurt Ballantyne/DWO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM, Linda
    Sedbrook/NCS/BLM/DOI@BLM, Chip Calamaio/NTC/BLM/DOI@BLM,
    Ron Tucker/NTC/BLM/DOI@BLM, Romella
    Arnold/WO/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM,
    Gary Dreier/NTC/BLM/DOI@BLM, Melissa Dukes
Subject: AD 700 portfolio

Kurt -

As we discussed on our conference call with Marilyn on Tuesday, a number of 700-related items will be on the ITIB's next two agendas (March and June). I've listed them here just to be sure we're all on the same page. (Project managers please contact me if you have any questions regarding these matters.)

Employment Opportunity Information System (EOIS) - A formal request has been submitted to the ITIB to remove this project from the AD700 portfolio.

E-Works - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

Exit Interview - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

FHRIS - A formal request has been submitted to the ITIB to remove this project from the AD700 portfolio.

HR Manager - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

SAS - This system will be analyzed and reviewed (along with alternatives such as the Automated Table of Organization and the BRIO query tool) as a possible IT solution within the Workforce Planning Manager's Framework. Gary Dreier, project manager, will do the analysis and review and make a recommendation to the ITIB in a business case that will be reviewed by the board at its June meeting.

Satellite Broadcast Two-Way Communication System - The ITIB requested that the project manager submit a status report to the ITIB seeking approval for the project's life cycle cost estimate. Chip Calamaio, project manager, submitted this report on December 27, 2002.

SCEP - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

Training Investment Recordation - As Ron Tucker, project manager, reviews this system, he will determine whether or not it can be absorbed by NTC's existing Training Server application. If Ron determines that this is the case, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio and a new business case for the Training Server application will be developed. This business case will be presented at the board's June meeting.

Workforce Planning Manager's Framework - Please see SAS above.

4



**Gail Colbert**
01/23/2003 12:21 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM, Linda Sedbrook/NCS/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects

Romella -

Please see Marilyn's message below. We will be submitting a formal request to the ITIB at their March meeting to remove SERTS from the AD700 portfolio.

Please discontinue use of this system. If necessary, I'd be glad to help you in the contacting of system administrators to remove this system from any and all BLM servers.

Marilyn and I have briefly discussed SERTS' value to the bureau, which is the main criterion for IT systems. It's my belief, having looked at the system, that the information you're trying to capture can be pulled from the Automated Table of Organization (SCEPS are tracked based on their "status" in FPPS) or directly from FPPS. Although the fields aren't used often, FPPS does allow for a "university code" to be put in and an "academic field of instruction" to be recorded. With a little marketing to the personnel offices from you, these fields could be easily populated.

I'll be in Marilyn's office Tuesday morning for the HR Management staff meeting if you have any further questions.

Thank you.

Gail Colbert


----- Forwarded by Gail Colbert/NCS/BLM/DOI on 01/23/03 10:13 AM -----



**Marilyn H Johnson**
01/22/03 03:33 PM

To: Gail Colbert/NCS/BLM/DOI@BLM
cc:
Subject: Re: FY04 and 05 Budgets for Projects

Gail that SCEP tracking system should be deleted...

M





**Gail Colbert**
01/23/2003 02:25 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects

Romella -

Please note that this was a decision made by the AD700 - my job as the portfolio manager is to execute the decisions made by the AD. Perhaps you should discuss your concerns with her.

This project was never authorized by the ITIB. It has not been measured against the IT standards of BEA (business architecture driving IT projects), the BST (budget allocations), OMB (value to the bureau), or the IMG (relation of the budget allocations to the IT spending cap), to name a few.

Please discuss your concerns with Marilyn and I'm sure she will pass any pertinent information on to me.

Gail


Romella Arnold



**Romella Arnold**
01/23/03 12:02 PM

To: Gail Colbert/NCS/BLM/DOI@BLM
cc:
Subject: Re: FY04 and 05 Budgets for Projects

This is not exactly true. You and I need to meet and I will explain how the system works and why SERTS vs FPPS. Please do not interfere with this decision until you have all of the facts. I will be here next week and when yu have time,please come by my office. Thanks much!!

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

*[handwritten notes]*

Ad the true,

Peres & Clark

Mathew Stewart Porter Foster

Small system under the threshold for 89,000

$$$ spent under $50,000.

In house no need for business case.

ITIB 6

(303) Gail 236-7388

Old documents Stated does meet critrid no need to submit



**Marilyn H Johnson**
01/27/2003 01:21 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects

The rules have changed Romella. What bothers me about this discussion no one was doing anything with the system until there was a decision to remove it from the portfolio. I never heard of the system before, and neither had the people in Denver. I don't know anyone who has used it to any notable success. Gail will be here tomorrow. I would like to discuss this with her in the room since she seems to have alternative. We may be looking at a real fate meeting because I have a full day scheduled.

M

7



**Marilyn H Johnson**
01/27/2003 09:20 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects

Romella, I will be glad to meet with you. However, this system has been on the books forever, Clark never did a business case for it so we cannot support it being a part of our portfolio anymore. Denver is very serious about all of the ADs have clean supportable cases for their systems and your system has no documentation so I cannot support it...

M

Romella Arnold



**Romella Arnold**
01/24/2003 04:35 PM

To: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H Johnson/NTC/BLM/DOI@BLM
cc:
Subject: Re: FY04 and 05 Budgets for Projects

Marilyn and Gail,

After much thought and several e-mails re: SERTs, I'm requesting a meeting to brief both of you on this data system and the requirements for developing the system in 1999- 2000, before there was an established ITIB. It is not a duplicate of the FPPS system and it's capabilities are far greater than FPPS. Also, one of the reasons we had to develop a system is the data in FPPS is erroneous and I've been told by the users, that the system drops employee's names who are still employed in the agency. Students are not coded properly and FPPS does not track expenses for travel and tuition. It does notify personnel when students are eligible for promotions, because the standard for promoting students is different from the time in grade requirements. I can provide a litany of reasons why FPPS does not work for the student program and I will provide you with the facts on how this project was approved through the ITIB when they were created. I'm available at your earliest convenience to brief you. Please let me know the time that works best for you. Thanks much for your attention to this matter.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

8



**Kurt Ballantyne**
05/12/2003 11:58 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H
    Johnson/NTC/BLM/DOI@BLM
Subject: Quarterly Report Rating for (Second Quarter FY03)
    for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella,

Thanks for responding so quickly to my last email regarding your quarterly report rating and evaluation.

As I mentioned on the phone, I "now" remember that I had forgotten to include your name on the distribution list for an email I send to all WO-700 project managers reminding them that their quarterly reports were due on April 15th.

Therefore if you submit, by close of business Wednesday May 14th, a quarterly report that addresses your project scope, schedule and budget. I will change your project rating from YELLOW to GREEN. I will revise the rating report accordingly and send the revised rating back to you, your Portfolio Manager and your AD, prior to sending it out to the National ITIB.

For "Scope", what you need to address is : Is your project/system still operating under the originally approved scope of the project. In other words are you simply maintaining the system or are you expanding and improving (significantly) how it operates. If you are simply maintaining it saying something like "the project/system is currently in operations and maintenance and it's functionality have not changed from it's originally approved scope".

For "Schedule", what you need to address is : Is your project/system still within in approved or baselined schedule.
If you are within scope and are in a steady state of operations and maintenance then, we (SCO for the ITIB) would expect that your schedule would be one activity of "maintaining the system" or "provide for continued operations and maintenance". As such you would have no major enhancement activities or no major planned releases. In other words, what you would simply say is something like; "the project/system is currently in operations and maintenance and all scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTS system"

For "Budget", what you need to address is: This system is part of the AD-700's National IT Portfolio, however it has not been included on the ITIB's IT Spending Cap (list) for FY03 and FY04. This needs to be coordinated with the AD-700 IT Portfolio Manager, Gail Colbert. In your FY05 Exhibit 300-1 you identified the need for approximately $14,500 per year to maintain and operate this system. For your quarterly report you need to address how much you planned to spend on the operations and maintenance of this system and how much you have spent on this system from October 1, 2003 through March 30, 2003. (1st and 2nd Quarter). What you would need to say is something like: "the current budget for the SERTS system is being paid for out of WO-700 Washington Office's base funds. Of the $ xx.xx dollars planned for FY03 the project/system has spent $ xx.xx. With 50% of the year past the project has spent approximately XX% of the allocated funding"

Romella, one of the thing I have noticed is that there have been NO charges to the Project Number (024S) within the MIS system. If you are spending money on the maintenance and minor enhancements of the system (ie contractor support time, user group meetings, planning for future enhancements, and even providing documentation to the SCO and/or developing budget planning documents like (Ex300-1s) you need to be charging this time of time to the project. You do that by adding the project number to your Time and Attendance (Paycheck) submissions, and any requisitions for contractor support and or supplies in MIS.

It will be difficult to justify a budgetary request for $ 14,500 year if you can not show "past expenditures" in MIS.

If you need further assistance please do not hesitate to give me or your Portfolio Manager a call.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov

10



**Kurt Ballantyne**

05/12/2003 11:58 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H Johnson/NTC/BLM/DOI@BLM
Subject: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella,

Thanks for responding so quickly to my last email regarding your quarterly report rating and evaluation.

As I mentioned on the phone, I "now" remember that I had forgotten to include your name on the distribution list for an email I send to all WO-700 project managers reminding them that their quarterly reports were due on April 15th.

Therefore if you submit, by close of business Wednesday May 14th, a quarterly report that addresses your project scope, schedule and budget, I will change your project rating from YELLOW to GREEN. I will revise the rating report accordingly and send the revised rating back to you, your Portfolio Manager and your AD, prior to sending it out to the National ITIB.

For "Scope", what you need to address is : Is your project/system still operating under the originally approved scope of the project. In other words are you simply maintaining the system or are you expanding and improving (significantly) how it operates. If you are simply maintaining it saying something like "*the project/system is currently in operations and maintenance and it's functionality have not changed from it's originally approved scope*".

For "Schedule", what you need to address is : Is your project/system still within in approved or baselined schedule.
If you are within scope and are in a steady state of operations and maintenance then, we (SCO for the ITIB) would expect that your schedule would be one activity of "maintaining the system" or "provide for continued operations and maintenance". As such you would have no major enhancement activities or no major planned releases. In other words, what you would simply say is something like; "*the project/system is currently in operations and maintenance and all scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTS system*"

For "Budget", what you need to address is: This system is part of the AD-700's National IT Portfolio, however it has not been included on the ITIB's IT Spending Cap (list) for FY03 and FY04. This needs to be coordinated with the AD-700 IT Portfolio Manager, Gail Colbert. In your FY05 Exhibit 300-1 you identified the need for approximately $14,500 per year to maintain and operate this system. For your quarterly report you need to address how much you planned to spend on the operations and maintenance of this system and how much you have spent on this system from October 1, 2003 through March 30, 2003. (1st and 2nd Quarter). What you would need to say is something like: "*the current budget for the SERTS system is being paid for out of WO-700 Washington Office's base funds. Of the $ xx.xx dollars planned for FY03 the project/system has spent $ xx.xx. With 50% of the year past the project has spent approximately XX% of the allocated funding*"

Romella, one of the thing I have noticed is that there have been NO charges to the Project Number (024S) within the MIS system. If you are spending money on the maintenance and minor enhancements of the system (ie contractor support time, user group meetings, planning for future enhancements, and even providing documentation to the SCO and/or developing budget planning documents like (Ex300-1s) you need to be charging this time of time to the project. You do that by adding the project number to your Time and Attendance (Paycheck) submissions, and any requisitions for contractor support and or supplies in MIS.

It will be difficult to justify a budgetary request for $ 14,500 year if you can not show "past expenditures" in MIS.

If you need further assistance please do not hesitate to give me or your Portfolio Manager a call.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov



**Kurt Ballantyne**
05/12/2003 11:58 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H
    Johnson/NTC/BLM/DOI@BLM
Subject: Quarterly Report Rating for (Second Quarter FY03)
         for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella,

Thanks for responding so quickly to my last email regarding your quarterly report rating and evaluation.

As I mentioned on the phone, I "now" remember that I had forgotten to include your name on the distribution list for an email I send to all WO-700 project managers reminding them that their quarterly reports were due on April 15th.

Therefore if you submit, by close of business Wednesday May 14th, a quarterly report that addresses your project scope, schedule and budget, I will change your project rating from YELLOW to GREEN. I will revise the rating report accordingly and send the revised rating back to you, your Portfolio Manager and your AD, prior to sending it out to the National ITIB.

For "Scope", what you need to address is : Is your project/system still operating under the originally approved scope of the project. In other words are you simply maintaining the system or are you expanding and improving (significantly) how it operates. If you are simply maintaining it saying something like "*the project/system is currently in operations and maintenance and it's functionality have not changed from it's originally approved scope*".

For "Schedule", what you need to address is : Is your project/system still within in approved or baselined schedule.
If you are within scope and are in a steady state of operations and maintenance then, we (SCO for the ITIB) would expect that your schedule would be one activity of "maintaining the system" or "provide for continued operations and maintenance". As such you would have no major enhancement activities or no major planned releases. In other words, what you would simply say is something like; "*the project/system is currently in operations and maintenance and all scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTS system*"

For "Budget", what you need to address is: This system is part of the AD-700's National IT Portfolio, however it has not been included on the ITIB's IT Spending Cap (list) for FY03 and FY04. This needs to be coordinated with the AD-700 IT Portfolio Manager, Gail Colbert. In your FY05 Exhibit 300-1 you identified the need for approximately $14,500 per year to maintain and operate this system. For your quarterly report you need to address how much you planned to spend on the operations and maintenance of this system and how much you have spent on this system from October 1, 2003 through March 30, 2003. (1st and 2nd Quarter). What you would need to say is something like: "*the current budget for the SERTS system is being paid for out of WO-700 Washington Office's base funds. Of the $ xx.xx dollars planned for FY03 the project/system has spent $ xx.xx. With 50% of the year past the project has spent approximately XX% of the allocated funding*"

Romella, one of the thing I have noticed is that there have been NO charges to the Project Number (024S) within the MIS system. If you are spending money on the maintenance and minor enhancements of the system (ie contractor support time, user group meetings, planning for future enhancements, and even providing documentation to the SCO and/or developing budget planning documents like (Ex300-1s) you need to be charging this time of time to the project. You do that by adding the project number to your Time and Attendance (Paycheck) submissions, and any requisitions for contractor support and or supplies in MIS.

It will be difficult to justify a budgetary request for $ 14,500 year if you can not show "past expenditures" in MIS.

13

If you need further assistance please do not hesitate to give me or your Portfolio Manager a call.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov

14



**Marilyn H Johnson**
05/20/2003 07:11 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc:
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S) 

Romella, turn your material into Kurt and if he has questions tell him to call me.
M
Romella Arnold



**Romella Arnold**
05/20/03 03:04 PM

To: Gail Colbert/NCS/BLM/DOI@BLM
cc: Connie Stewart/WO/BLM/DOI@BLM, Kurt Ballantyne/DWO/BLM/DOI@BLM, Marilyn H Johnson/NTC/BLM/DOI@BLM
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S) 

Who or what is the SCO? I need more detail. thanks.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549
Gail Colbert



**Gail Colbert**
05/20/2003 05:34 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM, Kurt Ballantyne/DWO/BLM/DOI@BLM
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella -

Please submit this to the SCO / ITIB for approval.



**Romella Arnold**
05/20/03 12:15 PM

To: Kurt Ballantyne/DWO/BLM/DOI@BLM
cc: Connie Stewart/WO/BLM/DOI@BLM, Marilyn H Johnson/NTC/BLM/DOI@BLM
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S) 

Kurt,

Attached, is my submission of the Second Quarterly Report for the Student Enhancement Recruitment Tracking System known as SERTs. I'm also resubmitting the "300 Lite" business case which I provided to Gail Colbert in April 2003. Would you please provide guidance what happens next and what I should anticipate happening in order to move this project to completion. All we need is a server which is located at the NTC and it will be ready for use by the employees. We have not been able to use a system which we have invested money in because it continues to get bogged down in the bureaucracy and I don't understand why. This project existed before the ITIB was in existence and the design was completed in FY 01 and the system was tested by its users in FY 02. I need help, not opposition which I continue to get from Gail Colbert. Can you please provide me with suggestions on how to get this project approved? Thanks much for your assistance and for allowing me the opportunity to submit this report.

 

300 Lite-answers.do⟨ Submission of Quarterly Report.⟨

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

16

## Summary Business Case for BLM Non-Major National IT Project – "300 Lite"

| | |
|---|---|
| Name of Project: | SERTS |
| Name of Project Sponsor: | AD/HRM |
| Name of Project Manager: | Ronella Arnold |
| Contact: | 202 208-1549 |
| Initiation Date: | Date of Beginning of project (est. 1999) |
| Planned Completion Date: | May 2003 |
| ITIB Approved FY03 Budget: | No request made |
| FY04 ITIB Budget Request: | Maintenance: 260 hours * $55 per hour = $14,300 |
| FY05 ITIB Budget Request: | Maintenance + New Upgrades ($14,300 + $8,560 = $22,860) |

**DESCRIPTION:**
Briefly describe the project and its status and phase through the capital planning and investment control (CPIC) process. Be sure to include the project's purpose, goals, current status and plans.

The purpose of the SERTS application/project is to provide a system that meets the requirements of the SEEP Coordinators and the SEEP Program Manager. These requirements include at a minimum:
1. Provide the SEEP coordinators with an automated system that enables them to track both sensitive and non-sensitive information specific to BLM student employees within their geographic area of responsibility. This capability does not currently exist in any other automated system, including FPPS.
2. Provide the SEEP Program Manager with an automated system that enables her to gather and analyze statistical information pertaining to all BLM student employees. Additionally, the system must provide the SEEP Program Manager with the ability to quickly and accurately provide detailed statistical report to upper management within BLM.

The goal of the SERTS application/project is to deploy an automated system to the SEEP coordinators and project manager that will reduce the time and expense currently incurred to manage the information specific to BLM student employees. Additionally, it is the program office's goal to provide more accurate statistical information to BLM's upper management in a more timely fashion, in order to make better informed decisions with regards to workforce planning.

The current status of the SERTS application/project is that the final review of the application by the user community has been completed. Upon submission of the "300 Lite" Business Case form, the program office will begin working with Ron Tucker's organization in order to begin deploying the application onto one of their server resources. After the system has been installed and configured on the server, the users will be trained and expected to immediately begin using the system.

**VALUE:**
1. How does this investment support the BLM mission, strategic goals and objectives?
This investment supports the BLM mission, strategic goals and objectives because it enables coordinators and managers to maintain accurate records on participants in the SCEP, as the BLM increases and replaces skills critically needed in the workforce. Improving diversity within the BLM workforce is also a goal and this investment will assist in tracking all SCEP participants for diversity reporting requirements.
2. How does this investment support the strategic goals from the President's Management Agenda?
This investment supports the strategic management of human capital outlined in the President's Management Agenda, in that the information technology system will capture data on SCEP participants that is relevant to the BLM's mission and reporting requirements.

3. How does this investment support the strategic goals of the Strategic Business Plan for Human Resources Management?
Response is same as outlined above.

**ALTERNATIVES:**
Describe the alternative solutions you considered for accomplishing the bureau's strategic goals that this project is intended to address. Are there any alternative sources in the public or private sectors that can perform this function? If so, explain why one of these alternatives was not selected.

An alternative contractor was selected to begin developing this system at the beginning of the process back in 1999, using a proprietary COTS product. Unfortunately, there were licensing and costs issues associated with that specific solution that would have cost the bureau an exorbitant amount of money. It was then decided to develop a system using the bureau's existing infrastructure, Lotus Domino.

**PARTNERS:**
1. If this is a multi-agency initiative, identify the agencies and organizations affected by this initiative.
This project is not currently a multi-agency project. The SERTS application has been demonstrated to the Dept. of Interior's Office of Educational Partnerships, where it was received extremely well. There are plans to modify the SERTS application and provide a "customized" version that will track budget information for the Dept. This project is expected to begin in April, 2003.
2. If you are collaborating with other agencies, explain how coordination will be ensured.
The customized version of SERTS that will be used by the Dept. of Interior's Office of Educational Partnerships will require that the personnel from both BLM and the Department coordinate their efforts to ensure that the application meets all of the requirements.

BENEFITS:

1. How will this investment reduce costs or improve efficiencies?
This investment will improve efficiencies, through reduced costs because the cost to run and maintain this system is low by comparison to the use of the FPPS system which is costing the BLM $2.3 million annually to run data reports that are inaccurate. There is no annual cost for using SERTS because the BLM is not leasing the system. Estimated costs for SERTs is based on hours to maintain the system annually @ $14,300 in FY 04.

2. What kind of benefit / cost analysis have you done and what are the results?
The current investment in SERTS is approximately $45,000. Of this $45,000, approximately $25,000 was spent with a previous contractor in the first attempt to build the application. As explained in the "Alternatives" section, this contractor required the BLM to invest additional substantial amounts of money in order to complete the application, so it was then decided to forego that alternative. The BLM then selected the current contractor to develop the SERTs application, using Lotus Domino with the total investment with this contractor being approximately $20,000.

3. List all other assets that interface with this asset. (What other assets link to this project and what other applications does this project depend upon?)
                    None

RISKS:
1. What risks have been identified and what is being done to mitigate them?
2. Risk must be addressed in each of the following categories that apply to your project:
   - Organizational and Change Management – does not apply
   - Business – the SEEP coordinators have been provided with an initial training session to make them aware of the need to modify the business process that they currently follow. Now, instead of tracking the student information using a paper-based system, they will be using an automated process.
   - Data and Information – The data within the SERTS application is sensitive, and therefore it is crucial that the data be secure. The SERTS application has been developed with security as a high priority. Access to the system is strictly controlled using the Lotus Notes directory structure. To secure the application from unauthorized access on the "back-end", the application stores all of the data within an encrypted database. Beyond the basic user access, the application uses a specific "access control list" to ensure that among the individual users accessing the system, only the appropriate access is granted for each individual.
   - Technology – the SERTS application has been developed using an existing approved application infrastructure. By using Lotus Domino as the software architecture, the SERTS application takes advantage of the existing directory structure and email infrastructure, already deployed throughout BLM.
   - Strategic
   - Security – see answer to "Data and Information"
   - Privacy – see answer to "Data and Information.
   - Project Resources – The primary risk associated with project resources is with regards to Ron Tucker's IT staff. The SEEP Program Manager has mitigated the risk associated with project resources within the SEEP program.

NON-FUNDING:
If funds are not approved, what are the consequences to human resources management and the bureau?

This project is already near completion, and has been funded through the deployment phase. If funds were not approved for continued maintenance, the bureau would have to rely upon internal resources to maintain the system.

HEALTH:
1. Is there a project plan in place?
        Yes, a project plan was developed at the beginning of the project.
2. How often, to whom and how do you report progress?
        On a quarterly basis, statistical data on the SCEP participants and their progress is reported to the DOI Departmental Personnel Office and the bureau's AEP Manager. All other requests on progress is reported annually or on an as needed basis.
3. If the project is underway, describe to what extent it is meeting expectations, i.e. on time, within budget, accomplishing target milestones.
        The project is currently behind schedule due to delays in scheduling the user review with the SEEP Coordinators. Now that the review process has been completed, the system is ready to be installed and configured on the server. The project is currently meeting its budget, and is meeting its targeted milestones.

DATA:
1. What types of data will be used in this project?
        The system relies upon the SEEP coordinators to accurately enter data into it. The only data not entered by the coordinators is the information specific to the participating universities and institutions of higher education. This data is provided by the National Educational Association, and was automatically imported into the system. The SEEP Program Manager is responsible for ensuring that this data is kept up to date.
2. Does the data needed for this project already exist at the Federal, State or Local level?
        Only small subsets of student data exist in FPPS. The necessary "sensitive" data that is required for this system is not currently stored or maintained in any automated system at any government level.
3. If so, where and how is it being used?
        N/A

18

May 20, 2003

Submission of Quarterly Report, Second Quarter FY 03 for the Student Enhancement Recruitment Tracking System (SERTS) (024S)

**Scope of the SERTs project:**

The project/system is currently on hold pending the submission of the summary business case for BLM non-major national IT project, which was submitted April 2003, to Gail Colbert with a cc: to Kurt Ballantyne. Gail Colbert advised the acting AD/HRM Marilyn Johnson that we should submit the "300 Lite" business case before proceeding with the SERTs project. The project/system functionality has not changed from its originally approved scope. The project/system is ready for deployment and ti be placed on a server.

**Schedule of the SERTs project:**

The project is still within the base lined schedule or the planned completion date for deployment which is May 2003, as indicated in the "300 Lite" business case. The project/system is currently ready for operations and maintenance once approval to move forward has been granted. (Approval by who is the question). All scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTs system.

**Budget:**

This system is part of the AD-700's National IT Portfolio; however it has not been included on the ITIB's Spending Cap list for FY 03 and FY 04. Made budget request in FY 04 in the **"300 Lite" business case** for maintenance of the SERTs for 260 hours @ $55 per hour = $14,300. From October 1, 2003 - March 30, 2003, there have been no expenditures for this project. The past and current budget for SERTs is paid for out of WO-700 Washington Office's base funds. There were no budget expenditures planned for FY 03 other than training for the employee users. In addition, indicated FY 05 budget request to reflect maintenance and new upgrades at $14,300 + $8,560 = $22, 860.

**Note:** I do not understand who will approve the project/system for deployment. It was my understanding that once the "300 Lite" business case was prepared, it would be submitted to the ITIB for approval and then I would know whether the project has been accepted. I have not heard from Gail Colbert on this issue. I was told the board meets in June 2003, so I'm assuming I will have to wait until June when a decision has been made on whether the project is accepted by the ITIB. Based on the information provided in the "300 Lite" business case, it clearly spells out that the review process has been completed by its users and that the system is ready to be installed and configured on the server. It was suggested that the system reside on a server located at the NTC. In addition, I responded to and provided the report Exhibit 300-1 Project Profile which is required by OMB. I continue to provide the necessary reports, but do not get feedback on the reports or on how to proceed with getting this project to its users. Can someone please tell me what's going on and how do I get SERTs to its users who need to be using this system now.



**Kurt Ballantyne**
07/08/2003 04:03 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Connie Stewart/WO/BLM/DOI@BLM, Gail
Colbert/NCS/BLM/DOI@BLM, Marilyn H Johnson/WO/BLM/DOI@BLM
Subject: Re: Quarterly Reports are due July 15th for FY03 3rd Quarter

Romella, lets see if I can address your latest concerns/problems.

The ITIB "grandfathered" the SERTS into the Information Technology Investment Management Process (IT- IMP) because SERTS **does** met the definition of a major IT system or national level investment. In fact, the previous AD-700 confirmed SERTS was part of the WO-700 IT portfolio.

Whether you like it or not SERTS is a major IT investment and must comply with the Bureau's IT policies and procedures regarding the project and investment management processes.

In my earlier e-mail message I stated that the criteria for determining if an investment/project is a national level investment was :

    1)  $500,000 (total life cycle), **or**
    2)  systems/applications used in more than one state/center, **or**
    3)  system/applications used by more than one business/program area

I left out the first "or" between item 1) and item 2), which might of cause your confusion. My apology.

Since SERTS will be used Bureauwide the dollar threshold really doesn't matter. It meets the criteria of being a national system under criteria #2.

To answer your concern about " I think my project has gotten bogged down in the bureaucracy of the BLM and it does not fit from what I'm reading".

This is the new way BLM is doing business to plan and track it's IT investments and projects. We are not alone, throughout the government increased oversight and planning is being mandated by law (Clinger-Cohen Act and OMB guidance (Circular A-11)). Over 80% of all IT projects fail or cost substantially more money than originally planned, hence the need for increased planning, management oversight and improved project management.

Completing the necessary paperwork (ie Ex300-1) doesn't mean that you can just deploy. The Ex300-1 is a "Capital Planning Investment Control - CPIC" or budget document and nothing more.

The BLM, has developed policies and procedures on how projects must be "managed". It seems that you are unaware of these policies as the project manager. That is one reason why the ITIB has established policy that only trained or experienced project managers should lead these complicated IT projects. SERTS needs to enter the IT Investment Management Process and that is why I have suggested that you might consider a trip to Denver to become aware of the IT IMP / ITIB requirements to get your project deployed.

Depending on the current project life cycle status, there are numerous review points and project management reviews and documentation (ie a Project / ImplementationPlan) that must be conducted/completed before you can proceed with deployment, including being "tested" within the National Test Lab.

The location of the server and it's operations and maintenance (the server and the software) need to be address and planned for. Currently all the "national level system" other than the training application at NTC are on servers at the National IRM Center here in Denver ( that however is a WO-700 decision but from a cost standpoint still needs ITIB approval).

After all the appropriate documentation and reviews have been completed the Sponsor of the SERTS

*Project management training*

20

must come before the ITB and ask permission to deploy (after the Transition/Deployment Readiness Review).

This is not meant to be a threat but a "heads up". The ITIB has been looking at non-performing and/or projects out of control (through the quarterly reporting process) and has seriously considered terminating on-going projects in order to stay within the IT Spending Cap placed on the ITIB by the Budget Strategy Team.

At the June ITIB meeting SERTS was rated as "yellow" for project scope, "yellow" for project schedule and "yellow" for project budget. The reason for this rating was that no report was received in April.

Your Quarterly report is due on July 15th. If no report is received on July 15th, the project will be rated "red" for scope, schedule and budget. A red rating constitutes being "out of control", and hence would seriously jeopardize the future of the SERTS project.

I will be on leave from July 10 to the 21st. I suggest that if you have any more concerns that we get on a conference call with Gail before I go on leave.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov
Romella Arnold



| | |
|---|---|
| **Romella Arnold** | To: Kurt Ballantyne/DWO/BLM/DOI@BLM |
| 07/03/2003 03:32 PM | cc: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H Johnson/WO/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM |
| | Subject: Re: Quarterly Reports are due July 15th for FY03 3rd Quarter |

Kurt,

Thanks for the update. I'm still having problems based on the information provided, understanding why SERTs was "grandfathered" into this process by the ITIB since it falls below what is considered major IT investments. The only criteria that is falls within is it's a contract system/application that was developed, tested by its users, analyzed by the users, but it has not be implement for its use. This is where I'm stuck. The system does not fall within the $500,000 amount and therefore, why would it need to be led by a full-time, trained or experienced IT project manager and if such is the case who would that be for the SERTs system? I think my project has gotten bogged down in the bureaucracy of the BLM and it does not fit from what I'm reading. When I met with Gail, Marilyn, Ron Tucker and Connie Stewart sometime back in Feb. or March, it was decided that I should prepare the 300 Liles short version report which I did and it would be presented to the ITIB. Once this was done, SERTS could be placed on a server located at the NTC. This has not happened and I'm having a hard time understanding how to make it happen. Doing these quarterly reports is not getting the results I need to implement this system and this is where I need guidance. I will arrange a conference call with you and Gail once I return to the office the week of July 14, and maybe I can get some guidance on how to get SERTS on a server so that the users can begin using it. Once this happens, the quarterly reports will be meaningful. Thanks for the information you've shared and I will contact both you and Gail when I return. Have a great weekend.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

## Exhibit 300-1 Project Profile

**Agency:** Department of the Interior
**Bureau/Office:** Bureau of Land Management
**Location in Budget:** Indicates where the project would be addressed in the Agency's Budget Justification
**Account Title:** Title of the account used in the Exhibit 53 – include account, activity, subactivity
**Account Identification Code** not identified in Exhibit 53
**Program Activity: Student Educational Employment Program, SEEP**
**Name of Project: Student Enhancement Recruitment Tracking System also known as SERTS**
**Unique Project Identifier:** Same as the 23-digit identifier that is used in the Exhibit 53
**Project Composition:** (This project is) **(DOI Requirement)**

           _____% Financial
           _____% Security
           _N____Homeland Security (Y/N)
           _____Current E-Gov (Y/N/Potential) Yes this project has E/Gov potential

### Summary of Spending for Project Stages
(In Thousands)
Estimates for 2006 and beyond are for planning and do not represent funding decisions

| | PY-1& Earlier | PY 2003 | CY 2004 | BY 2005 | BY+1 2006 | BY+2 2007 | BY+3 2008 | BY+4& Beyond | Total |
|---|---|---|---|---|---|---|---|---|---|
| Planning | | | | | | | | | |
| Budgetary Resources | N/A | | | | | | | | |
| Outlays | | | | | | | | | |
| Acquisition | | | | | | | | | |
| Budgetary Resources | | | | | | | | | |
| Outlays | | | | | | | | | |
| Total, Sum of Stages | | | | | | | | | |
| Budgetary Resources | | | | | | | | | |
| Outlays | | | | | | | | | |
| Maintenance | | | | | | | | | |
| Budgetary Resources | | $14,500 | $14,500 | $14,500 | and | beyond | | | |
| Outlays | | | | | | | | | |
| Total, All Stages | | | | | | | | | |
| Budgetary Resources | | | | | | | | | |
| Outlays | | | | | | | | | |
| FLA Labor (FTE): | | | | | | | | | |
| Non-FLA Labor (FTE): | | | | | | | | | |
| **Total FTE Costs:** | | | | | | | | | |

### I.A. Project Description
Provide a brief description of the project and its status through the bureau/office and Departmental CPIC process.
The purpose of the SERTs application/project is to provide a system that meets the requirements of the

department, the SEEP Program Manager, the SEEP Coordinators and all of the BLM states and centers. These requirements include at a minimum:

Provide the SEEP Coordinators, states and centers with an automated system that enables them to track both sensitive and non-sensitive information specific to the BLM student employees within their geographic area of responsibility. The capability does not currently exist in any other automated system including FPPS.

Provide the SEEP Program Manager with an automated system that enables he/she to gather and analyze statistical information pertaining to all BLM student employees. Additionally, the system must provide the Program Manager with the ability to quickly and accurately provide detailed statistical report to the department and upper management within the BLM.

The assumptions made about this project are:

The SERTs system has been designed to track data that is not collected in the system known as FPPS used by the department and the BLM, as well as small subsets of data which exists in FPPS. The FPPS does not contain accurate employee information when tracking their on-board status, such as duty station location, race and national origin and gender, etc. Also, the FPPS system does not capture data required for students employed by the department such anticipated graduation dates, a student's enrollment status, and grade point averages. This data collection is required according to the CFR regulations, Administrative Personnel, 5 Parts 213.3202. This investment will improve efficiencies through reduced costs because the cost to run and maintain this system is low by comparison to the use of the FPPS system, costing the BLM $2.3 million annually to run data reports that are inaccurate. There is no annual cost for using SERTs because the BLM is not leasing the system. The estimated costs for SERTs is based on hours to maintain the system/server @ $14, 500 for FY 2004 and beyond.

Two milestones for this project over the last year are:

The design of the system has been **completed** and its application has been **tested** by all of the users.

Two planned milestones for this project in this budget year FY 2005 are:

The SERTs system is ready for deployment and training will be provide to all of its users, namely the SEEP Coordinators and the Program Manager. The system is ready for the collection of data once the server has been identified. A tentative decision has been made to have the NTC provide the server. The SERTs system has been reviewed by and demonstrated to the department's Office of Educational Partnerships and Community Outreach. Pending funding, the department has indicated their desire to purchase use of the system from the BLM which would bring revenue to the BLM and therefore SERTs could become a fee for service system.

Attachment I-1
Project Profile, Exhibit 300-1

## I.C. Performance Goals and Measures
Relate this project to the criteria at the Department's draft Strategic Plan and to the President's management agenda.

This investment supports the strategic management of human capital outlined in the President's Management Agenda, in that the information technology system will capture data on all student participants that is relevant to the BLM's strategic workforce planning which includes recruitment placement and retention of employees and other reporting requirements.

| Fiscal Year | Strategic Goal(s) Supported | Existing Baseline | Planned Performance Improvement Goal | Actual Performance Improvement Results | Planned Performance Metric | Actual Performance Metric Results |
|---|---|---|---|---|---|---|
| 2003 | *Work force Planning goal* | | | | | |
| 2003 | *Workforce Planning goal* | | | | | |
| 2004 | | | | | | |
| 2004 | | | | | | |
| 2005 | | | | | | |
| 2005 | | | | | | |

## I.H.2. Original Baseline
What are the costs and schedule goals for this phase or segment of the project (e.g. what are the major project milestones or events, when will each occur, what is the estimated cost to accomplish each one. Also indicate if this is a multi-agency project, or how it relates to the E-Gov initiatives.

| Cost and Schedule Goals:  Original Baseline for a Phase/Segment/Module of Project | | | | | |
|---|---|---|---|---|---|
| | Schedule | | | | |
| Description of Milestones | Start Date | End Date | Duration - In Days | Planned Cost | Funding Agency |
| 1. Deployment of the SERTs | July 1, 2003 | August 1, 2003 | | To place on existing server no cost | DOI/ BLM |
| 2. Training for users | October 2003 | | One week | $15,000 | DOI/ BLM |
| 3. Upgrades (on an as needed basis). | FY 2005 | | One month | $8,560 | DOI/ BLM |
| Note:  Maintenance of the system is ongoing. | FY 2004 and beyond | | 260 hours | Maintenance $14, 500 | DOI/ BLM |
| | | | | | |
| Completion Date: | Total Completion Cost:  $38,060 | | | | |

## II.A. Enterprise Architecture (DOI Requirement)
Provide a description of how the project ties to the Interior Enterprise Architecture and the

*24*

bureau/office architecture.

The SERTs application has been developed using an existing approved application infrastructure. By using Lotus Domino as the software architecture, the SERTs application takes advantage of the existing directory structure and e-mail infrastructure, already deployed throughout the department the BLM.

## II.B. Security (DOI Requirement)

This section should address the security at the project level, referring to security plans is not acceptable. Indicate the dollar level funded within the project – this amount as compared to total project funding should match the percentage for security you indicated on Exhibit 53.

The data within the SERTs application is sensitive and therefore it is crucial that the data be secure. The SERTs application has been developed with security as a high priority. Access to the system is strictly controlled using the Lotus Notes directory structure. To secure the application from unauthorized access on the "back end", the application stores all of the data within an encrypted database. Beyond the basic user access, the application uses a specific "access control list" to ensure that among the individual users accessing the system, only the appropriate access is granted for each individual.

## II.C. GPEA (DOI Requirement)

Indicate if this project supports electronic transactions or record-keeping that is covered by GPEA. Relate this project to your bureau/office GPEA inventory most recently completed.



Romella Arnold/WO/BLM/DOI

07/21/2003 04:47 PM

To   Ray Brady/WO/BLM/DOI@BLM

cc   Marilyn H Johnson/WO/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM

bcc

Subject   Realty SCEPs

Ray,

As a courtesy to you and based on our informal conversation on the BLM shuttle July 16, 2003, about SCEP Realty students which I initiated, I'm providing the attached document which lists the students currently in the SCEP who were hired as Realty Specialists. I've also indicated their anticipated graduation dates.

Please note that the only converted SCEP who will participate in the Lands and Realty academy this year is Francisca Rodriquez. She is located in Yuma Field Office, Arizona.

Thanks for your support and have a nice day.



SCEP realty students 03.doc

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

EXHIBIT
Arnold
3
11/29/07   7:04
PENGAD 800-631-6989

**SCEP students currently on-board that were hired as Realty Specialists**

| Name | Location | Anticipated Graduation |
|------|----------|------------------------|
| Jo Ann Goodlow | Arizona | October 2003 |
| Aaron Griego | New Mexico | December 2003 |
| Marcos Molinar | New Mexico | December 2004 |
| Vanessa Duncan | New Mexico | May 2005 |
| Sarah Naranjo | New Mexico | December 2003 |
| Kristophier Tilmon | Oregon | May 2005 |

Note: These students are participants in the SCEP and will not be ready for conversion to full-time permanent employment until they complete all of their requirements for graduation. Once they are converted to full-time, they will be eligible to participate in the Lands and Realty Academy training program.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FP    p. 296 33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ARNOLD, ROMELLA J. | 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 | 05/09/52 | 07/16/01 |

**FIRST ACTION** / **SECOND ACTION**

| 5 A. Code | 5-B Nature Of Action | 6-A Code | 6-B Nature Of Action |
|---|---|---|---|
| 703 | PROMOTION NTE 11-13-01 | | |
| 5 C. Code | 5-D Legal Authority | 6-C Code | 6-D Legal Authority |
| N8M | REG 335.102 EXCEPT TO COMP | | |
| 5-E. Code | 5-F Legal Authority | 6-E Code | 6-F Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SCEP PROGRAM MANAGER | HBCU COORDINATOR |
| WO73000    0004301 | WO73000    004294A |

| 8. Pay Plan | 9 Occ Code | 10 Grade Level | 11. Step Rate | 12 Total Salary | 13 Pay Basis | 16 Pay Plan | 17 Occ Code | 18. Grade Level | 19. Step Rate | 20. Total Salary/Award | 21 Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 07 | $ 75857 | PA | GS | 0301 | 14 | 04 | $ 82168 | PA |

| 12A. Basic Pay | 12B Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B Locality Adj | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 68817 | $ 7040 | $ 75857 | $ 0 | $ 74542 | $ 7626 | $ 82168 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| WASHINGTON OFFICE, BUR OF LAND ASST DIR. HUMAN RESOURCES MGMT WORKFORCE PLANNING GROUP | WASHINGTON OFFICE, BUR OF LAND ASST DIR. HUMAN RESOURCES MGMT WORKFORCE PLANNING GROUP |

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 1 | F | YES / NO X |

1 - None   3 - 10-Point Disability   5 - 10-Point Other
2 - 5-Point   4 - 10-Point Compensable   6 - 10-Point Compensable 30%

0 - None   2 - Conditional
1 - Permanent   3 - Indefinite

SEX F

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0  BASIC ONLY | 9  NOT APPLICABLE | 0 |

| 30 Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 10/21/73 | F  FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35 FLSA Category | 36 Appropriation Code | 37 Bargaining Unit Status |
|---|---|---|---|
| 1 | E | | 7777 |

1 - Competitive Service   3 - SES General
2 - Excepted Service   4 - SES Career Reserved

E - Exempt
N - Nonexempt

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data NC | 41 VET-STAT | 42 EDUC LVL | 43 SUPV LVL | 44 POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS    00 | N | 13 | 8 | NONSENSITIVE/LOW RI |

45 Remarks

EXHIBIT
Arnold
4

| 46 Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF LAND MGMT | AUTHORIZING OFFICIAL |
| 47 Agency Code | 48 Personnel Office ID | 49 Approval Date | |

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | | |
|---|---|---|
| 1. Agency Position No. | | |

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| ☐ Redescription  ☐ New | ☒ Hdqrs.  ☐ Field | WASHINGTON, DC | | |

Explanation (Show any positions replaced)

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☒ Exempt  ☐ Nonexempt | ☐ Executive Personnel  ☐ Employment and | ☐ Yes  ☒ No |

| 10. Position Status | 11. Position is: | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☒ Competitive | ☐ Supervisory | ☒ 1-Non Sensitive  ☐ 3-Critical Sensitive | |
| ☐ Excepted (Specify in Remarks) | ☐ Managerial | ☐ 2-Noncritical Sensitive  ☐ 4-Special Sensitive | 14. Agency Use |
| ☐ SES (Gen.)  ☐ SES | ☒ Neither | | AA |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | HISTORICALLY BLACK COLLEGES AND UNIVERSITIES | GS | 340 260 | 14 | 87 | 11-10-98 |

16. Organizational Title of Position (if different from official title)

17. Name of Employee (if vacant, specify)

18. Department, Agency, or Establishment   DEPT OF INTERIOR

a. First Subdivision   BUREAU OF LAND MANAGEMENT

b. Second Subdivision   OFFICE OF THE AD, HRM

c. Third Subdivision

d. Fourth Subdivision

e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee (optional)

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
GLORIA INNISS
BUREAU EO OFFICER

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

| Signature *Gloria Inniss* | Date 11-10-98 | Signature | Date |
|---|---|---|---|

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly.

Typed Name and Title of Official Taking Action

22. Position Classification Standards Used in Classifying/Grading Position

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| Signature *Philena A Spencer* | Date | | |
|---|---|---|---|

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities (See Attached)

NSN 7540-00-634-4265   Previous Edition Usable   5008-106

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295

Serves as the Department of the Interior's representative to the President's Committee on the Employment of People with Disabilities.

Serves on the Bureau's National Recruitment Team. In this capacity participates in the formulation of BLM national recruitment strategies for entry level positions and monitors the progress of minorities and women advancement under this initiative.

## III.    Evaluation Factors

### Factors 1: Knowledge Required by the Position

- Knowledge of historical, cultural, and sociological experiences of the African American community, as well as other minorities and women.

- Ability to work with a variety of individuals and groups as well as with local, State, and Federal agencies, in order to serve as liaison and spokesperson to further the Bureau and Department's objectives on program and issues in the program area.

- Knowledge of natural resource management programs such as Cultural Resources, Rangeland Management, Wildlife, Forestry, Recreation, Wilderness, Soil Air and Water, Lands and Realty, Planning and Environmental Protection, etc.

- Knowledge and skills in oral and written communication methods, techniques, and procedures to effectively communicate BLM/DOI programs, objectives, and goals to university facility, members of various committees; social and professional African American organization; students and to representatives of local, State, and Federal governments innovative approaches and established methods and practices.

- Ability to plan, prepare and deliver presentations before national/international groups of all sizes and to activity participate in meetings, conferences and large groups.

### Factor 2. Supervisory Control

The Group Manager, WO EEO Group provides only general direction in terms of broadly defined Bureau Diversity objectives and program mission. Employee performs planning and oversight functions and day-to-day work independently, and decides on priorities and approaches to be taken. The employee independently formulates and develops annual work plan, develops and defends budget plan, prepares and distributes annual report, and formulates program policy. analyzes comprehensive data, plans specialty program priorities, projects future needs and determines appropriate action, criteria, standards and techniques applicable to achieve desired results.

### Factor 6. Personal Contacts

Contacts are with administrative, administrative and other personnel outside the Department such as students, faculty and staff of universities, secondary and elementary schools students and parents; BLM and other Federal agencies staff; media personnel; local, State and Federal government officials, including Members of Congress, State Legislators and governors; staff of other BLM offices and businesses. Contacts are made in highly unstructured settings. Each contact in conducted under different ground rules and the role and authority of each participant generally must be established the meetings.

### Factor 7. Purpose of Contacts

The purpose of the contact is to motivate and influence individuals in a variety of groups and settings to develop commitments, working agreements, and mutual understanding regarding significant, sensitive needs and concerns of individuals and the Bureau/Department. Contacts will involve a broad cross section of the population with widely diverse points of view and priorities. The incumbent must be skillful in discussion and negotiations to gain the kind of support and cooperation that will result in concerted efforts to meet the needs and concerns of individuals and the BLM/DOI.

### Factor 8. Physical Demands

Travel in involved, but work does not require above-average agility or strength.

### Factor 9. Work Environment

The work is usually performed in offices, meeting rooms, schools, or similar settings. The travel involves the normal everyday risks and discomforts of auto, bus, rail, and air transportation.