# ORIGINAL

```
 1                    UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLUMBIA

 3

 4   - - - - - - - - - - - - - -x

 5   ROMELLA ARNOLD,              :

 6                  Plaintiff,    :

 7        vs.                     :    Case No: 05-1475  (RWR)

 8   GALE NORTON,                 :

 9                  Defendant.    :

10   - - - - - - - - - - - - - -x

11

12                                    Washington, D.C.

13                                    Monday, January 29, 2007

14

15

16   Deposition of:

17                    ROMELLA ARNOLD

18   the Deponent, called for examination by counsel for the

19   Defendants, pursuant to notice and agreement as to time and

20   place, at 501 3rd Street, N.W., Washington, D.C., before

21   Timothy J. Atkinson, a Notary Public in and for the District

22   of Columbia.

23

24

25
```

1    Q.    Is that a detail position?

2    A.    Yes.  I'm still on detail.

3    Q.    Okay.  Just jump back for me, and I just want to get

4  your employment history very briefly with the federal

5  government.

6    A.    Well, I started in 1973 as a co-op student, and in

7  1975 when I graduated from undergrad school I was picked up in

8  a permanent full-time position by the Department of the

9  Interior.  I started at Interior as an EEO Specialist.  I

10  worked as an EEO Specialist up until 1987, but I had various

11  jobs in EEO.

12    Q.    What jobs did you have?

13    A.    I started off as an investigator.  I was a

14  Compliance Review Officer.  I also worked briefly in

15  Complaints and briefly in Title VI Enforcement.

16    Q.    The Complaints are in Title VII?

17    A.    VII, yes.

18    Q.    VII.  And how long did you do the Title VII work?

19    A.    I did Title VII work on and off for about a total of

20  four years.

21    Q.    And how long did you do the Title VI work?

22    A.    I did Title VI work for probably -- approximately

23  two years.

24    Q.    And what did you do in the Title VII work?

25    A.    Title VII, I reviewed complaints of discrimination.

1   I did accept/reject complaints, and I did -- most of my Title

2   VII work was in the compliance review area when I actually

3   reviewed corporations that had contracts with the federal

4   government.  I reviewed their Title VII affirmative employment

5   programs.  That's the bulk of my Title VII experience.

6        Q.    And what did you do in the Title VI area?

7        A.    Title VI, we did Title VI compliance reviews.  We

8   would go out to state and local governments to review grantees

9   that were recipients of federal financial assistance, for

10  instance, state and local park recipients under Title VI.

11       Q.    What is Title VI?  I've heard of Title VII, but --

12       A.    Title VI is actually the review and compliance of

13  federal and state programs that also involve educational

14  institutions that received grants, state and local governments

15  that receive grants.  Like the National Federal -- National

16  Fish and Wildlife Conservation Association is a recipient of

17  the federal dollars, for example.

18       Q.    And you would review them for compliance with what?

19       A.    To make sure when they received federal financial

20  assistance they were in compliance with Title VII laws, that

21  their staffing was in compliance with Title VII, that they had

22  affirmative employment programs, that they were promoting

23  women and people of color at the same grade as non-people of

24  color, so they had to be in compliance with Title VII in order

25  to receive Title VI grants.  And then a lot of Title VI was

1   about the usage of facilities by the public, so it enforced

2   like accessibility to public land or public facilities.

3       Q.    Handicap accessibility?

4       A.    Yes, handicap accessibility, accessibilities as far

5   as crossing race lines.  Like I know one time I did a

6   compliance review in Chicago and Chicago's very full of --

7       Q.    Excuse me one minute.

8       MS. FIELDS:  Would you close the door?

9       BY MS. FIELDS:

10      Q.    I'm sorry.  I don't want us to be interrupted.  Go

11  ahead.

12      A.    Chicago is a very polarized city in that ethnic

13  groups pretty much live and congregate where they live.  They,

14  therefore, use facilities in their immediate communities.  So

15  I did a compliance review to make sure that persons from other

16  communities have access to use the facilities in other

17  communities such as recreation facilities, community centers,

18  et cetera.

19      Q.    Okay.  Now you were an EEO Specialist.  Was that for

20  a particular section of Interior or --

21      A.    Office of the Secretary.

22      Q.    Office of the Secretary.  Now from that position

23  where did you go?

24      A.    In 1987 I went on a detail to the -- at the time,

25  the Office of Historically Black College and University

1      Q.   So did they stop the RIF in the Office of the

2  Secretary?

3      A.   Yes, the second one they did.

4      Q.   Okay.

5      A.   They didn't run it.  Everybody got picked up that

6  was on the list.

7      Q.   Okay.  So you were picked up in another position at

8  BLM?

9      A.   Right.

10     Q.   Okay.  And what was the position you were picked up

11 at --

12     A.   EEO Specialist.

13     Q.   Okay.  What area?

14     A.   Title VII.  I did some investigations.

15     Q.   Is all of EEO separated in Interior?

16     A.   Every bureau has its own EEO program.

17     Q.   Okay.  And how long did you work as a Title VII EEO

18 Specialist in BLM?

19     A.   One year.  Roughly -- almost a year.  Yeah, almost a

20 year.

21     Q.   And then what happened?

22     A.   I was asked to take on the duties and

23 responsibilities of the National Student Employment Program

24 Manager.

25     Q.   And that puts us in '98?

```
 1       A.    Yes.

 2       Q.    Okay.  And what was that position?

 3       A.    I was the National Student Education and Employment

 4  Program Manager.

 5       Q.    And what does that -- what did that position entail?

 6       A.    I was in charge of the Student Education Employment

 7  Program which is the former Co-op Program --

 8       Q.    Okay.

 9       A.    -- that I came in under, and the Student Temporary

10  Employment Program which are students that are hired in a

11  temporary position, but they don't have the same benefits as a

12  SCEP student, Student in Career Employment Program.

13       Q.    Student Career.  That's the SCEP?

14       A.    SCEP.  And the STEP.

15       Q.    And the STEP is the temporary?

16       A.    Right.

17       Q.    Okay.  Now who was your direct supervisor when you

18  were the National Student Education Program Manager?

19       A.    At that time, Gloria Inniss because the program was

20  part of an EEO initiative.  It was an initiative that was

21  housed in the EEO office.

22       Q.    Is Inniss I or E?  How do you spell Inniss?

23       A.    I-N-N-I-S-S.

24       Q.    Okay.  So this is under the -- in the EEO office?

25       A.    Right.
```

16

1     Q.   And the EEO office was a part of -- was it separate

2  or a part of HR?

3     A.   It was part of HR.

4     Q.   Okay.  And how long was Ms. Inniss your supervisor

5  there?

6     A.   Ms. Inniss was my supervisor for approximately a

7  year because in 1999, the latter part of '99, Warren Johnson,

8  Associate Director, moved the program directly under him to

9  give it greater visibility and more resources.

10     Q.   Okay.  So the program was moved under Mr. Johnson.

11     A.   Right, directly under Johnson.

12     Q.   Okay.  Tell me what the whole program was that was

13  under Johnson?  There was your program?

14     A.   Right.  It was my program.  It was the Hispanic

15  Serving Institutions.

16     Q.   Hispanic what?

17     A.   Hispanic Serving Institutions.

18     Q.   Um-hum.

19     A.   Asian and Pacific Island Colleges and Universities,

20  Native American Colleges and Universities, Students With

21  Disabilities, and the Diversity Intern Program which was a

22  Departmental initiative, but we were part of the Department's

23  initiative for the Student Intern Program, Diversity Intern

24  Program.

25     Q.   Okay.  Just very briefly, the other -- the Hispanic,

1    the Asian, et cetera, were they the same type program as

2    yours, but geared towards that population?

3         A.    Focused on that population, exactly.

4         Q.    Okay.  And the purpose of all these programs in

5    general is to help those students get educated and then

6    employed in federal government?

7         A.    That's only part of it.  Recruitment is a part of

8    it.  It's a -- program in that the Executive Order requires

9    that the government do business with historically black

10   colleges and universities just as they do with majority

11   universities.  So the program involved recruitment.  It

12   involved curriculum enhancement.  It involved faculty

13   exchange.  It involved, again, sponsoring students to attend

14   various professional conferences that were directly linked

15   with the mission of the Agency.  And it also required the

16   opportunity for historically black colleges and those other

17   universities, those serving minority groups, to participate in

18   the grant and contract opportunities.  That's where the bulk

19   of the money is going, to the universities.

20        Q.    So to this list should be added the Historically --

21        A.    Yes, Historically Black Colleges.

22        Q.    Okay.

23              UNIDENTIFIED SPEAKER:  Good morning.

24              BY MS. FIELDS:

25        Q.    Now could you explain to me the interrelation

1      Q.    Okay.

2      A.    Well, you're asking when I started?

3      Q.    Yes.

4      A.    Diversity Intern Program was Bill Nunn.

5      Q.    Okay.  And HBCU, Bill Nunn.  And then there came a

6  time when you -- you said there came a time when you did the

7  Diversity Intern Program?

8      A.    And the HBCU Program.

9      Q.    And when did that begin?

10     A.    2001.

11     Q.    Okay.  And why did you begin doing those two

12 programs?

13     A.    Bill Nunn died.

14     Q.    Okay.  And how long did you work in those two

15 programs as well as SCEP, S-C-E-P, Program?

16     A.    I worked -- in 2001 I did 120 day detail.  Then the

17 detail was rotated and Steve had the opportunity to work on

18 the detail, and then after his detail expired I resumed those

19 duties.  So from 2001 and then picked up again those duties in

20 2002 up through August of 2003.

21     Q.    Okay.  Now you did a detail in 2001 for 120 days?

22     A.    Right, temporary promotion.

23     Q.    With a temporary promotion?

24     A.    Yes.

25     Q.    And this Mr. Shafran then did a detail?

1      A.    Right.

2      Q.    Was that for 120 days?

3      A.    Yes.

4      Q.    And did he also get the temporary 14?

5      A.    Yes.

6      Q.    Okay.  Then after he stopped his 120 day detail --

7      A.    Right.

8      Q.    -- did you get another detail?

9      A.    No.  The work was continued to -- the work was given

10  to me.  They continued to give me the work because they were

11  reporting requirements and the work had to get done, so Connie

12  Stewart asked me would I resume those duties.

13      Q.    Okay.  But she didn't give you the temporary 14?

14      A.    No.

15      Q.    Did you ever ask to be given the temporary 14 again?

16      A.    I was eligible for a promotion.

17      Q.    My question was did you ask to be given the

18  temporary 14 while you were doing those duties?

19      A.    You could only be given a temporary promotion for

20  120 days.  After that you can't -- you can do the detail, but

21  not with pay.

22      Q.    Okay.  Did you ask for additional pay for that

23  position?

24      A.    Not after the 120 days.

25      Q.    Did you ever ask to have your position, what you

1  were doing, your work, reclassified?

2       A.    It didn't have to be reclassified.

3       Q.    I'm asking you whether or not you ever asked to have

4  it reclassified?

5       A.    No, I didn't.

6       Q.    Okay.  And how long did you continue -- when you say

7  -- you said there was a rotation?

8       A.    Yes.

9       Q.    Was anyone else in the rotation?

10      A.    Not at the time that I started, no.

11      Q.    Okay.  Just you --

12      A.    And Steve Shafran.

13      Q.    -- and Steve Shafran.  And did the two of you

14  continue rotating or once he did his 120 days did he do any

15  more of those duties?

16      A.    No, he did not.

17      Q.    Okay.  It was solely you?

18      A.    Solely me up until the time I left.

19      Q.    And that was -- when did you leave?

20      A.    August of 2003.  Then he did them again.

21      Q.    Okay.  And in 2003 where did you go?

22      A.    2003, I was reassigned -- removed from my position

23  and reassigned to a non-existing position for Title VI.

24      Q.    Okay.  And what were you supposed to do in that

25  position, that Title VI position?

1      A.    According to management, I was supposed to start a

2 program.

3      Q.    What kind of program?

4      A.    Title VI program.  I had no idea.

5      Q.    Well, would it have been like the Title VI program

6 that you worked in when you were an EEO Specialist?

7      A.    I have no idea.  It was never -- there was never a

8 conversation about what I would do in that position.

9      Q.    With anyone?

10      A.    With anyone.

11      Q.    Who was your direct supervisor?

12      A.    Marilyn Johnson.

13      Q.    You never had any conversations with her?

14      A.    Never had a conversation with Marilyn Johnson about

15 what I would do in that position.

16      MR. BRANCH:  Just be careful to allow her to finish

17 the question, Ms. Arnold.

18      WITNESS:  Yes.

19      BY MS. FIELDS:

20      Q.    Did you have any conversation with Ms. Stroman about

21 what you would be doing in that position?

22      A.    I met with Michelle Stroman when she gave me a

23 position description and performance standards for the

24 position.

25      Q.    And what occurred then?

24

1       A.   She asked me to sign it and I refused to.

2       Q.   Did you have any conversation with her about what yo

3   were supposed to be doing in that position?

4       A.   I asked her for all supporting documents, files, for

5   the program.

6       Q.   And what happened?

7       A.   She said there were none.

8       Q.   And then what happened?

9            MR. BRANCH:  I'm sorry.  What was your question?

10           MS. FIELD:  And then what happened?

11           WITNESS:  Nothing.

12           BY MS. FIELDS:

13      Q.   Well, did you ever receive any training in Title VII

14   -- I mean in Title VI?

15      A.   I went to a --

16           MR. BRANCH:  Objection.  Wait.  Are you asking about

17   at that time or any time previously?

18           MS. FIELDS:  At this time.

19           BY MS. FIELDS:

20      Q.   At this time did you receive any training in Title

21   VI in 2003?

22      A.   I went to a one day workshop, but it was not

23   training.

24      Q.   What was in the workshop?

25      A.   They were doing presentations on what Title VI was

1  at the departmental level.  They were still trying to define

2  what their responsibility was at the departmental level and

3  how the bureaus would interface with the Department.

4      Q.   When you say how the bureaus would interface with

5  the Department, what do you mean?

6      A.   Well, all bureaus didn't have Title VI

7  responsibility, so they were talking about who would happen

8  Title VI complaints when they would be filed against the

9  Department and what bureaus had responsibility for

10 implementing or investigating, I guess, Title VI complaints.

11     Q.   Was it your understanding that as part of your

12 duties as a Title VI Specialist, under the new duties, that

13 you would be investigating Title VI complaints?

14     A.   No.  Are you asking me were those part of my new

15 duties?

16     Q.   Yes.

17     A.   I don't know what my new duties were.

18     Q.   When you met with Ms. Stroman about your PD -- I

19 mean about your performance standards, did you ask her what

20 your duties were supposed to be?

21     A.   I read the standards.

22     Q.   And did they indicate to you what your duties were

23 supposed to be?

24     A.   I guess that's what they were supposed to do had

25 there been a position in place.

1     A.    No, I didn't.

2     Q.    Did you ask her any questions about it?

3     A.    No, I didn't.  She was not my supervisor.

4     Q.    Who was she?

5     A.    She was my peer.

6     Q.    What was her official title?

7     A.    EEO Specialist.

8     Q.    At that time was she the acting EEO manager?

9     A.    She could have been.  I'm not sure.

10    Q.    At some point Ms. Inniss had retired, is that

11  correct?

12    A.    Yes.

13    Q.    Now this indicates -- the one, two, three, fourth

14  paragraph.  It says in accordance to your position description

15  and performance standards, one of your responsibilities is to

16  develop policies and procedures to ensure that the BLM can

17  enforce Title VI, is that correct?

18    A.    Yes.

19    Q.    And you received this on October the 23rd?

20    A.    Um-hum.

21    Q.    And what was your --

22          MR. BRANCH:  Wait.  You have to say yes or no, Ms.

23  Arnold.

24          WITNESS:  Yes.

25          BY MS. FIELDS:

1     Q.    And what was your understanding as to what you were

2   supposed to do to develop policies and procedures to ensure

3   that BLM could enforce Title VI?

4     A.    I had no understanding.

5     Q.    Then are you indicating that nothing from your

6   previous experience as a Title VI EEO Specialist gave you any

7   inkling of what your duties were supposed to be?

8     A.    Only if I were to go out and do compliance reviews

9   did I have an understanding of the program.

10    Q.    So your understanding -- so if you were to do

11  compliance reviews?

12    A.    Right.

13    Q.    Did you ask anyone whether or not you were supposed

14  to do compliance reviews?

15    A.    No, I didn't.

16    Q.    When you went to the -- how many training programs

17  did you go to in 2003?

18    A.    I went to two.

19    Q.    And who was putting on those training programs?

20    A.    Melodie Stith put on one training program?

21    Q.    And who was Melodie Stith?

22    A.    At the time she was the Director of the Office for

23  Equal Opportunity for the Department.

24    Q.    And who put on the other program?

25    A.    That was also sponsored by Melodie Stith's office,

1      A.    Um-hum.

2      Q.    Was that during --

3            MR. BRANCH:  You do have to say yes or no, Ms.

4    Arnold.

5            WITNESS:  Oh, I don't know when I came back.  I know

6    it was during the Christmas holiday season when I approached

7    Mike Trujilio (phonetic sp.) to speak with him about my

8    situation.

9            BY MS. FIELDS:

10     Q.    Okay.  And you had come back to work at that point

11   in time?

12     A.    Yes.  I was working that day.

13     Q.    Okay.  And did you work any extended period of time

14   December of 2003?

15     A.    What do you mean did I work any extended period of

16   time?

17     Q.    Well, you indicated you spoke with him that day when

18   you came back to work.  Did you work a week in December or

19   more than a week in December --

20     A.    Yes, I did.

21     Q.    -- 2003?

22     A.    Yes, I did.

23     Q.    And what did you do?

24     A.    I did what everybody else did, I attended Christmas

25   parties.

1       Q.    So you're saying you did no substantive work?

2       A.    No, I didn't.  I had nothing to do.

3       Q.    Okay.  And January, what did you do in January of

4  2004?

5       A.    January, I resumed following up to take care of my

6  work life.

7       Q.    What does that mean?

8       A.    I sought to get out of that office.

9       Q.    Okay.  So did you do any substantive Title VI work

10  in January?

11      A.    No, I didn't.

12      Q.    Okay.  Now you indicated you spoke with Mr. --

13      A.    Mike Trujilio.

14      Q.    Okay.  And when did you speak with him?

15      A.    I spoke with him in December.

16      Q.    Okay.  And what was his position?

17      A.    He was the Deputy Assistant Secretary for Diversity

18  Programs for the Department of the Interior.

19      Q.    Did you meet with him alone or with someone?

20      A.    I met with him alone.

21      Q.    And what happened there, conversation?

22      A.    I introduced myself to him, told him who I was, and

23  brought up a situation where we'd met one on one and we had

24  some dialogue on recruitment, a conference that I attended

25  where he asked me to do a presentation, so after I brought up

43

1      Q.    And what happened at that meeting?

2      A.    Well, at that meeting I was told what I needed to do

3   to make my system a part of the HR portfolio because at the

4   time my system was developed there was no ITIV.  That was the

5   board that reviewed all IT projects.  So I was told what I

6   needed to do to submit the paperwork to be up to speed with

7   the rest of the projects that were before this board to review

8   and approve based on the manager's discretion.

9      Q.    Okay.  So that's the third meeting in March of 2003.

10  When was your next meeting with Ms. Johnson?

11     A.    Then my next meeting occurred in June.

12     Q.    And where was that meeting?

13     A.    That meeting was really over the telephone to discus

14  my travel to Phoenix.

15     Q.    And what happened in that telephone conversation?

16     A.    I was told by Marilyn's staff assistant that she did

17  not approve my travel to go to Phoenix at the scheduled time

18  that I had allowed to go for the training orientation.

19     Q.    Who was the staff assistant?

20     A.    Kelly Drakeford (phonetic sp.).

21     Q.    Okay.  Did anything else happened in that telephone

22  conversation?

23     A.    I asked why I was not allowed to go when I scheduled

24  myself to go, and I was told that travel expense was the

25  concern, the amount of travel expense.

44

1      Q.    That was the conversation with Kelly Drakeford?

2      A.    I believe I had that conversation with Connie

3   Stewart.

4      Q.    Connie Stewart.

5      A.    Right.

6      Q.    Did you have a conversation with Ms. Johnson about

7   the travel?

8      A.    Yes.  I asked her.

9      Q.    When was that?

10      A.    The same day of the meeting, the same day of the

11   meeting, which was July -- June the 11th, June the 11th.

12      Q.    Okay.  I'm getting confused.  What meeting was there

13   on June the 11th?

14      A.    That was the telephone conversation about my travel.

15      Q.    Okay.  So you talked with --

16      A.    Kelly, and then Kelly put me in to Marilyn Johnson,

17   and then Marilyn said see Connie.

18      Q.    Okay.  And what was your conversation with Ms.

19   Johnson?

20      A.    I asked why didn't she approve my travel to leave on

21   Thursday, September the 12th.

22      Q.    And what did she tell you?

23      A.    She said because she was getting hit over the head

24   about the travel budget.

25      Q.    And then you also talked with who after you talked

1      Q.    What was it on the phone that you talked to her

2   about on July the 18th?

3      A.    I got to work that morning and Kelly had left a

4   message that Marilyn wanted to see me, so as soon as I got in

5   I called down and Marilyn got on the phone and said she needed

6   some data information by 10:00 and this was at 9:30.

7      Q.    And what kind of data info did she need?

8      A.    She wanted to know all the students that were in the

9   program that were realty specialists, when they would be

10  graduating and when they would be attending the Lands Academy

11  (phonetic sp.).

12     Q.    Okay.  And what did you tell her?

13     A.    I told her I could not get that information to her

14  by 10:00.

15     Q.    And what did she say?

16     A.    She said when can you get it to me?  I said I don't

17  know.  Today is Friday.  People have alternative work

18  schedules.  I'll do the best I can.

19     Q.    And what did she say?

20     A.    She said get it to me when you can.

21     Q.    Okay.  And then you say you talked to her again in

22  the afternoon.

23     A.    I went down there that afternoon because I had

24  another issue with a student.  Marilyn had arbitrarily decided

25  not to --

1    Q.   I just asked what was your conversation with her

2    that afternoon.

3    A.   To pay the students' tuition that we owed to the

4    university, and she again asked me about the money laundering

5    to Langston University.

6    Q.   What did she say?

7    A.   What did she say about what?

8    Q.   What did she say about the money laundering to

9    Langston University?

10    A.   She said I'm not comfortable with Langston.  Why are

11    we giving all this money to Langston?  Why are we laundering

12    all this money to Langston?  And I said I'm not going to take

13    up this conversation with you.  I want you to stop using that

14    term.

15    Q.   And did she have any conversation with you about

16    what she had requested from you in the morning?

17    A.   She asked me how I was doing and I gave her what I

18    had at that time.

19    Q.   Okay.  What did you give her?

20    A.   I gave her a list of those names of students I had

21    gotten from the field managers.

22    Q.   You had to call the field managers to ask them for

23    the information?

24    A.   Every one of them.

25    Q.   How many?

1       Q.    Did she say anything else?

2       A.    I asked her why and she said that was the decision

3  she had made, and she kept referring to her, this person as

4  he.  I said who is he and she said Mike Brown, and I said I'll

5  be damned.

6       Q.    And then what happened?

7       A.    Then she said why are you cursing?  I said I'm not

8  cursing.  I used a commonly used expression.

9       Q.    And then what happened?

10      A.    Let's see.  She talked about Mike Brown coming to

11 Washington and then the meeting was over.

12      Q.    Okay.  And when was the next time you spoke with --

13      A.    August the 1st, 2003.

14      Q.    Okay.  And where was that conversation?

15      A.    She called me to her -- well, Kelly called me and

16 said Marilyn wanted to see me.  I went down to her office, and

17 present was Sylvia Felder.  I don't know why.  And I sat down

18 to the conference table and she handed me two blue

19 confidential envelopes.

20      Q.    And what conversation did you have with her?

21      A.    I didn't have -- I opened the envelopes and I read

22 the documentation that was enclosed in the envelopes, and I

23 asked her what was this about, and she said as the manager, I

24 have the right to use my FTEs the way I want to.  I have the

25 prerogative.  That's the word she chose.  And then when I read

1  the letter of conduct warning I said I don't understand, what

2  is this about, and she said employees have come to me

3  complaining that when you get upset you curse in the work

4  place and you cause a hostile work environment.  I said who

5  are they and she just looked at me with a blank look on her

6  face.  Then she asked me to sign the documents and I told her

7  I refuse to sign them.  She said well, signing them doesn't

8  mean you accept them, that you agree with it, it means you

9  accept them, and I told her I was not accepting them.  I got

10  up and left.

11      Q.    Was that the last conversation you had with her?

12      A.    The last conversation, yes.

13      Q.    Aside from the meeting about -- did you ever talk to

14  her about your Title VI assignment?

15      A.    Yeah, we talked a little bit about it then at that

16  meeting.

17      Q.    At that meeting?

18      A.    Yes, at that meeting, right, because I read the memo

19  and I said well, why are you giving this to me, and she said

20  because I want to give it to you.  I said well, can't you give

21  this to Mike Brown since he's the new kid on the block?  He

22  didn't experience at anything.  And she said if you refuse to

23  do this position, you will be disciplined.  If I refused to do

24  the job, I would be disciplined.  So I said well, can't I do

25  both Title VI and keep my student employment position?  She

1  said if you refuse to do this job, you will be disciplined.

2  So I offered to do both jobs.

3       Q.    And what did she say about you maintaining the other

4  position?

5       A.    She said no, no, that was not an option.

6       Q.    Any further conversation that day?

7       A.    No.  I got up and left.

8       Q.    Did you have any conversation with her after that?

9       A.    The only other time I saw her after that was in

10  mediation in October.

11       Q.    Did Ms. Johnson ever make any derogatory statements

12  to you concerning your age?

13       A.    The derogatory action concerning age was the

14  proposal to send all of our jobs out into the field.

15       Q.    I asked you did Ms. Johnson ever make any derogatory

16  statements to you concerning your age.

17       A.    Ms. Johnson proposed that all persons of my age be

18  transferred to the field.

19       Q.    Please, just answer my question.

20       A.    That is the answer.

21       Q.    What did she say to you that was derogatory

22  concerning age?  I want the conversation.

23       A.    She didn't have a conversation with me.

24       Q.    So she had no conversation with you in which she

25  made any derogatory statements concerning your age, is that

52

1  correct?

2       A.    Correct.

3       Q.    Did she make any derogatory statements to you

4  concerning your sex?

5       A.    No.

6       Q.    Did she ever make any derogatory statements to you

7  concerning your race?

8       A.    Not to me.

9       Q.    Now we've talked about the SCEP, S-C-E-P, Tracking

10  System?

11      A.    Yes.

12      Q.    Okay.  That was a system that was being created for

13  the SCEP Program, is that correct?

14      A.    SCEP and STEP program.

15      Q.    SCEP And STEP.  And you had someone working with you

16  on that?

17      A.    Yes.

18      Q.    Who was that?

19      A.    Clark Collins was my IT advisor and he had let a

20  contract out to a contractor to develop a personalized

21  software system.

22      Q.    Okay.  And that was to be used to do what?

23      A.    That system was to be used to track the entire

24  student program, track the students when they were hired,

25  where they were placed, their grade point averages, their

53

1  major, the resource area they were working in.  It would track

2  when they were working and when they would return to school.

3  It would track the dollars that each student was given for

4  tuition assistance.  It would track the stipend dollars.  It

5  would track their travel dollars.  It was supposed to track

6  everything that happened while they were employed as a

7  student.

8      Q.    Now by December of 2002 where was that program?

9  What stage of development was it in?

10     A.    It was completed.  The software had been designed

11 and completed, and it was ready for testing.

12     Q.    Now you said it was ready for testing.  Had it been

13 put out into the field offices?

14     A.    As a test, as a pilot, yes.

15     Q.    And in all the field offices -- it had been put in

16 the field offices as a pilot test?

17     A.    The field offices, the members that I worked with,

18 they could access it from their office.

19     Q.    What could they access?

20     A.    They could access the actual software.

21     Q.    What's the software do that they could access?

22     A.    They could go in and look at their state to see the

23 students that were working within their state and where those

24 students were located.

25     Q.    Okay.  It was -- had it been deployed in all the

1    A.   Yes.

2    Q.   Okay.  So instead of March 2003, you think it's now

3 January 2003 --

4    A.   Yes.

5    Q.   -- that you had the meeting with Gail Colbert and

6 Ms. Johnson concerning the SCEP system?

7    A.   Yes.

8    Q.   To a tracking system?

9    A.   Right.

10    Q.   Okay, page 9.  Now we'll jump to May 12th, 2003.

11 Did you receive this document?

12    A.   Yes.

13    Q.   Okay.  And this is from Kurt Ballentyne.  It says

14 thanks for responding so quickly to my last e-mail regarding

15 your quarterly report.  As I mentioned on the phone, I "now"

16 remember that I had forgotten to include your name on the

17 distribution list for an e-mail I sent to all WO700 project

18 managers reminding them that their quarterly reports were due

19 on April 15th.  I'm going to ask you to submit something by

20 the close of business on Wednesday, May the 14th.  What was

21 this about?

22    A.   He forgot to notify me that a quarterly report was

23 due, so now he's doing it.

24    Q.   Okay.  And then page 11 and 12 are the same

25 document.  Hmmm, 13 and 14 are the same document.  Page 15 and

1    16, you attach your submission of the second quarterly report

2    and the 300 Light.  These are documents we talked about

3    previously, page 15, 16 and 17 --

4        A.    Yes.

5        Q.    -- is that correct?

6        A.    Yes.

7                          (OFF THE RECORD)

8                          (ON THE RECORD)

9              BY MS. FIELDS:

10       Q.    Now page 20 and 21 -- let's look at page 21 first.

11   At the bottom there's an e-mail dated 7/30/2003 from you, is

12   that correct?

13       A.    7/3.

14       Q.    7/3, thank you, 2003.  Is that from you?

15       A.    Yes.

16       Q.    Okay.  And could you tell us what this is about, if

17   you know?

18       A.    I'm still trying to get some clarification as to why

19   I have to meet the criteria for projects that have a much

20   larger dollar amount requirement to go before the ITIB.

21       Q.    Okay, because you said if it's under $500,000 --

22       A.    Right.

23       Q.    --  but prior to that you had said that Mr. Colbert

24   had said if it was under $500,000, you didn't -- that it

25   wouldn't fall within the criteria?

1      A.   Clark.

2      Q.   Clark, thank you.

3      A.   Right.

4      Q.   Okay.  Then you got a response from Mr. Ballentyne,

5  is that correct?

6      A.   Right.

7      Q.   And that's on page 20, 7/8/2003?

8      A.   Yes.

9      Q.   Did you receive this?

10     A.   Yes.

11     Q.   And in this there's a clarification concerning what

12  falls within the system --

13     A.   Right.

14     Q.   -- is that correct?

15     A.   Um-hum.

16     Q.   And it indicates -- would you read what it indicates

17  at the fourth paragraph?

18          MR. BRANCH:  Starting with what?

19          MS. FIELDS:  In my earlier e-mail message.

20          BY MS. FIELDS:

21     Q.   Would you read it for us?

22     A.   Okay, yes, 500,000 total life cycle or systems

23  applications used in more than one state center or system

24  applications used in more than one business program area.

25     Q.   You can continue.

1      A.   I left out the first or between 1 and 2 items which

2   might have caused your confusion.   My apologies.

3      Q.   Go on.

4      A.   Since SERT will be used Bureau-wide, the dollar

5   threshold really doesn't matter.   It meets the criteria of

6   being a national system under criteria 2.

7      Q.   So is this the first time you understood that your

8   system fell within the --

9      A.   Yes.

10      Q.   -- ITIB?

11      A.   This is the first time, yes.

12      Q.   Okay.   That's the first clarification you had?

13      A.   The first clarification.

14      Q.   Okay.   After you received this what happened?

15      A.   Then I did -- Kurt sent me the template.   I did the

16   business case, 300 Light business case, and the quarterly

17   report, and then it just died.

18      Q.   I thought you had done the business Light before at

19   page 15.   See page 15 and 16?

20      A.   Right.

21      Q.   So you had already sent in the business Light?

22      A.   Right.

23      Q.   Okay.   So did you send in anything after -- anything

24   else after this July 8th, 2003 e-mail to Mr. Ballentyne?

25      A.   No, because shortly after that I was removed from my

71

1    job.

2        Q.   Okay.  So do you know if this was ever approved by

3    the ITIB?

4        A.   No, it was not.

5        Q.   Okay.

6            MR. BRANCH:   Is this a good place to take a short

7    break?

8            MS. FIELDS:   If you want to, sure.

9                         (OFF THE RECORD)

10                        (ON THE RECORD)

11           MS. FIELDS:   If you could mark this as our next

12   exhibit.  Is that our number 3?

13           REPORTER:   This is number 3.

14           MS. FIELDS:   Okay.

15                              (Whereupon, the document that

16                              was referred to as Exhibit

17                              Number 3 was marked for

18                              identification.)

19           BY MS. FIELDS:

20       Q.   I show you what's been marked as our Exhibit Number

21   3, which is an e-mail dated July the 21st, 2003.

22       A.   Right.

23       Q.   Do you recognize that document?

24       A.   Yes, I do.

25       Q.   What is that, please?

1    A.    This is a e-mail I sent to Mr. Ray Brady who is the

2  official who requested the same information.  He didn't

3  request.  He asked me would I send him a copy of the

4  information once I gathered what students would be eligible to

5  go into the Lands Academy.  He was the group manager for the

6  Realty Specialist positions.  So I ran into him on the shuttle

7  one day and I just said oh, I think we're going to have quite

8  a few students to graduate this year that will be going into

9  the Lands Academy, so he said do you know how many?  I said

10 no, not exactly.  He said well, when you find out would you

11 let me know?  I said yeah, absolutely.  So this is my e-mail

12 to him providing him that information because it's the exact

13 information that Johnson said she needed when I met with her

14 on July the 18th.

15    Q.    So this is the same information that she had

16 requested?

17    A.    Yes.

18    Q.    Were they two requests in relation to each other or

19 not?

20    A.    Well, she said that she needed it for a meeting that

21 she was having with him.

22    Q.    Okay.

23    A.    Right.  But I had already seen him before she even

24 asked me for the information and we were just chatting in

25 general two days before, and I told him I would get that

1    information to him when I got it.

2        Q.    Okay.  So you were working on getting the

3    information when you talked with him?

4        A.    No, I wasn't.  I had not started, no, because there

5    was not a deadline.  It was like when you get it let me know.

6        Q.    Okay.  And Realty Specialists, that means it relates

7    to what, real estate?

8        A.    Yes.  We have positions known as Realty Specialists.

9    They're the people that actually do the leasing and the sale

10   of the BLM land.

11       Q.    And the second page of the exhibit has about six

12   names on it?

13       A.    Yes.

14       Q.    And what are these?

15       A.    These are students who actually were hired as Realty

16   Specialists, where they were located and their anticipated

17   graduation dates.

18       Q.    Okay.  And this is the information that Ms. Johnson

19   had requested you to get --

20       A.    Yes.

21       Q.    -- on the Friday before?

22       A.    Right.

23       Q.    Okay.

24       A.    Right.

25       Q.    And you got these six names, you said, by calling up

```
 1  --
 2       A.   All of the state offices, yes.
 3       Q.   Okay.  And they called back and gave you the
 4  information?
 5       A.   Yes, or sent me an e-mail.
 6       Q.   Okay.
 7            MS. FIELDS:  We're at Exhibit Number 4?
 8                              (Whereupon, the document that
 9                              was referred to as Exhibit
10                              Number 4 was marked for
11                              identification.)
12            BY MS. FIELDS:
13       Q.   Now Exhibit Number 4, is this is your personnel
14  action for your temporary detail to the HBCU Coordinator
15  position?
16       A.   Yes.
17       Q.   Okay.  And I'm just trying to get the exact dates
18  down.
19       A.   Effective 7/16/01.
20       Q.   And not to exceed 11/13/01?
21       A.   Yes.
22       Q.   So would these be the dates of that temporary
23  detail?
24       A.   Yes.
25       Q.   Okay.  Now I'm looking at your interrogatory answers
```

1      Q.     Okay.

2      A.     She was like a temporary person that Marilyn put in

3  that office.

4      Q.     Okay.  So you shared that with Marilyn Bodner?

5      A.     No, Tracy Bodner.

6      Q.     Tracy Bodner.

7      A.     I shared space with Tracy Bodner.  It was a office

8  suite, and in that office we had a library resource area with

9  all of the recruitment materials.  I had a desk for a student,

10  and then an empty desk which Tracy took, and then my desk, so

11  it was an office suite.

12      Q.     And where was your -- that office?  Where was that

13  office?

14      A.     The main Interior fifth floor.  I don't recall the

15  room number, but it was in the 5500 corridor.

16      Q.     Okay.  And the office that you moved to, where was

17  that.

18      A.     It was on the same corridor at the far end of the

19  hall, but it was one office turned into two.

20      Q.     When you say the end of the hall, I don't know the

21  building.  What end of the hall?

22      A.     It would be the end of the hall going towards the

23  west side of the building which backs up to 19th Street.  It

24  would be that end of the hall, not on the east side of the

25  corridor, the west side of the corridor.

1    Q.   Is it close to the end where the restroom is?

2    A.   My Student Program Office was close to the end where

3  the restroom is.  The office I was moved to was at the

4  opposite end, and that wing has been renovated, so I don't

5  know what it looks like today.

6    Q.   It's been renovated since then?

7    A.   Yes.

8    Q.   Okay.  In Interrogatory Number 3, I had asked for

9  every act of discrimination or retaliation you allege occurred

10  fully describe in detail and identify your initial contact

11  with an EEO counselor or the EEOC, including the date of the

12  latest act of discrimination, the date and location of initial

13  contact, how the contact was made and with whom the contact

14  was made, and other substantiating when the contact was made.

15  Now I'm going to ask you to look at the interrogatories and

16  the answers because --

17         MS. FIELDS:  That's the only copy I have.  The first

18  answer --

19         MR. BRANCH:  Can I see it for a moment?

20         BY MS. FIELDS:

21    Q.   -- states August the 4th, 2003, initial contact with

22  EEO counselor --

23    A.   Right.

24    Q.   -- correct?

25    A.   Um-hum.



**Kurt Ballantyne**
12/12/2002 04:39 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Clark Collins/WO/BLM/DOI@BLM
Subject: Project Number for SCEP Enhanced Reporting Tracking System

Romella,

As you may or may not know, the National ITIB at their June 2002 meeting directed that all national level systems/projects, regardless of size, report their scope, schedule, and budget information to the System Coordination Office on a quarterly basis. **SCEP Enhanced Reporting Tracking System** is now part of the national IT Portfolio. Bureau policy, as identified in WO IM 2001-222, requires all national level IT investments/projects/system to obtain and use a project number to track all costs. As such, all project/system spending (labor, contract services, travel, training, hw/sw) must be tracked and reported as part of national IT Portfolio/Cap.

A project number (024S) has been obtained for the project/system for which you are the project manager/user representative. Please ensure that all expenditures associated with the planning, design, development, testing, operations, maintenance and/or enhancements to the project SCEP Enhanced Reporting Tracking System are charged to this project number. Use of the system by the end users should not be charged to this project code.

The SCO in support of the ITIB and in accordance with WO-137 Change 1, will use the Financial Management Information System to compare approved funding levels against actual expenditures.

To ensure proper fund coding, you and others that support your project/system may need to go back to the beginning of the FY and correct and/or update their time and attendance, travel, training, and associated procurement.

You will need to work with your Budget Officer for your office to accomplish capturing and ensuring past FY03 costs and properly coded to your project/system. You will also need to work with your Budget Officer, once the AWP is approved, to enter your approved/planned funding amount into the Financial Management Information System.

Should you have any questions you may contact Kurt Ballantyne your SCO point of Contact at 303 236 5270 or Clark Collins  AD-700 Portfolio Manager.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov

EXHIBIT
Arnold
2
1/29/07   TSA

Clark and Ron,

See message below

Please explain what's going on. This message is very disturbing from Gail, because I know this project was approved several years ago and I know that the ITIB is aware of the project based on the latest message from Kurt Ballantyne who works for the ITIB. I have been assigned a project # and instructions for it's use. Again, someone needs to brief Marilyn on this project and informed her that it was approved and it did go through the channels for approval. What's up with Gail's message?

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549
----- Forwarded by Romella Arnold/WO/BLM/DOI on 12/23/2002 02:34 PM -----

**Gail Colbert**
12/23/2002 10:19 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc:
Subject: AD700 Portfolio

Romella -

The SCEP Enhanced Reporting Tracking System is still "on the books" as a HRIM initiative under the AD700, however, it is in a holding pattern.

I have recently taken over as the Portfolio Manager for AD700 and will be assessing the application along with all of the others in the 700 Portfolio. According to the System Coordination Office and the ITIB, there was never a business case or project plan written for this project and, therefore, in the eyes of the ITIB, it isn't on their "radar screen."

As I review the portfolio over the next few weeks, I will be making my recommendations to Marilyn Johnson, the System Coordination Office and the ITIB with regard to what we will continue to support, what will be cut and what will be put on hold for future review. If it is decided that we proceed with this project, a project manager will have to be assigned and proper documentation will be necessary before this project is presented to the ITIB. The ITIB's next meeting is in March and, therefore, documentation will need to be completed by the end of January.

Please send me any information you can provide as to the status of this project by COB January 3, 2003.

Thank you!

Gail Colbert
Project Manager
BLM National Human Resources Management Center

 **Kurt Ballantyne**
01/06/2003 12:11 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM
Subject: SCEP Enhanced Reporting Tracking System - Project 024S

Romella, (ps I will be at the NTC with Gail Colbert and Ron Tucker on Jan 7th)

This is a reminder that quarterly project reports are due to the System Coordination Office by January 15, 2003, according to Washington Office IM 2001-137, Change 1, http://www.blm.gov/nhp/efoia/wo/fy01/im2001-137ch1.html. Your report must address scope, schedule, and budget for the time period October 1 through December 31, 2002. Any outstanding investment proposal or business case stipulations from the ITIB should also be addressed in your reports as to how progress is being made to mitigate these stipulations.

The project schedules submitted to the SCO are posted on our web site in Primavera P3e: http://web.blm.gov/sco/p3e/index.htm
Please review the information we have collected from your project, and make any necessary corrections. Please let me know if you need assistance. Instructions for submitting IT project schedules were transmitted in WO IM 2002-228, Investment Management: Mandatory IT Project Scheduling Reporting Format and Software.

The FY02 Fourth Quarter Report for all ITIB approved projects was presented to the ITIB at its November 2002 meeting. This report is located at:
http://web.blm.gov/itib/nov02/project_tracking_11-01-02.pdf .

Please submit your quarterly report to me by January 15, 2003, in an electronic media. IM 2001-137 Change 1 shows acceptable formats for scope and schedule. A Microsoft Project template is located on the SCO Project tool page: http://web.blm.gov/sco/sco_toolbox.htm. If you have any questions, or need assistance, let me know. Thank you.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :   (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov



**Gail Colbert**
01/10/2003 10:25 AM

To: Kurt Ballantyne/DWO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM, Linda
Sedbrook/NCS/BLM/DOI@BLM, Chip Calamaio/NTC/BLM/DOI@BLM,
Ron Tucker/NTC/BLM/DOI@BLM, Romella
Arnold/WO/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM,
Gary Dreier/NTC/BLM/DOI@BLM, Melissa Dukes
Subject: AD 700 portfolio

Kurt -

As we discussed on our conference call with Marilyn on Tuesday, a number of 700-related items will be on the ITIB's next two agendas (March and June). I've listed them here just to be sure we're all on the same page. (Project managers please contact me if you have any questions regarding these matters.)

Employment Opportunity Information System (EOIS) - A formal request has been submitted to the ITIB to remove this project from the AD700 portfolio.

E-Works - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

Exit Interview - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

FHRIS - A formal request has been submitted to the ITIB to remove this project from the AD700 portfolio.

HR Manager - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

SAS - This system will be analyzed and reviewed (along with alternatives such as the Automated Table of Organization and the BRIO query tool) as a possible IT solution within the Workforce Planning Manager's Framework. Gary Dreier, project manager, will do the analysis and review and make a recommendation to the ITIB in a business case that will be reviewed by the board at its June meeting.

Satellite Broadcast Two-Way Communication System - The ITIB requested that the project manager submit a status report to the ITIB seeking approval for the project's life cycle cost estimate. Chip Calamaio, project manager, submitted this report on December 27, 2002.

SCEP - This system will be analyzed and reviewed. If it is determined by the project manager that this project will be a sound IT investment, a business case will be submitted to the ITIB for approval at the June meeting. If it is determined by the project manager that this project will not be a sound IT investment, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio.

Training Investment Recordation - As Ron Tucker, project manager, reviews this system, he will determine whether or not it can be absorbed by NTC's existing Training Server application. If Ron determines that this is the case, a formal request will be submitted to the ITIB to remove this project from the AD700 portfolio and a new business case for the Training Server application will be developed. This business case will be presented at the board's June meeting.

Workforce Planning Manager's Framework - Please see SAS above.

4



**Gail Colbert**
01/23/2003 12:21 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM, Linda
    Sedbrook/NCS/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects

Romella -

Please see Marilyn's message below. We will be submitting a formal request to the ITIB at their March meeting to remove SERTS from the AD700 portfolio.

Please discontinue use of this system. If necessary, I'd be glad to help you in the contacting of system administrators to remove this system from any and all BLM servers.

Marilyn and I have briefly discussed SERTS' value to the bureau, which is the main criterion for IT systems. It's my belief, having looked at the system, that the information you're trying to capture can be pulled from the Automated Table of Organization (SCEPS are tracked based on their "status" in FPPS) or directly from FPPS. Although the fields aren't used often, FPPS does allow for a "university code" to be put in and an "academic field of instruction" to be recorded. With a little marketing to the personnel offices from you, these fields could be easily populated.

I'll be in Marilyn's office Tuesday morning for the HR Management staff meeting if you have any further questions.

Thank you.

Gail Colbert

----- Forwarded by Gail Colbert/NCS/BLM/DOI on 01/23/03 10:13 AM -----



**Marilyn H Johnson**
01/22/03 03:33 PM

To: Gail Colbert/NCS/BLM/DOI@BLM
cc:
Subject: Re: FY04 and 05 Budgets for Projects

Gail that SCEP tracking system should be deleted...

M





**Gail Colbert**
01/23/2003 02:25 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects

Romella -

Please note that this was a decision made by the AD700 - my job as the portfolio manager is to execute the decisions made by the AD. Perhaps you should discuss your concerns with her.

This project was never authorized by the ITIB. It has not been measured against the IT standards of BEA (business architecture driving IT projects), the BST (budget allocations), OMB (value to the bureau), or the IMG (relation of the budget allocations to the IT spending cap), to name a few.

Please discuss your concerns with Marilyn and I'm sure she will pass any pertinent information on to me.

Gail

Romella Arnold



**Romella Arnold**
01/23/03 12:02 PM

To: Gail Colbert/NCS/BLM/DOI@BLM
cc:
Subject: Re: FY04 and 05 Budgets for Projects

This is not exactly true. You and I need to meet and I will explain how the system works and why SERTS vs FPPS. Please do not interfere with this decision until you have all of the facts. I will be here next week and when yu have time, please come by my office. Thanks much!!

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

*[handwritten notes:]*

*Not true,*

*Peres & Clark*

*Mathew Stewart Foster*

*Small system*
*under the threshold for $9,000*

*$$$ spent under $50,000.*

*In house*
*no need for business case.*

*ITIB*
*6*

*(303) Gail*
*236-7388*

*Old documents*
*Stated does*
*meet criteria*
*no need to submit*



Marilyn H Johnson
01/27/2003 01:21 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects

The rules have changed Romella. What bothers me about this discussion no one was doing anything with the system until there was a decision to remove it from the portfolio. I never heard of the system before, and neither had the people in Denver. I don't know anyone who has used it to any notable success. Gail will be here tomorrow. I would like to discuss this with her in the room since she seems to have alternative. We may be looking at a real late meeting because I have a full day scheduled.

M

7

 **Marilyn H Johnson**
01/27/2003 09:20 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM
Subject: Re: FY04 and 05 Budgets for Projects☐]

Romella, I will be glad to meet with you. However, this system has been on the books forever, Clark never did a business case for it so we cannot support it being a part of our portfolio anymore. Denver is very serious about all of the ADs have clean supportable cases for their systems and your system has no documentation so I cannot support it...

M
Romella Arnold

 **Romella Arnold**
01/24/2003 04:35 PM

To: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H Johnson/NTC/BLM/DOI@BLM
cc:
Subject: Re: FY04 and 05 Budgets for Projects☐]

Marilyn and Gail,

After much thought and several e-mails re: SERTs, I'm requesting a meeting to brief both of you on this data system and the requirements for developing the system in 1999- 2000, before there was an established ITIB. It is not a duplicate of the FPPS system and it's capabilities are far greater than FPPS. Also, one of the reasons we had to develop a system is the data in FPPS is erroneous and I've been told by the users, that the system drops employee's names who are still employed in the agency. Students are not coded properly and FPPS does not track expenses for travel and tuition. It does notify personnel when students are eligible for promotions, because the standard for promoting students is different from the time in grade requirements. I can provide a litany of reasons why FPPS does not work for the student program and I will provide you with the facts on how this project was approved through the ITIB when they were created. I'm available at your earliest convenience to brief you. Please let me know the time that works best for you. Thanks much for your attention to this matter.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

8



**Kurt Ballantyne**
05/12/2003 11:58 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H
    Johnson/NTC/BLM/DOI@BLM
Subject: Quarterly Report Rating for (Second Quarter FY03)
    for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella,

Thanks for responding so quickly to my last email regarding your quarterly report rating and evaluation.

As I mentioned on the phone, I "now" remember that I had forgotten to include your name on the distribution list for an email I send to all WO-700 project managers reminding them that their quarterly reports were due on April 15th.

Therefore if you submit, by close of business Wednesday May 14th, a quarterly report that addresses your project scope, schedule and budget, I will change your project rating from YELLOW to GREEN. I will revise the rating report accordingly and send the revised rating back to you, your Portfolio Manager and your AD, prior to sending it out to the National ITIB.

For "Scope", what you need to address is : Is your project/system still operating under the originally approved scope of the project. In other words are you simply maintaining the system or are you expanding and improving (significantly) how it operates. If you are simply maintaining it saying something like "*the project/system is currently in operations and maintenance and it's functionality have not changed from it's originally approved scope*".

For "Schedule", what you need to address is : Is your project/system still within in approved or baselined schedule.
If you are within scope and are in a steady state of operations and maintenance then, we (SCO for the ITIB) would expect that your schedule would be one activity of "maintaining the system" or "provide for continued operations and maintenance". As such you would have no major enhancement activities or no major planned releases. In other words, what you would simply say is something like; "*the project/system is currently in operations and maintenance and all scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTS system*"

For "Budget", what you need to address is:  This system is part of the AD-700's National IT Portfolio, however it has not been included on the ITIB's IT Spending Cap (list) for FY03 and FY04. This needs to be coordinated with the AD-700 IT Portfolio Manager, Gail Colbert. In your FY05 Exhibit 300-1 you identified the need for approximately $14,500 per year to maintain and operate this system. For your quarterly report you need to address how much you planned to spend on the operations and maintenance of this system and how much you have spent on this system from October 1, 2003 through March 30, 2003. (1st and 2nd Quarter). What you would need to say is something like:  "*the current budget for the SERTS system is being paid for out of WO-700 Washington Office's base funds. Of the $ xx.xx dollars planned for FY03 the project/system has spent $ xx.xx. With 50% of the year past the project has spent approximately XX% of the allocated funding*"

Romella, one of the thing I have noticed is that there have been NO charges to the Project Number (024S) within the MIS system. If you are spending money on the maintenance and minor enhancements of the system (ie contractor support time, user group meetings, planning for future enhancements, and even providing documentation to the SCO and/or developing budget planning documents like (Ex300-1s) you need to be charging this time of time to the project. You do that by adding the project number to your Time and Attendance (Paycheck) submissions, and any requisitions for contractor support and or supplies in MIS.

It will be difficult to justify a budgetary request for $ 14,500 year if you can not show "past expenditures" in MIS.

If you need further assistance please do not hesitate to give me or your Portfolio Manager a call.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov

 **Kurt Ballantyne**

05/12/2003 11:58 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H
    Johnson/NTC/BLM/DOI@BLM
Subject: Quarterly Report Rating for (Second Quarter FY03)
    for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella,

Thanks for responding so quickly to my last email regarding your quarterly report rating and evaluation.

As I mentioned on the phone, I "now" remember that I had forgotten to include your name on the distribution list for an email I send to all WO-700 project managers reminding them that their quarterly reports were due on April 15th.

Therefore if you submit, by close of business Wednesday May 14th, a quarterly report that addresses your project scope, schedule and budget, I will change your project rating from YELLOW to GREEN. I will revise the rating report accordingly and send the revised rating back to you, your Portfolio Manager and your AD, prior to sending it out to the National ITIB.

For "Scope", what you need to address is : Is your project/system still operating under the originally approved scope of the project. In other words are you simply maintaining the system or are you expanding and improving (significantly) how it operates. If you are simply maintaining it saying something like " the project/system is currently in operations and maintenance and it's functionality have not changed from it's originally approved scope".

For "Schedule", what you need to address is : Is your project/system still within in approved or baselined schedule.
If you are within scope and are in a steady state of operations and maintenance then, we (SCO for the ITIB) would expect that your schedule would be one activity of "maintaining the system" or "provide for continued operations and maintenance". As such you would have no major enhancement activities or no major planned releases. In other words, what you would simply say is something like; " the project/system is currently in operations and maintenance and all scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTS system"

For "Budget", what you need to address is: This system is part of the AD-700's National IT Portfolio, however it has not been included on the ITIB's IT Spending Cap (list) for FY03 and FY04. This needs to be coordinated with the AD-700 IT Portfolio Manager, Gail Colbert. In your FY05 Exhibit 300-1 you identified the need for approximately $14,500 per year to maintain and operate this system. For your quarterly report you need to address how much you planned to spend on the operations and maintenance of this system and how much you have spent on this system from October 1, 2003 through March 30, 2003. (1st and 2nd Quarter). What you would need to say is something like; " the current budget for the SERTS system is being paid for out of WO-700 Washington Office's base funds. Of the $ xx.xx dollars planned for FY03 the project/system has spent $ xx.xx. With 50% of the year past the project has spent approximately XX% of the allocated funding"

Romella, one of the thing I have noticed is that there have been NO charges to the Project Number (024S) within the MIS system. If you are spending money on the maintenance and minor enhancements of the system (ie contractor support time, user group meetings, planning for future enhancements, and even providing documentation to the SCO and/or developing budget planning documents like (Ex300-1s) you need to be charging this time of time to the project. You do that by adding the project number to your Time and Attendance (Paycheck) submissions, and any requisitions for contractor support and or supplies in MIS.

It will be difficult to justify a budgetary request for $ 14,500 year if you can not show "past expenditures" in MIS.

If you need further assistance please do not hesitate to give me or your Portfolio Manager a call.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :   (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov



**Kurt Ballantyne**
05/12/2003 11:58 AM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H
   Johnson/NTC/BLM/DOI@BLM
Subject: Quarterly Report Rating for (Second Quarter FY03)
   for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella,

Thanks for responding so quickly to my last email regarding your quarterly report rating and evaluation.

As I mentioned on the phone, I "now" remember that I had forgotten to include your name on the distribution list for an email I send to all WO-700 project managers reminding them that their quarterly reports were due on April 15th.

Therefore if you submit, by close of business Wednesday May 14th, a quarterly report that addresses your project scope, schedule and budget, I will change your project rating from YELLOW to GREEN. I will revise the rating report accordingly and send the revised rating back to you, your Portfolio Manager and your AD, prior to sending it out to the National ITIB.

For "Scope", what you need to address is : Is your project/system still operating under the originally approved scope of the project. In other words are you simply maintaining the system or are you expanding and improving (significantly) how it operates. If you are simply maintaining it saying something like "*the project/system is currently in operations and maintenance and it's functionality have not changed from it's originally approved scope*".

For "Schedule", what you need to address is : Is your project/system still within in approved or baselined schedule.
If you are within scope and are in a steady state of operations and maintenance then, we (SCO for the ITIB) would expect that your schedule would be one activity of "maintaining the system" or "provide for continued operations and maintenance". As such you would have no major enhancement activities or no major planned releases. In other words, what you would simply say is something like; "*the project/system is currently in operations and maintenance and all scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTS system*"

For "Budget", what you need to address is: This system is part of the AD-700's National IT Portfolio, however it has not been included on the ITIB's IT Spending Cap (list) for FY03 and FY04. This needs to be coordinated with the AD-700 IT Portfolio Manager, Gail Colbert. In your FY05 Exhibit 300-1 you identified the need for approximately $14,500 per year to maintain and operate this system. For your quarterly report you need to address how much you planned to spend on the operations and maintenance of this system and how much you have spent on this system from October 1, 2003 through March 30, 2003. (1st and 2nd Quarter). What you would need to say is something like: "*the current budget for the SERTS system is being paid for out of WO-700 Washington Office's base funds. Of the $ xx.xx dollars planned for FY03 the project/system has spent $ xx.xx. With 50% of the year past the project has spent approximately XX% of the allocated funding*"

Romella, one of the thing I have noticed is that there have been NO charges to the Project Number (024S) within the MIS system. If you are spending money on the maintenance and minor enhancements of the system (ie contractor support time, user group meetings, planning for future enhancements, and even providing documentation to the SCO and/or developing budget planning documents like (Ex300-1s) you need to be charging this time of time to the project. You do that by adding the project number to your Time and Attendance (Paycheck) submissions, and any requisitions for contractor support and or supplies in MIS.

It will be difficult to justify a budgetary request for $ 14,500 year if you can not show "past expenditures" in MIS.

13

If you need further assistance please do not hesitate to give me or your Portfolio Manager a call.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :    (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov

14

 **Marilyn H Johnson**
05/20/2003 07:11 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc:
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella, turn your material into Kurt and if he has questions tell him to call me.
M
Romella Arnold

 **Romella Arnold**
05/20/03 03:04 PM

To: Gail Colbert/NCS/BLM/DOI@BLM
cc: Connie Stewart/WO/BLM/DOI@BLM, Kurt Ballantyne/DWO/BLM/DOI@BLM, Marilyn H Johnson/NTC/BLM/DOI@BLM
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Who or what is the SCO? I need more detail. thanks.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549
Gail Colbert

 **Gail Colbert**
05/20/2003 05:34 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Marilyn H Johnson/NTC/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM, Kurt Ballantyne/DWO/BLM/DOI@BLM
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Romella -

Please submit this to the SCO / ITIB for approval.

 **Romella Arnold**
05/20/03 12:15 PM

To: Kurt Ballantyne/DWO/BLM/DOI@BLM
cc: Connie Stewart/WO/BLM/DOI@BLM, Marilyn H Johnson/NTC/BLM/DOI@BLM
Subject: Re: Quarterly Report Rating for (Second Quarter FY03) for SCEP Enhanced Reporting Tracking System (SERTS) (024S)

Kurt,

Attached, is my submission of the Second Quarterly Report for the Student Enhancement Recruitment Tracking System known as SERTs. I'm also resubmitting the "300 Lite" business case which I provided to Gail Colbert in April 2003. Would you please provide guidance what happens next and what I should anticipate happening in order to move this project to completion. All we need is a server which is located at the NTC and it will be ready for use by the employees. We have not been able to use a system which we have invested money in because it continues to get bogged down in the bureaucracy and I don't understand why. This project existed before the ITIB was in existence and the design was completed in FY 01 and the system was tested by its users in FY 02. I need help, not opposition which I continue to get from Gail Colbert. Can you please provide me with suggestions on how to get this project approved? Thanks much for your assistance and for allowing me the opportunity to submit this report.

 

300 Lite-answers.do Submission of Quarterly Report.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

1 6

## Summary Business Case for BLM Non-Major National IT Project – "300 Lite"

| | |
|---|---|
| Name of Project: | SERTS |
| Name of Project Sponsor: | AD/HRM |
| Name of Project Manager: | Romella Arnold |
| Contact: | 202 208-1549 |
| Initiation Date: | Date of Beginning of project (est. 1999) |
| Planned Completion Date: | May 2003 |
| ITIB Approved FY03 Budget: | No request made |
| FY04 ITIB Budget Request: | Maintenance: 260 hours * $55 per hour = $14,300 |
| FY05 ITIB Budget Request: | Maintenance + New Upgrades ($14,300 + $8,560 = $22,860) |

**DESCRIPTION:**
Briefly describe the project and its status and phase through the capital planning and investment control (CPIC) process. Be sure to include the project's purpose, goals, current status and plans.

The purpose of the SERTS application/project is to provide a system that meets the requirements of the SEEP Coordinators and the SEEP Program Manager. These requirements include at a minimum:
1. Provide the SEEP coordinators with an automated system that enables them to track both sensitive and non-sensitive information specific to BLM student employees within their geographic area of responsibility. This capability does not currently exist in any other automated system, including FPPS.
2. Provide the SEEP Program Manager with an automated system that enables her to gather and analyze statistical information pertaining to all BLM student employees. Additionally, the system must provide the SEEP Program Manager with the ability to quickly and accurately provide detailed statistical report to upper management within BLM.

The goal of the SERTS application/project is to deploy an automated system to the SEEP coordinators and project manager that will reduce the time and expense currently incurred to manage the information specific to BLM student employees. Additionally, it is the program office's goal to provide more accurate statistical information to BLM's upper management in a more timely fashion, in order to make better informed decisions with regards to workforce planning.

The current status of the SERTS application/project is that the final review of the application by the user community has been completed. Upon submission of the "300 Lite" Business Case form, the program office will begin working with Ron Tucker's organization in order to begin deploying the application onto one of their server resources. After the system has been installed and configured on the server, the users will be trained and expected to immediately begin using the system.

**VALUE:**
1. How does this investment support the BLM mission, strategic goals and objectives?
This investment supports the BLM mission, strategic goals and objectives because it enables coordinators and managers to maintain accurate records on participants in the SCEP, as the BLM increases and replaces skills critically needed in the workforce. Improving diversity within the BLM workforce is also a goal and this investment will assist in tracking all SCEP participants for diversity reporting requirements.
2. How does this investment support the strategic goals from the President's Management Agenda?
This investment supports the strategic management of human capital outlined in the President's Management Agenda, in that the information technology system will capture data on SCEP participants that is relevant to the BLM's mission and reporting requirements.

3. How does this investment support the strategic goals of the Strategic Business Plan for Human Resources Management?
Response is same as outlined above.

**ALTERNATIVES:**
Describe the alternative solutions you considered for accomplishing the bureau's strategic goals that this project is intended to address. Are there any alternative sources in the public or private sectors that can perform this function? If so, explain why one of these alternatives was not selected.

An alternative contractor was selected to begin developing this system at the beginning of the process back in 1999, using a proprietary COTS product. Unfortunately, there were licensing and costs issues associated with that specific solution that would have cost the bureau an exorbitant amount of money. It was then decided to develop a system using the bureau's existing infrastructure, Lotus Domino.

**PARTNERS:**
1. If this is a multi-agency initiative, identify the agencies and organizations affected by this initiative.
This project is not currently a multi-agency project. The SERTS application has been demonstrated to the Dept. of Interior's Office of Educational Partnerships, where it was received extremely well. There are plans to modify the SERTS application and provide a "customized" version that will track budget information for the Dept. This project is expected to begin in April, 2003.
2. If you are collaborating with other agencies, explain how coordination will be ensured.
The customized version of SERTS that will be used by the Dept. of Interior's Office of Educational Partnerships will require that the personnel from both BLM and the Department coordinate their efforts to ensure that the application meets all of the requirements.

17

**BENEFITS:**

1. How will this investment reduce costs or improve efficiencies?
This investment will improve efficiencies, through reduced costs because the cost to run and maintain this system is low by comparison to the use of the FPPS system which is costing the BLM $2.3 million annually to run data reports that are inaccurate. There is no annual cost for using SERTS because the BLM is not leasing the system. Estimated costs for SERTs is based on hours to maintain the system annually @ $14,300 in FY 04.

2. What kind of benefit / cost analysis have you done and what are the results?
The current investment in SERTS is approximately $45,000. Of this $45,000, approximately $25,000 was spent with a previous contractor in the first attempt to build the application. As explained in the "Alternatives" section, this contractor required the BLM to invest additional substantial amounts of money in order to complete the application, so it was then decided to forego that alternative. The BLM then selected the current contractor to develop the SERTS application, using Lotus Domino with the total investment with this contractor being approximately $20,000.

3. List all other assets that interface with this asset. (What other assets link to this project and what other applications does this project depend upon?
                    None

**RISKS:**

1. What risks have been identified and what is being done to mitigate them?
2. Risk must be addressed in each of the following categories that apply to your project:
   - Organizational and Change Management – does not apply
   - Business – the SEEP coordinators have been provided with an initial training session to make them aware of the need to modify the business process that they currently follow. Now, instead of tracking the student information using a paper-based system, they will be using an automated process.
   - Data and Information – The data within the SERTS application is sensitive, and therefore it is crucial that the data be secure. The SERTS application has been developed with security as a high priority. Access to the system is strictly controlled using the Lotus Notes directory structure. To secure the application from unauthorized access on the "back-end", the application stores all of the data within an encrypted database. Beyond the basic user access, the application uses a specific "access control list" to ensure that among the individual users accessing the system, only the appropriate access is granted for each individual.
   - Technology – the SERTS application has been developed using an existing approved application infrastructure. By using Lotus Domino as the software architecture, the SERTS application takes advantage of the existing directory structure and email infrastructure, already deployed throughout BLM.
   - Strategic
   - Security – see answer to "Data and Information"
   - Privacy – see answer to "Data and Information.
   - Project Resources – The primary risk associated with project resources is with regards to Ron Tucker's IT staff. The SEEP Program Manager has mitigated the risk associated with project resources within the SEEP program.

**NON-FUNDING:**
If funds are not approved, what are the consequences to human resources management and the bureau?

This project is already near completion, and has been funded through the deployment phase. If funds were not approved for continued maintenance, the bureau would have to rely upon internal resources to maintain the system.

**HEALTH:**

1. Is there a project plan in place?
            Yes, a project plan was developed at the beginning of the project.
2. How often, to whom and how do you report progress?
            On a quarterly basis, statistical data on the SCEP participants and their progress is reported to the DOI Departmental Personnel Office and the bureau's AEP Manager. All other requests on progress is reported annually or on an as needed basis.
3. If the project is underway, describe to what extent it is meeting expectations, i.e. on time, within budget, accomplishing target milestones.
            The project is currently behind schedule due to delays in scheduling the user review with the SEEP Coordinators. Now that the review process has been completed, the system is ready to be installed and configured on the server. The project is currently meeting its budget, and is meeting its targeted milestones.

**DATA:**

1. What types of data will be used in this project?
            The system relies upon the SEEP coordinators to accurately enter data into it. The only data not entered by the coordinators is the information specific to the participating universities and institutions of higher education. This data is provided by the National Education Association, and was automatically imported into the system. The SEEP Program Manager is responsible for ensuring that this data is kept up to date.
2. Does the data needed for this project already exist at the Federal, State or Local level?
            Only small subsets of student data exist in FPPS. The necessary "sensitive" data that is required for this system is not currently stored or maintained in any automated system at any government level.
3. If so, where and how is it being used?
            N/A

18

May 20, 2003

Submission of Quarterly Report, Second Quarter FY 03 for the Student Enhancement Recruitment Tracking System (SERTS) (024S)

**Scope of the SERTs project:**

The project/system is currently on hold pending the submission of the summary business case for BLM non-major national IT project, which was submitted April 2003, to Gail Colbert with a cc: to Kurt Ballantyne. Gail Colbert advised the acting AD/HRM Marilyn Johnson that we should submit the "300 Lite" business case before proceeding with the SERTs project. The project/system functionality has not changed from its originally approved scope. The project/system is ready for deployment and ti be placed on a server.

**Schedule of the SERTs project:**

The project is still within the base lined schedule or the planned completion date for deployment which is May 2003, as indicated in the "300 Lite" business case. The project/system is currently ready for operations and maintenance once approval to move forward has been granted. (Approval by who is the question). All scheduled activities are related to maintaining the system and ensuring it's availability for use by employees using the SERTs system.

**Budget:**

This system is part of the AD-700's National IT Portfolio; however it has not been included on the ITIB's Spending Cap list for FY 03 and FY 04. Made budget request in FY 04 in the **"300 Lite" business case** for maintenance of the SERTs for 260 hours @ $55 per hour = $14,300. From October 1, 2003 - March 30, 2003, there have been no expenditures for this project. The past and current budget for SERTs is paid for out of WO-700 Washington Office's base funds. There were no budget expenditures planned for FY 03 other than training for the employee users. In addition, indicated FY 05 budget request to reflect maintenance and new upgrades at $14,300 + $8,560 = $22,860.

**Note:** I do not understand who will approve the project/system for deployment. It was my understanding that once the "300 Lite" business case was prepared, it would be submitted to the ITIB for approval and then I would know whether the project has been accepted. I have not heard from Gail Colbert on this issue. I was told the board meets in June 2003, so I'm assuming I will have to wait until June when a decision has been made on whether the project is accepted by the ITIB. Based on the information provided in the "300 Lite" business case, it clearly spells out that the review process has been completed by its users and that the system is ready to be installed and configured on the server. It was suggested that the system reside on a server located at the NTC. In addition, I responded to and provided the report Exhibit 300-1 Project Profile which is required by OMB. I continue to provide the necessary reports, but do not get feedback on the reports or on how to proceed with getting this project to its users. Can someone please tell me what's going on and how do I get SERTs to its users who need to be using this system now.



**Kurt Ballantyne**
07/08/2003 04:03 PM

To: Romella Arnold/WO/BLM/DOI@BLM
cc: Connie Stewart/WO/BLM/DOI@BLM, Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H Johnson/WO/BLM/DOI@BLM
Subject: Re: Quarterly Reports are due July 15th for FY03 3rd Quarter

Romella, lets see if I can address your latest concerns/problems.

The ITIB "grandfathered" the SERTS into the Information Technology Investment Management Process (IT- IMP) because SERTS **does** met the definition of a major IT system or national level investment. In fact, the previous AD-700 confirmed SERTS was part of the WO-700 IT portfolio.

Whether you like it or not SERTS is a major IT investment and must comply with the Bureau's IT policies and procedures regarding the project and investment management processes.

In my earlier e-mail message I stated that the criteria for determining if an investment/project is a national level investment was :

1) $500,000 (total life cycle), **or**
2) systems/applications used in more than one state/center, **or**
3) system/applications used by more than one business/program area

I left out the first "or" between item 1) and item 2), which might of cause your confusion. My apology.

Since SERTS will be used Bureauwide the dollar threshold really doesn't matter. It meets the criteria of being a national system under criteria #2.

To answer your concern about " I think my project has gotten bogged down in the bureaucracy of the BLM and it does not fit from what I'm reading".

This is the new way BLM is doing business to plan and track it's IT investments and projects. We are not alone, throughout the government increased oversight and planning is being mandated by law (Clinger-Cohen Act and OMB guidance (Circular A-11)). Over 80% of all IT projects fail or cost substantially more money than originally planned, hence the need for increased planning, management oversight and improved project management.

Completing the necessary paperwork (ie Ex300-1) doesn't mean that you can just deploy. The Ex300-1 is a "Capital Planning Investment Control - CPIC" or budget document and nothing more.

The BLM, has developed policies and procedures on how projects must be "managed". It seems that you are unaware of these policies as the project manager. That is one reason why the ITIB has established policy that only trained or experienced project managers should lead these complicated IT projects. SERTS needs to enter the IT Investment Management Process and that is why I have suggested that you might consider a trip to Denver to become aware of the IT IMP / ITIB requirements to get your project deployed.

Depending on the current project life cycle status, there are numerous review points and project management reviews and documentation (ie a Project / ImplementationPlan) that must be conducted/completed before you can proceed with deployment, including being "tested" within the National Test Lab.

The location of the server and it's operations and maintenance (the server and the software) need to be address and planned for. Currently all the "national level system" other than the training application at NTC are on servers at the National IRM Center here in Denver ( that however is a WO-700 decision but from a cost standpoint still needs ITIB approval).

After all the appropriate documentation and reviews have been completed the Sponsor of the SERTS

*Project management training*

20

must come before the ITB and ask permission to deploy (after the Transition/Deployment Readiness Review).

This is not meant to be a threat but a "heads up". The ITIB has been looking at non-performing and/or projects out of control (through the quarterly reporting process) and has seriously considered terminating on-going projects in order to stay within the IT Spending Cap placed on the ITIB by the Budget Strategy Team.

At the June ITIB meeting SERTS was rated as "yellow" for project scope, "yellow" for project schedule and "yellow" for project budget. The reason for this rating was that no report was received in April.

Your Quarterly report is due on July 15th. If no report is received on July 15th, the project will be rated "red" for scope, schedule and budget. A red rating constitutes being "out of control", and hence would seriously jeopardize the future of the SERTS project.

I will be on leave from July 10 to the 21st. I suggest that if you have any more concerns that we get on a conference call with Gail before I go on leave.

Kurt Ballantyne
Project Management Specialist
System Coordination Office (WO-570)
Voice : (303) 236-5270
Fax :   (303) 236-1981
E-Mail : Kurt_Ballantyne@blm.gov
Romella Arnold



**Romella Arnold**
07/03/2003 03:32 PM

To:  Kurt Ballantyne/DWO/BLM/DOI@BLM
cc:  Gail Colbert/NCS/BLM/DOI@BLM, Marilyn H Johnson/WO/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM
Subject: Re: Quarterly Reports are due July 15th for FY03 3rd Quarter

Kurt,

Thanks for the update. I'm still having problems based on the information provided, understanding why SERTs was "grandfathered" into this process by the ITIB since it falls below what is considered major IT investments. The only criteria that is falls within is it's a contract system/application that was developed, tested by its users, analyzed by the users, but it has not be implement for its use. This is where I'm stuck. The system does not fall within the $500,000 amount and therefore, why would it need to be led by a full-time, trained or experienced IT project manager and if such is the case who would that be for the SERTs system? I think my project has gotten bogged down in the bureaucracy of the BLM and it does not fit from what I'm reading. When I met with Gail, Marilyn, Ron Tucker and Connie Stewart sometime back in Feb. or March, it was decided that I should prepare the 300 Liles short version report which I did and it would be presented to the ITIB. Once this was done, SERTS could be placed on a server located at the NTC. This has not happened and I'm having a hard time understanding how to make it happen. Doing these quarterly reports is not getting the results I need to implement this system and this is where I need guidance. I will arrange a conference call with you and Gail once I return to the office the week of July 14, and maybe I can get some guidance on how to get SERTS on a server so that the users can begin using it. Once this happens, the quarterly reports will be meaningful. Thanks for the information you've shared and I will contact both you and Gail when I return. Have a great weekend.

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549

## Exhibit 300-1 Project Profile

**Agency:** Department of the Interior
**Bureau/Office:** Bureau of Land Management
**Location in Budget:** Indicates where the project would be addressed in the Agency's Budget Justification
**Account Title:** Title of the account used in the Exhibit 53 -- include account, activity, subactivity
**Account Identification Code** not identified in Exhibit 53
**Program Activity: Student Educational Employment Program, SEEP**
**Name of Project: Student Enhancement Recruitment Tracking System also known as SERTS**
**Unique Project Identifier:** Same as the 23-digit identifier that is used in the Exhibit 53
**Project Composition:** (This project is) **(DOI Requirement)**
_____% Financial
_____% Security
__N___ Homeland Security (Y/N)
_____Current E-Gov (Y/N/Potential) Yes this project has E/Gov potential

### Summary of Spending for Project Stages
#### (In Thousands)
Estimates for 2006 and beyond are for planning and do not represent funding decisions

| | PY-1& Earlier | PY 2003 | CY 2004 | BY 2005 | BY+1 2006 | BY+2 2007 | BY+3 2008 | BY+4& Beyond | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Planning** | | | | | | | | | |
| Budgetary Resources | N/A | | | | | | | | |
| Outlays | | | | | | | | | |
| **Acquisition** | | | | | | | | | |
| Budgetary Resources | | | | | | | | | |
| Outlays | | | | | | | | | |
| **Total, Sum of Stages** | | | | | | | | | |
| Budgetary Resources | | | | | | | | | |
| Outlays | | | | | | | | | |
| **Maintenance** | | | | | | | | | |
| Budgetary Resources | | | $14,500 | $14,500 | $14,500 | and | beyond | | |
| Outlays | | | | | | | | | |
| **Total, All Stages** | | | | | | | | | |
| Budgetary Resources | | | | | | | | | |
| Outlays | | | | | | | | | |
| **FLA Labor (FTE):** | | | | | | | | | |
| **Non-FLA Labor (FTE):** | | | | | | | | | |
| **Total FTE Costs:** | | | | | | | | | |

**I.A. Project Description**
Provide a brief description of the project and its status through the bureau/office and Departmental CPIC process.
The purpose of the SERTs application/project is to provide a system that meets the requirements of the

department, the SEEP Program Manager, the SEEP Coordinators and all of the BLM states and centers. These requirements include at a minimum:

Provide the SEEP Coordinators, states and centers with an automated system that enables them to track both sensitive and non-sensitive information specific to the BLM student employees within their geographic area of responsibility. The capability does not currently exist in any other automated system including FPPS.

Provide the SEEP Program Manager with an automated system that enables he/she to gather and analyze statistical information pertaining to all BLM student employees. Additionally, the system must provide the Program Manager with the ability to quickly and accurately provide detailed statistical report to the department and upper management within the BLM.

The assumptions made about this project are:

The SERTs system has been designed to track data that is not collected in the system known as FPPS used by the department and the BLM, as well as small subsets of data which exists in FPPS. The FPPS does not contain accurate employee information when tracking their on-board status, such as duty station location, race and national origin and gender, etc. Also, the FPPS system does not capture data required for students employed by the department such anticipated graduation dates, a student's enrollment status, and grade point averages. This data collection is required according to the CFR regulations, Administrative Personnel, 5 Parts 213.3202. This investment will improve efficiencies through reduced costs because the cost to run and maintain this system is low by comparison to the use of the FPPS system, costing the BLM $2.3 million annually to run data reports that are inaccurate. There is no annual cost for using SERTs because the BLM is not leasing the system. The estimated costs for SERTs is based on hours to maintain the system/server @ $14, 500 for FY 2004 and beyond.

Two milestones for this project over the last year are:

The design of the system has been **completed** and its application has been **tested** by all of the users.

Two planned milestones for this project in this budget year FY 2005 are:

The SERTs system is ready for deployment and training will be provide to all of its users, namely the SEEP Coordinators and the Program Manager. The system is ready for the collection of data once the server has been identified. A tentative decision has been made to have the NTC provide the server. The SERTs system has been reviewed by and demonstrated to the department's Office of Educational Partnerships and Community Outreach. Pending funding, the department has indicated their desire to purchase use of the system from the BLM which would bring revenue to the BLM and therefore SERTs could become a fee for service system.

Attachment I-1
Project Profile, Exhibit 300-1

### I.C. Performance Goals and Measures

Relate this project to the criteria at the Department's draft Strategic Plan and to the President's management agenda.

This investment supports the strategic management of human capital outlined in the President's Management Agenda, in that the information technology system will capture data on all student participants that is relevant to the BLM's strategic workforce planning which includes recruitment placement and retention of employees and other reporting requirements.

| Fiscal Year | Strategic Goal(s) Supported | Existing Baseline | Planned Performance Improvement Goal | Actual Performance Improvement Results | Planned Performance Metric | Actual Performance Metric Results |
|---|---|---|---|---|---|---|
| 2003 | Work force Planning goal | | | | | |
| 2003 | Workforce Planning goal | | | | | |
| 2004 | | | | | | |
| 2004 | | | | | | |
| 2005 | | | | | | |
| 2005 | | | | | | |

### I.H.2. Original Baseline

What are the costs and schedule goals for this phase or segment of the project (e.g. what are the major project milestones or events, when will each occur, what is the estimated cost to accomplish each one. Also indicate if this is a multi-agency project, or how it relates to the E-Gov initiatives.

| Cost and Schedule Goals: Original Baseline for a Phase/Segment/Module of Project | | | | | |
|---|---|---|---|---|---|
| Description of Milestones | Start Date | End Date | Duration - In Days | Planned Cost | Funding Agency |
| 1. Deployment of the SERTs | July 1, 2003 | August 1, 2003 | | To place on existing server no cost | DOI/ BLM |
| 2. Training for users | October 2003 | | One week | $15,000 | DOI/ BLM |
| 3. Upgrades (on an as needed basis). | FY 2005 | | One month | $8,560 | DOI/ BLM |
| Note: Maintenance of the system is ongoing. | FY 2004 and beyond | | 260 hours | Maintenance $14, 500 | DOI/ BLM |
| | | | | | |
| Completion Date: | | Total Completion Cost: $38,060 | | | |

### II.A. Enterprise Architecture (DOI Requirement)

Provide a description of how the project ties to the Interior Enterprise Architecture and the

24

bureau/office architecture.

The SERTs application has been developed using an existing approved application infrastructure. By using Lotus Domino as the software architecture, the SERTs application takes advantage of the existing directory structure and e-mail infrastructure, already deployed throughout the department the BLM.

## II.B. Security (DOI Requirement)

This section should address the security at the project level, referring to security plans is not acceptable. Indicate the dollar level funded within the project – this amount as compared to total project funding should match the percentage for security you indicated on Exhibit 53.

The data within the SERTs application is sensitive and therefore it is crucial that the data be secure. The SERTs application has been developed with security as a high priority. Access to the system is strictly controlled using the Lotus Notes directory structure. To secure the application from unauthorized access on the "back end", the application stores all of the data within an encrypted database. Beyond the basic user access, the application uses a specific "access control list" to ensure that among the individual users accessing the system, only the appropriate access is granted for each individual.

## II.C. GPEA (DOI Requirement)

Indicate if this project supports electronic transactions or record-keeping that is covered by GPEA. Relate this project to your bureau/office GPEA inventory most recently completed.



Romella Arnold/WO/BLM/DOI

07/21/2003 04:47 PM

To   Ray Brady/WO/BLM/DOI@BLM

cc   Marilyn H Johnson/WO/BLM/DOI@BLM, Connie Stewart/WO/BLM/DOI@BLM

bcc

Subject   Realty SCEPs

Ray,

As a courtesy to you and based on our informal conversation on the BLM shuttle July 16, 2003, about SCEP Realty students which I initiated, I'm providing the attached document which lists the students currently in the SCEP who were hired as Realty Specialists. I've also indicated their anticipated graduation dates.

Please note that the only converted SCEP who will participate in the Lands and Realty academy this year is Francisca Rodriquez. She is located in Yuma Field Office, Arizona.

Thanks for your support and have a nice day.



SCEP realty students 03.doc

Romella Arnold
Program Manager, SCEP
Bureau of Land Management
(202) 208-1549



**SCEP students currently on-board that were hired as Realty Specialists**

| Name | Location | Anticipated Graduation |
|------|----------|------------------------|
| Jo Ann Goodlow | Arizona | October 2003 |
| Aaron Griego | New Mexico | December 2003 |
| Marcos Molinar | New Mexico | December 2004 |
| Vanessa Duncan | New Mexico | May 2005 |
| Sarah Naranjo | New Mexico | December 2003 |
| Kristopher Tilmon | Oregon | May 2005 |

Note:  These students are participants in the SCEP and will not be ready for conversion to full-time permanent employment until they complete all of their requirements for graduation.  Once they are converted to full-time, they will be eligible to participate in the Lands and Realty Academy training program.

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FP   D 296 33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. ___ _ (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ARNOLD, ROMELLA J. | 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 | 05/09/52 | 07/16/01 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 703 | PROMOTION NTE 11-13-01 |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| N8M | REG 335.102 EXCEPT TO COMP |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SCEP PROGRAM MANAGER | HBCU COORDINATOR |
| WO73000        0004301 | WO73000        004294A |

| 8. Pay Plan | 9. Occ. Code | 10. Grade Level | 11. Step Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade Level | 19. Step Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 07 | $ 75857 | PA | GS | 0301 | 14 | 04 | $ 82168 | PA |

| 12A. Basic Pay | 12B. Locality Adj | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 68817 | $ 7040 | $ 75857 | $ 0 | $ 74542 | $ 7626 | $ 82168 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| WASHINGTON OFFICE, BUR OF LAND<br>ASST DIR. HUMAN RESOURCES MGMT<br>WORKFORCE PLANNING GROUP | WASHINGTON OFFICE, BUR OF LAND<br>ASST DIR. HUMAN RESOURCES MGMT<br>WORKFORCE PLANNING GROUP |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 | 1 - None   3 - 10-Point Disability   5 - 10-Point Other<br>2 - 5-Point   4 - 10-Point Compensable   6 - 10-Point Compensable 30% | 1   0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | F   SEX | YES   [X] NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| C0   BASIC ONLY | 9   NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1   CSRS | 10/21/73 | F   FULL-TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1   1 - Competitive Service   3 - SES General<br>2 - Excepted Service   4 - SES Career Reserved | E   E - Exempt<br>N - Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS   00 NC | N | 13 | 8 | NONSENSITIVE/LOW RI |

45. Remarks

EXHIBIT
Arnold
4
PENGAD 800-631-6989
1/29/62   73A

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF LAND MGMT | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | AUTHORIZING OFFICIAL |

**POSITION DESCRIPTION** *(Please Read Instructions on the Back)*

| | 1. Agency Position No. |
|---|---|

| 2. Reason for Submission | 3. Service | 4. Employing Office Location | 5. Duty Station | 6. OPM Certification No. |
|---|---|---|---|---|
| Redescription ☐ New | ☒ Hdqrs. ☐ Field | WASHINGTON, DC | | |

Explanation (Show any positions replaced)

| 7. Fair Labor Standards Act | 8. Financial Statements Required | 9. Subject to IA Action |
|---|---|---|
| ☒ Exempt ☐ Nonexempt | ☐ Executive Personnel ☐ Employment and | ☐ Yes ☒ No |

| 10. Position Status | 11. Position is: | 12. Sensitivity | 13. Competitive Level Code |
|---|---|---|---|
| ☒ Competitive | ☐ Supervisory | ☒ 1-Non Sensitive ☐ 3-Critical Sensitive | |
| ☐ Excepted (Specify in Remarks) | ☐ Managerial | | 14. Agency Use |
| ☐ SES (Gen.) ☐ SES | ☒ Neither | ☐ 2-Noncritical Sensitive ☐ 4-Special Sensitive | AA |

| 15. Classified/Graded by | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | | | | | | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | HISTORICALLY BLACK COLLEGES AND UNIVERSITIES | GS | 340 26? | 14 | 8? | 11-10-98 |

16. Organizational Title of Position *(if different from official title)*

17. Name of Employee *(if vacant, specify)*

18. Department, Agency, or Establishment    DEPT OF INTERIOR
a. First Subdivision    BUREAU OF LAND MANAGEMENT
b. Second Subdivision    OFFICE OF THE AD, HRM
c. Third Subdivision
d. Fourth Subdivision
e. Fifth Subdivision

19. Employee Review—This is an accurate description of the major duties and responsibilities of my position.

Signature of Employee *(optional)*

20. Supervisory Certification. *I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.*

a. Typed Name and Title of Immediate Supervisor
GLORIA INNISS
BUREAU EO OFFICER

Signature *Gloria Inniss*    Date 11-10-9?

b. Typed Name and Title of Higher-Level Supervisor or Manager *(optional)*

Signature    Date

21. Classification/Job Grading Certification. *I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly,*

Typed Name and Title of Official Taking Action

Signature *Theresa A Spencer*    Date

22. Position Classification Standards Used in Classifying/Grading Position

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

| 23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee *(optional)* | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

25. Description of Major Duties and Responsibilities *(See Attached)*

Serves as the Department of the Interior's representative to the President's Committee on the Employment of People with Disabilities.

Serves on the Bureau's National Recruitment Team. In this capacity participates in the formulation of BLM national recruitment strategies for entry level positions and monitors the progress of minorities and women advancement under this initiative.

## III.    Evaluation Factors

### Factors 1: Knowledge Required by the Position

- Knowledge of historical, cultural, and sociological experiences of the African American community, as well as other minorities and women.

- Ability to work with a variety of individuals and groups as well as with local, State, and Federal agencies, in order to serve as liaison and spokesperson to further the Bureau and Department's objectives on program and issues in the program area.

- Knowledge of natural resource management programs such as Cultural Resources, Rangeland Management, Wildlife, Forestry, Recreation, Wilderness, Soil Air and Water, Lands and Realty, Planning and Environmental Protection, etc.

- Knowledge and skills in oral and written communication methods, techniques, and procedures to effectively communicate BLM/DOI programs, objectives, and goals to university facility, members of various committees; social and professional African American organization; students and to representatives of local, State, and Federal governments innovative approaches and to established methods and practices.

- Ability to plan, prepare and deliver presentations before national/international groups of all sizes and to activity participate in meetings, conferences and large groups.

### Factor 2. Supervisory Control

The Group Manager, WO EEO Group provides only general direction in terms of broadly defined Bureau Diversity objectives and program mission. Employee performs planning and oversight functions and day-to-day work independently, and decides on priorities and approaches to be taken. The employee independently formulates and develops annual work plan, develops and defends budget plan, prepares and distributes annual report, and formulates program policy. analyzes comprehensive data, plans specialty program priorities, projects future needs and determines appropriate action, criteria, standards and techniques applicable to achieve desired results.

### Factor 6. Personal Contacts

Contacts are with administrative, administrative and other personnel outside the Department such as students, faculty and staff of universities, secondary and elementary schools students and parents; BLM and other Federal agencies staff; media personnel; local, State and Federal government officials, including Members of Congress, State Legislators and governors; staff of other BLM offices and businesses. Contacts are made in highly unstructured settings. Each contact in conducted under different ground rules and the role and authority of each participant generally must be established the meetings.

### Factor 7. Purpose of Contacts

The purpose of the contact is to motivate and influence individuals in a variety of groups and settings to develop commitments, working agreements, and mutual understanding regarding significant, sensitive needs and concerns of individuals and the Bureau/Department. Contacts will involve a broad cross section of the population with widely diverse points of view and priorities. The incumbent must be skillful in discussion and negotiations to gain the kind of support and cooperation that will result in concerted efforts to meet the needs and concerns of individuals and the BLM/DOI.

### Factor 8. Physical Demands

Travel in involved, but work does not require above-average agility or strength.

### Factor 9. Work Environment

The work is usually performed in offices, meeting rooms, schools, or similar settings. The travel involves the normal everyday risks and discomforts of auto, bus, rail, and air transportation.