**ORIGINAL**

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

IN RE:
ROMELLA ARNOLD,
COMPLAINANT

Docket No. LLM-04-002

---

SWORN STATEMENT OF
ROMELLA J. ARNOLD

KAUFMANN & BRICK
4208 Evergreen Lane
Suite 234
Annandale, Virginia 22003

MARCH 6, 2007
10:43 A.M.

County Court Reporters, Inc.
Videography / Litigation Technology
Historic Jordan Springs / 1160 Jordan Springs Road / Stephenson, VA 22656
540.667.6562 FAX
800.262.8777
www.CountyCourtReporters.com

DEPOSITION EXHIBIT
Arnold Test.
3/6/07

DEPOSITION EXHIBIT
Arnold
LLM-04-002

000046



SWORN STATEMENT OF ROMELLA J ARNOLD   3/06/07 CCR #14165-5

```
                    APPEARANCES
 1
 2
 3   ON BEHALF OF THE BUREAU OF LAND MANAGEMENT:
 4   Jonathan Kaufmann, Investigator
 5   KAUFMANN & BRICK
 6       4208 Evergreen Lane, Suite 234
 7       Annandale, Virginia 22003
 8       Telephone: 703.354.2383
 9       Fax: 703.354.2386
10       Email: jkaufmann@verizon.net
11
12   ON BEHALF OF ROMELLA ARNOLD:
13   Sandra McCrary, Attorney
14   LAW OFFICES OF SANDRA MCCRARY
15       1101 East 33rd Street, Suite C 303
16       Baltimore, Maryland 21218
17       Telephone: 443.451.7093
18       Fax: 443.451.7099
19       Email: mccrarysn@aol.com
20
21   ALSO PRESENT:
22   Claudette Turner,
23   County Court Reporters
24
25
```

SWORN STATEMENT OF ROMELLA J ARNOLD   3/06/07 CCR #14165-5

## SWORN STATEMENT OF

## ROMELLA J. ARNOLD

## March 6, 2007

MR. KAUFMANN: Let's go on the record. This is the EEO complaint of <u>Romella Arnold versus the Bureau of Land Management, U.S. Department of Interior.</u>

I, Jonathan E. Kaufmann appearing as the investigator in this case. The case number is BLM 050257.

I have with Ms. Arnold, her attorney, Sandra McCrary who is also here.

First of all what I'd like to do for the record, Ms. Arnold, do you promise or swear to tell the truth, the whole truth and nothing but the truth?

**THE WITNESS:** I do.

**MR. KAUFMANN:** Okay.

ROMELLA J. ARNOLD, having been duly sworn, was examined and testified as follows:

DIRECT EXAMINATION

BY MR. KAUFMANN:

Q. For the record could you please state your full name?

A. Romella J. Arnold.

Q. Okay. And currently where are you employed?

A. I'm employed with the Department of the

SWORN STATEMENT OF ROMELLA J ARNOLD  3/06/07  CCR #14165-5

1   Also during that same time period, 1997,
2  when I had just arrived at the Bureau of Land
3  Management, it was December of 1997, there was a
4  Christmas Party held at the National Training Center in
5  Phoenix, Arizona, that's BLM's training center, and at
6  this Christmas Party a white employee put on a skit
7  titled, The Redneck Night Before Christmas.  He was
8  dressed in fatigues, a militia fatigue uniform and he
9  came to work showing a Power Point presentation of the
10  Confederate flag.  And the story went on to say what
11  rednecks do the night before Christmas and how they go
12  hunting for coon.
13   And at this Christmas party there were only
14  maybe three African Americans employees at the National
15  Training Center at this time.  They were so highly
16  offended they threw their food in the trash and walked
17  out of the demonstration, the Christmas party
18  demonstration or whatever you want to call it.
19   And I got an anonymous phone call that
20  afternoon from a woman who at the time did not identify
21  herself, but because of my capacity in NAABCE as the
22  Vice-President, she said, I want to let you know what I
23  witnessed today at the National Training Center.
24   So she went on to describe the atmosphere
25  and how it was a hostile atmosphere and how she was



1  highly offended by this Redneck Night Before Christmas
2  skit performed by Mr. Ron Tucker.
3       I went to my manager, Mr. Warren Johnson
4  late that afternoon to tell him about this phone call
5  because I felt it was very serious, even though the
6  person did not want to identify themselves. So I said,
7  Warren, you need to really look into this because the
8  person was serious, it was not a prank phone call. I
9  could hear the fear in her voice.
10      So he followed up with the EEO Office, his
11 EEO manager, who was Gloria Innis at the time and she
12 assembled a team and they went out to Phoenix to do an
13 inquiry to question the employees that had attended the
14 Christmas party.
15      It was then found that there was, this
16 Christmas offended the employees and created a hostile
17 work environment. But along with that the information
18 made the press, it was reported in the Arizona
19 newspaper.
20      Then later I get a call from the Federal
21 Times reporter asking me about the Redneck Night Before
22 Christmas party. And I spoke briefly with the reporter
23 to explain what information I had gathered.
24      When the EEO office manager returned from
25 her review of the, to question the employees that had



1  attended the Christmas, it was indeed embarrassing for
2  the Agency.  At the time we had an Undersecretary, Mr.
3  John Berry, who looked into the matter and decided that
4  it was time for managers to be held accountable.
5      The Director of the Phoenix Training Center
6  was removed from his position.  A Mr. Ron Tucker was
7  suspended.  Until this day we don't know if that
8  suspension was with or without pay, but he was
9  suspended for a week.
10     MS. MCCRARY: Because the person, I'm
11  sorry.
12     MR. KAUFMANN: Let's go off the record.
13  OFF THE RECORD
14  CONTINUATION OF DIRECT
15  EXAMINATION BY MR. KAUFMANN:
16     Q.   All right, so you were saying there was
17  some, Tucker was suspended either with or without pay,
18  it wasn't clear?
19     A.   Right.  So following that incident which
20  made, gave the Interior a lot of bad press, there it
21  created a vacancy at the National Training Center.
22     Marilyn Johnson usurps again from, in a
23  dark corner, and she was appointed the job as the
24  Director of the National Training Center.
25     Q.   Okay.  Let me ask you a question because

```
 1  the earlier complaint that went to filing--
 2      A.   Absolutely.
 3      Q.   -- in October 2003?  So maybe you could sort
 4  of just summarize that.
 5      A.   Okay.
 6      Q.   Because again I don't want to re-litigate
 7  that issue which is now in Court.  You know, but what
 8  is the, she accused you of doing something improper?
 9      A.   Right, she accused me on five different
10  occasions.  Three of those occasions were before my
11  peers and in front of my peers, she asked the question
12  in open forum in the staff meeting setting.
13           I had a meeting with her following the
14  initial accusation and present at that meeting was
15  Connie Stewart and Sylvia Felder.  Connie Stewart was
16  the Group Manager for the Special Initiatives Group
17  which my program fell under.  And Sylvia Felder was an
18  administrative person that worked with handling the
19  budgets for the entire HR programs.
20           And in that meeting she opened up that
21  meeting with the same question, why are you laundering
22  all this money to Langston?
23           I vehemently opposed the accusation, I
24  challenged her on the money going to Langston versus
25  the money going to majority schools during that same
```



1  time period.  BLM gave $2.4 million to majority
2  universities and Langston at that time had received
3  possibly $270,000.
4         So I challenged that, I said, if this is
5  laundering, what do you call $204 million?  And she
6  says, well I don't handle those programs.
7         So the meeting adjourned quickly and then
8  following that meeting I went and I told Connie
9  Stewart, my Group Manager, that if Marilyn Johnson
10 continued to use that word, money laundering, I was
11 going to report her to the IG for misconduct.
12        I didn't do that because she continued,   RJA
13 she, I didn't go to the IG but she continued after I'd
14 asked her not to use that term in an open forum or to
15 me, she continued.
16        Once she lodged the accusation of money
17 laundering, she never went to any of the BLM managers
18 that sanctioned the Langston initiative.  I inherited
19 the Langston initiative because it fell under the HBCU
20 Program Management which was Bill Nunn.  And when he
21 died that's when I inherited the program.
22        And I worked that program very well.  We
23 had great success with the students that we recruited
24 as well as great success with the curriculum
25 enhancement to put a strong natural resource program at



1  A. Yes, Mike Brown comes in. Mike Brown had
2  less than two years of federal employment. He was out
3  in Phoenix, working for the BLM with no real job in the
4  BLM, because the job that he was hired in at the BLM,
5  he had already been removed from.
6  So he's just sitting out in Phoenix and
7  they found a place for him and Marilyn took him and
8  brought him in to make him the head of the Student
9  Program.
10  She also promoted, he was promoted to a GS-
11  14. I don't, I think he came with his GS-14 so it was
12  a reassignment for him when he got the job at the GS-14
13  level.
14  Q. Okay.
15  MS. MCCRARY: Can we--
16  MR. KAUFMANN: Let's go off the record.
17  OFF THE RECORD
18  CONTINUATION OF DIRECT
19  EXAMINATION BY MR. KAUFMANN:
20  Q. So you're reassigned. You mentioned
21  something about a 14. Was your position that you were
22  previously holding as--
23  A. My full performance level in the position as
24  the Student Employment Program Manager was a GS-14.
25  Q. And so was it a career ladder 14 or was it

1  just that there could be a 14 in the, you know, would
2  you have had to compete for a 14?
3     A.   I, I believe that Warren Johnson had the job
4  reclassified as a 14 because I was going to get the 14
5  based on an increase of duties because now I'm doing
6  two programs, I'm managing the HBCU Program as well as
7  the full Student Employment Program, which included the
8  student career and the student temporary hires.
9     Q.   All right.
10    A.   For the entire Bureau. And so that 14
11 position that had already been identified at the 14
12 level, and keep in mind Bill Nunn was a 14 as the HBCU
13 Program Manager.
14          I assumed his responsibilities and that's
15 where that 14 came from. And it was Warren Johnson's
16 every intention to promote me into that job, which is
17 why he recommended me for the promotion. I mean in
18 writing.
19    Q.   When was that?
20    A.   That was October of 2001.
21    Q.   Okay, but you were, that never happened?
22    A.   That never happened, I never, there was a
23 freeze when he made the recommendation, on, on hiring
24 and promotions. So I didn't get the 14.
25    Q.   Okay.

