Exhibit # 54

**EXHIBIT**
ARog
Exhibit 54

**EXHIBIT**
Arnold Doc.
Request
Exhibit 54

Nancy Taylor                    To: Romella Arnold/WO/BLM/DOI@BLM
05/08/2003 12:01 PM             cc:
                                Subject: Lead State Concept as discussed at Field Committee meeting

Good morning Ms. Romella,

**FYI. . . ONLY ! ! !**   Thought you might be interested in staying in the know about future plans
regarding the recruitment program.

----- Forwarded by Nancy Taylor/NVSO/NV/BLM/DOI on 05/08/2003 08:58 AM -----


Jean Rivers-Council            To: Dennis Williamson/NVSO/NV/BLM/DOI@BLM
05/08/2003 07:45 AM            cc: Nancy Taylor/NVSO/NV/BLM/DOI@BLM, Barbara
                                   Miller/CASO/CA/BLM/DOI@BLM
                               Subject: Lead State Concept as discussed at Field Committee meeting

fyi
thnx
j
----- Forwarded by Jean Rivers-Council/NVSO/NV/BLM/DOI on 05/08/03 07:44 AM -----


Connie Stewart                 To: BLM_Field_Comm
05/07/03 02:40 PM              cc:
                               Subject: Lead State Concept as discussed at Field Committee meeting

I am providing the attached document for our discussion on our conference call for Thursday. This
document is based on a discussion with Marilyn who checked to see what response I obtained from the
onsite meeting. As you will see, there have been some clarifying points that may be used for discussion.

I hope to talk with you on Thursday at the conference call.

**W**

Lead State Concept.doc

6.

Lead State Concept

This document is to provide the Field Committee members information regarding the concept presented at the Boise on May 1, 2003. This document also provides further information after a discussion with Marilyn Johnson on Monday, May 5, 2003.

Marilyn wants to convey to the Field Committee members that the Field Committee members should be aware that the concept includes all four (4) of the programs, Hispanic Servicing Institutions (HACU), Tribal Colleges and Universities (TCU), Historically Black Colleges and Universities (HBCU), and Student Career Experience Program (SCEP). When making your decision, you should know that she would be sending the program dollars along with the program along with the Program leads. The Lead State will become responsible for such areas as recruitment for the Bureau in the respective programs. Information on accomplishments in these programs will be shared with Marilyn for collaboration purposes.

This discussion will occur at the ELT during the week of May 12 through 16, 2003. After the Field Committee conference call, I am to provide your feedback to Marilyn for her purposes for discussion at the ELT. So the following is to be considered by this body:

1. Do you accept the concept that is being proposed by Marilyn and has been discussed with Fran?

2. If you accept this concept, which States would be interested in becoming Lead States and for which programs?