UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA ARNOLD, )<br>)<br>Plaintiff, )<br>) CA No. 05-1475 (RWR)<br>v. )<br>)<br>GALE A. NORTON, )<br>)<br>Defendant. ) | |

DECLARATION OF DAHLENA JOHNSON

I, Dahlena Johnson, hereby declare and say:

1. I am the Human Resources Officer for the Bureau of Land Management. I am the supervisor of Philesa Spencer, who is the Human Resources Specialist who was responsible for the classification of Romella Arnold's position to a GS-13 as a result of an accretion of duties in 1999.

2. The personnel file of Romella Arnold reflects that by a personnel action effective 3/14/99, Ms. Arnold received a non-competitive accretion of duties promotion from EEO Specialist GS 12 to SCEP Program Manager GS 13. Notification of Personnel Action effective date 3/14/99. The position was neither supervisory nor managerial.

3. Her file reflects that Ms. Arnold received a 120-day detail, which was a temporary promotion to GS-14, from July 16, 2001 to November 13, 2001.

3. There is no documentation in Ms. Arnold's personnel file reflecting that her position was ever reclassified to the GS 14 grade level, or that she was ever in a position with promotion potential to the GS-14 level.

4. An accretion of duties promotion is a non-competitive promotion based on the

addition of new and higher level duties. An accretion of duties promotion must be justified by a classification of the current duties, sometimes called a desk audit. Ms. Arnold's accretion of duties promotion was only to the GS-13 level. The promotion could not have been to a GS-13/14 position because department regulations provide that an accretion of duties promotion be made "with no further promotion potential." See 370 DM 335 at §3.B.(3) below.

5. In order to obtain a GS-14 position, Ms. Arnold would have to compete. There were other program managers in her organizational unit to whom GS 14 duties could be assigned, such as Mr. Shafran, who also was a GS-13 program manager. See 370 DM 335 at § 3.A.(6)

6. Department of the Interior, Departmental Manual Effective Date: 6/9/99 (DMM) provides at 370 DM 335 in pertinent part as follows:
3. Application of Competitive Procedures.
A. Competitive procedures apply to the following actions:
* * *
(6) Promotions due to the addition of substantive, new and higher-graded duties when the new position is not a clear successor to the old position or there are other employees serving in similar or identical positions within the organizational unit to whom the new duties could have been assigned

B. Competitive procedures do not apply to the following actions:
* * *
(3) A promotion resulting from an employee's position being classified at a higher grade ( **with no further promotion potential**) because of additional duties and responsibilities, commonly known as accretion of duties. The noncompetitive upgrade requires the employee to continue to perform the same basic function in the new position that is a clear successor to and absorbs the duties of the old position. In addition, there are no other employees within the organizational unit to whom the additional duties and responsibilities could have been assigned.

7. A lateral reassignment is not a promotion, and no competition is required for a lateral reassignment.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of July, 2007.

*Dahlena Johnson* (signature)
Dahlena Johnson

# DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
### WASHINGTON HUMAN RESOURCES SERVICING OFFICE
### 1620 L. ST. N.W., SUITE 700
### WASHINGTON, DC 20036

## FACSIMILE TRANSMITTAL SHEET

| TO: Rhonda Fields | FROM: Dahlena Johnson |
|---|---|
| Cc: | |
| COMPANY: Bureau of Land Management | DATE: 07/11/07 |
| PHONE NUMBER: 202-514-6970 | TOTAL NO. OF PAGES INCLUDING COVER: 4 |
| FAX NUMBER: 202-514-8780 | TELEPHONE NUMBER: (202) 452-5072 |
| | FAX NUMBER: (202) 452-5144 |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ REPLY ASAP  ☒ CONFIDENTIAL

Notes/Comments:

If you have any questions, please call on (202) 452-5072.

Thank you