ORIGINAL                                    EXHIBIT D2

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT
WASHINGTON, D. C. 20240
COMPLAINT OF DISCRIMINATION

IN RE:     Romella J. Arnold
           Complaint No. LLM-04-002

~~~~~~~~~~~~~~~~~~~~~~~~~

The Sworn Investigative Interview of **ROMELLA J. ARNOLD**,

taken in the above matter in the Law Offices of **BUCHOLTZ**

**& CULBERTSON, P.C.** located at 1801 Reston Parkway, Suite

302, Reston, Virginia, on the 4th day of March, 2004,

beginning at 10:40 a.m.



DEPOSITION
EXHIBIT
Exhibit D2



County Court REPORTERS
The Nations Leader in Digital Litigation Support Technology
www.CountyCourtReporters.com

DEPOSITION
EXHIBIT
Arnold 2004
Inv. Interview

800.262.8777
540.667.6562 FAX

CORPORATE OFFICES
Historic Jordan Springs
1160 Jordan Springs Road
Stephenson, VA 22656

4

## SWORN INVESTIGATIVE INTERVIEW OF

## ROMELLA J. ARNOLD

## IN RE: ROMELLA J. ARNOLD

## CASE NO. LLM-04-002

## March 4, 2004

6       **COURT REPORTER:**   Good

7  morning, my name is James Hall, Court

8  Reporter and Notary Public with the firm of

9  County Country Reporters located at 1160

10  Jordan Springs Road, Stephenson, Virginia.

11  We are here today, March 4th, 2004, at 10:40

12  a.m. to take the investigative interview of

13  Romella Arnold in the matter of U.S.

14  Department of Interior, In Re: Arnold,

15  Romella.

16       Counsel, will you please state your

17  name, the firm you are with and whom you

18  represent for the record?

19       **MS. ANDERSON:**   My name is

20  Anne Anderson.   I'm a contract EEO

21  Investigator currently under contract through

22  a company known as Delaney, Siegal, Zorin

23  with the United States Geological Survey and

24  ordered to conduct this investigation.

25       **MR. BUCHOLTZ:**   I am Roy J.

**County Court**
**REPORTERS,** Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌇ 1160 Jordan Springs Road ⌇ Stephenson, VA 22656    540.667.6562 FAX
**www.CountyCourtReporters.com**

5

1   Bucholtz, Attorney, 1801 Reston Parkway,

2   Suite 302, Reston, Virginia, 20190.   I

3   represent the Complainant Romella J. Arnold.

4               **MS. McCRARY:**   I am Sandra

5   McCrary, 9907 Chase Hill Court, Vienna,

6   Virginia, 22182.   I am an attorney and I,

7   too, represent Miss Romella J. Arnold.

8               **COURT REPORTER:**   Thank you.

9   Miss Arnold, will you please raise your

10  right hand and be sworn for the record?   Do

11  you solemnly swear to tell the testi – that

12  the testimony you are about to give will the

13  truth, the whole truth and nothing but the

14  truth, so help you God?

15               **THE WITNESS:**   Yes.

16               **COURT REPORTER:**   Thank you.

17  Counsel, you may proceed.

18               **MR. BUCHOLTZ:**   Well, if I

19  may, can I ask you a question?

20               **MS. ANDERSON:**   Yes.

21               **MR. BUCHOLTZ:**   Yesterday I

22  faxed you a letter, I wanted to confirm that

23  you received it.   Actually it was, it was

24  faxed on Tuesday, March 2, 2004 by which I

25  stated Miss Arnold amends her Complaint to



**County Court**
**REPORTERS,** INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
**www.CountyCourtReporters.com**

1  calendar and arranged a meeting.  The

2  meeting took place about a week following.

3  It was like, that meeting was like at the

4  end of the week and the meeting took place

5  about a week later.  And present at that

6  meeting was Connie Stewart, who would have

7  been my first line supervisor, and Sylvia

8  Felder who was the Budget Administrator and

9  myself.

10          Prior to the meeting that morning

11  Sylvia came upstairs and she stopped in my

12  office.  I said, do you know why you are

13  going to a meeting this morning?  She said,

14  yeah, the meeting is to discuss the Langston

15  budget.  I said, no, the meeting is to

16  discuss why I'm laundering money to Langston.

17  She said, well, I don't know anything about

18  that.

19          So, as we proceeded out of my office

20  to go to the -- Marilyn's office for the

21  meeting, we met Connie in the reception

22  area.  I said, Connie, do you know why

23  you're coming in this meeting this morning?

24  She said, yeah, to discuss the budget.  I

25  said, no, to discuss why I'm laundering

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES
800.262.8777  Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

14

1  money to Langston.  So, Connie looked at me

2  with this funny eye like I don't know what

3  you're talking about.  I said, trust me,

4  it's going to come out in the meeting.

5        So, we all went in, sat down at the

6  conference table and Marilyn opened up the

7  meeting with the exact question, I want to

8  know why the BLM is laundering all this

9  money to Langston University and you,

10  Romella, I want to know what this is all

11  about.

12        So, I proceeded to explain to her

13  the Executive Order that governed HBCU

14  programs and the responsibility that agencies

15  had to participate with HBCU's as far as

16  contracting and grants opportunities.  I

17  further cited the sections in the Executive

18  Order and give her a copy of the Executive

19  Order.

20        Then she says, why are we giving all

21  this money to Langston, why not some other

22  school?  I explained to her that Langston

23  was located in the west, it was the only

24  HBCU in the west, and that they had a very

25  good natural resource program in terms of



**County Court REPORTERS** INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⅃ 1160 Jordan Springs Road ⅃ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

15

1    its curriculum.   They also had an agreement

2    with the University of Utah which is the

3    premier natural resource school in the west.

4    Because of its location, located in-between

5    BLM states, it was viable that students

6    could possibly be recruited and would go and

7    accept positions within the BLM states

8    surrounding the State of Oklahoma.   Langston

9    is located in Oklahoma.

10           So, then I further explained to her

11   that the relationship we had at Langston all

12   came about because of the constant problem

13   of not being able to recruit students of

14   color and particularly African Americans to

15   the BLM.   So, Langston was an ideal school

16   as far as location, curriculum and the fact

17   that it's an HBCU predominantly African

18   American university.

19           So, she says, why not Howard

20   University, why not another university?   I

21   said, it could have been any university, but

22   when you look at the location of HBCU's, all

23   of them are on the East Coast and all of

24   them, with the exception of two, are in the

25   south.   Many HBCU's do not have a natural



County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ᘰ 1160 Jordan Springs Road ᘰ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

16

1    resource curriculum in terms of the kind of

2    curriculum BLM looks to when recruiting its

3    employees.

4         Then, she didn't seem to be satisfied

5    and I went on further to explain to her that

6    no one has ever challenged or even

7    questioned the amount of money that goes to

8    majority universities.  I had with me for

9    this meeting prepared a report where I got

10   the data from the Office of Prop -- Property

11   Acquisition Management, and that's a

12   departmental office, it's not a BLM office.

13   And that report showed within that same time

14   period that she was questioning the dollar

15   amount that went to Langston, $22,814,616 had

16   gone to majority universities in that same

17   time period.  Only 443,000 or 2 percent was

18   granted to HBCU's during that same time

19   period.

20        Q.  Well, are you, in actual fact, were

21   you actually in charge of how much money

22   they would get in the first place?

23        A.  I was not in charge of how much

24   money they would get, but I was actually

25   part of the budget formulation in terms of



County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌓ 1160 Jordan Springs Road ⌓ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1  talking through what I called the meeting to

2  discuss, she went right back into the litany

3  of I want to know why you're laundering all

4  of this money to Langston.  And I said, I

5  don't understand what you don't understand.

6  I've explained it to you.  Then I began to

7  reiterate again, we have the responsibility

8  based on the Executive Order requirement and

9  because of the relationship Langston already

10  had with the Bureau of Land Management prior

11  to me assuming the initiative, the Natural

12  Resource Program Office had already granted a

13  grant to Langston University.  So, it was

14  just easy to piggyback on that initial grant

15  and to do our own assistance agreement with

16  Langston for what we wanted Langston to

17  provide us in terms of a service.

18      Q.  All right.  Aside from her making

19  accusations of money laundering, what other

20  negative actions did she take towards you?

21      A.  She went from the accusation of

22  money, money laundering to immediate removal

23  of my position.  She made the accusation --

24  when she came back in June of 2003 as the

25  official appointed AD for HR, that's when



County Court
REPORTERS,INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∟ 1160 Jordan Springs Road ∟ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

23

1    actions because of your age, your sex, your

2    prior EEO activity and your race, I need to

3    go specifically over each basis.   First and

4    foremost, when you say that it was taken in,

5    as reprisal against you, what was your prior

6    EEO activity?

7         A.   I was very involved in an

8    organization which I was also a charter

9    member of known as NAABFE, the National

10   Association for the Advancement of Black

11   Federal Employees, which is an organization

12   that we formed within the Department of the

13   Interior back in 1995, '94 or '95.   In that

14   organization I served as Vice-President.

15   There were numerous complaints filed and

16   being made by African Americans about the

17   egregious employment practices at the

18   Department of the Interior.   As an outgrowth

19   of these complaints and employees in general

20   being treated unfairly we started this

21   organization.

22        In my capacity as Vice-President of

23   the organization I worked very closely with

24   the black employees, as well as with outside

25   organizations such as the NAACP, Title VII

**County Court REPORTERS**, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES
800.262.8777   Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656   540.667.6562 FAX
www.CountyCourtReporters.com

27

1    So, when I began my testimony I

2    opened up saying that I was a substitute

3    witness and I explained how I got there

4    versus Denise Meredith.  This caused great

5    concern to the Congressional leaders who were

6    present at this hearing.  Following my

7    testimony I was called into the chambers or

8    Congressman Mika and in chambers was

9    Congressman Eliza Cummings, Albert Wynn,

10   Congresswoman Eleanor Holmes Norton and

11   Congressman Mika and they again questioned me

12   in detail in terms of why I was a substitute

13   witness.  And they said that they will not,

14   under no uncertain terms, have government

15   witnesses being threatened by managers.

16   Following the hearing, a few weeks

17   later I was called by the IG's office to

18   give a statement on why I was giving -- I

19   was the substitute witness for the

20   Congressional hearing.  And, again, I

21   reiterated my role and I said, well, why are

22   you all doing this?  They said that Congress

23   had asked them to look into witness

24   intimidation by the then Pat Shea at the

25   Department of the Interior.

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES
800.262.8777   Historic Jordan Springs ⌇ 1160 Jordan Springs Road ⌇ Stephenson, VA 22656   540.667.6562 FAX
www.CountyCourtReporters.com

28

1   So, I provided my statement. I also

2 know that Denise provided her statement and

3 as an outgrowth of a finding that was made

4 by the Justice Department, Justice passed it

5 back on to Interior and said, yes, that the

6 witness had been intimidated and recommended

7 that disciplinary action be taken against the

8 official and shortly after that Pat Shea,

9 who was a political appointee, was removed

10 as the Director of the BLM and sat in a

11 job, a non-job until he left at the end of

12 that year. He did not serve out his

13 appointment term.

14  Q. Now, would Marilyn Johnson have

15 knowledge of these events and your

16 participation in them?

17  A. Yes, she would have because also at

18 the same time that was going on there was a

19 -- this was the month of December. I

20 testified in September of 1997. So, in

21 December of 1997 there was a skit held at

22 the National Training Center in Phoenix.

23 There was an employee who felt the need to

24 do a skit called A Red -- Redneck Night

25 Before Christmas.

1          That same day of the party I got a

2    call that afternoon.   I was in Washington at

3    my desk and I got an anonymous phone call

4    from a female who -- no, I got a call from

5    a woman who worked in the office for the

6    Assistant Secretary for Lands and Minerals.

7    She was also a member of the organization

8    NAABFE.   She said, Romella, I got a

9    disturbing phone call from an African

10   American female at the Phoenix Training

11   Center.   She was very upset, she was crying

12   and then she began to explain to me about

13   this Redneck Night Before Christmas skit.   I

14   said, who is it?  She said, she wants to

15   remain anonymous.   I said, well, I don't

16   know what to do with this without a name,

17   but it bothered me.

18          So, all afternoon I toiled and toiled

19   with what am I going to  do with this

20   information.   So, I assured Belva that I

21   would discreetly tell someone at a higher

22   level.   That afternoon, that evening when I

23   was leaving to go home I went down to main

24   Interior and I ran into Warren Johnson who

25   was the then newly selected Assistant

**County Court**
**REPORTERS**, Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICE

800.262.8777    Historic Jordan Springs  ∠ 1160 Jordan Springs Road  ∠  Stephenson, VA 22656    540.667.6562 FAX
**www.CountyCourtReporters.com**

1  Director for Human Resource.  I went into

2  his office, I said, Warren, I got a very

3  disturbing phone call this afternoon about a

4  redneck Christmas party held at the Phoenix

5  Training Center.

6       So, I told him about the party in

7  detail as it was told to me.  And he said,

8  well, what do you think we should do?  I

9  said, some heads need to roll.  He said, I'm

10 going to order sensitivity training for

11 everybody at the Training Center.  Well, he

12 did.  He also assembled a team to go out to

13 look into the matter.  The team was the EEO

14 Manager, who was Gloria Inniss, and Jessie

15 Hicks who was an EEO Specialist, and I

16 believe one other person.  I think three of

17 them went out there.  Warren, Warren was the

18 third person.

19      So, they got on the plane and flew

20 to Phoenix to interview the employees.  All

21 the blacks said they were offended, and it

22 was few blacks working there.  So, it was

23 like maybe five -- five...

24      Q.  Who was head of the Training Center?

25      A.  At the time the Training Center



**County Court**
**REPORTERS, Inc.**
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

32

1    Director was Gary Dryer.   They...

2                    MR. BUCHOLTZ:   Is he African

3    American?

4         A.  No, he's a white male.

5         Q.  Where was Miss Johnson in relation...

6         A.  Miss Johnson was then the Associate

7    State Director for Eastern States in

8    Virginia, Springfield, Virginia.

9              They flew out and did an inquiry

10   into the matter and they found -- what they

11   found was, it was offensive to the African

12   Americans, but other employees thought it was

13   funny.  When Gloria came back I asked her

14   about the situation because at the time she

15   didn't know who had made the phone call to

16   the Department.  So, she said that an Asian

17   woman found it funny.  I'm like, well, what

18   are you telling me about an Asian woman's

19   perception of what happened, she probably

20   doesn't even know what the Confederate flag

21   means let alone find it offensive if she's

22   from Asia.  So, Gloria said, oh, Romella,

23   blacks are too sensitive.  I said, yeah,

24   right.  So...

25        Q.  So, I'm assuming that no further

**County Court**
**REPORTERS** INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES
800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

33

1   action was taken regarding the incident?

2       A.  Yes, it was.  The incident was so

3   egregious it made the media.  The Arizona

4   Sun picked up on the story after I was

5   contacted by the Federal Times.  The Federal

6   Times called me, I did an interview.  Then

7   they also interviewed the President of

8   NAABFE.  Once the Federal Times picked up on

9   the story, then the Arizona Sun picked up on

10  the story.

11          The Department of the Interior,

12  Assistant Secretary for Policy Management and

13  Budget who at the time was John Barry, he

14  was very annoyed that this story had leaked

15  to the media and he ordered that

16  disciplinary action be taken both against the

17  Director of the Training Center and the

18  employee who participated in the skit.  The

19  employee was suspended for one week, Ron

20  Fox, the actual person who performed this

21  skit.  Gary Dryer was suspended, but then he

22  was also removed from his job as the

23  Training Center Director for being present

24  during the skit, but for not stopping the

25  skit.

**County Court REPORTERS**, Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES
800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

34

1    Q.  Okay.  And this was in 1997?

2    A.  Yes.  Mm-hmm.  (Indicating

3  affirmatively.)

4    Q.  Okay.  Now, what I need to know, I,

5  I think we've got a, a history of, of why

6  you believe it's reprisal, I also need to

7  know why you believe you were discriminated

8  against based on your sex.

9             MR. BUCHOLTZ:  Excuse me a

10  second, if I may?

11             MS. ANDERSON:  You can stop,

12  this is off the record.

13             MR. BUCHOLTZ:  Fine, off the

14  record.

15             COURT REPORTER:  I am now

16  going off the record, the time is 11:17 a.m.

17                OFF THE RECORD

18             COURT REPORTER:  We are now

19  going back on, going back on the record, the

20  time is now 11:19 a.m.

21             THE WITNESS:  Following the

22  removal of Gary Dryer from his position,

23  Marilyn Johnson became the Training Center

24  Director as an outgrowth of Gary Dryer's

25  demise and removal and now she becomes Gary

**County Court REPORTERS**, Inc.
The Nation's Leader in Digital Litigation Support Technology

800.262.8777    Historic Jordan Springs ℓ 1160 Jordan Springs Road ℓ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

35

1   Dryer's supervisor and also the supervisor of

2   Ron Fox.

3          I met Marilyn Johnson as the Training

4   Center Director in my capacity as the

5   National Student Employment Program Manager.

6   Every June, third week in June, I would hold

7   an orientation for one week for all newly

8   hired students and mentors of those students

9   at the National Training Center.  So, I have

10  worked very closely with Miss Johnson and

11  her staff to organize and coordinate the

12  training of the students and mentors.

13         Marilyn and I established a social

14  relationship.  Marilyn and I from time to

15  time would have conversations about the BLM

16  and the status of African Americans.  We

17  didn't always agree to things that were

18  happening, but I didn't have a sense that

19  she was someone who was part and partisan to

20  participating in the demise of African

21  Americans.  I had heard about that from

22  other employees, but I didn't know for

23  myself that she was one who was responsible

24  for ending the careers of African Americans

25  in the BLM.

County Court
REPORTERS, inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

70

1    justify the Langston initiative and to show

2    how that money was spent.  So, if Langston

3    didn't provide adequate documentation and

4    record of how they spent the money, she

5    couldn't have had that report because the

6    report was generated from the information

7    that I got from Langston.

8         I also have a copy of the Langston

9    agreement and it details the money that was

10   provided as well as the reports that were

11   provided and I have provided a copy of the

12   report that she used at the budget strategy

13   meeting.  So, I will give you this whole

14   package.

15        And Langston has accounted for every

16   penny, right down to the penny which

17   includes the names of every student that got

18   a dime, how much they got and what the money

19   was for.  And it was to implement our

20   Retention Assistance Program and that's what

21   Marilyn had problems with.  The fact that we

22   gave a grant to Langston and Langston then

23   was able to issue Oklahoma State checks to

24   all students across the board, African

25   Americans, white students, Asian students,

County Court
REPORTERS, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICE

800.262.8777    Historic Jordan Springs ℓ 1160 Jordan Springs Road ℓ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

71

1   Hispanic students, Native American students,

2   males and females.  All students who agreed

3   to accept a position with the BLM who had to

4   relocate 50 miles outside of their

5   residential area got a $1,200 stipend through

6   Langston as well as a round trip ticket, air

7   fare, to go to their job of record.

8           Housing has always been an issue for

9   BLM in that a lot of the BLM field offices

10  are located in remote areas.  Students don't

11  have a lot of money because they are

12  students and we felt that we needed to do

13  something bold, creative and outside of the

14  box to change the way we were doing

15  business.  And we were given that green

16  light by the then Director, Tom Fry.

17          So, when we thought of this creative

18  way that students could get some money,

19  students would have money to obtain housing,

20  Langston was the school that we decided to

21  provide this grant to because they said they

22  had a mechanism for doing it, these would be

23  state issued checks, students had to report

24  it as earned income.  So, everything that

25  was done, every I was dotted and every T was

**County Court**
**REPORTERS**, inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ⌇ 1150 Jordan Springs Road ⌇ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1    to California to bring somebody in Acting

2    and I'm sitting right there, never being

3    given the opportunity.   Jesse was never

4    given the opportunity to act on her behalf,

5    either, because she had removed him from his

6    job already.   So, she already had it out to

7    get him.

8            I even have an e-mail 9/9/2003.

9    Sylvia Felder will be the Acting Director

10   today while Marilyn Johnson is attending a

11   Field Committee meeting.   Sylvia Felder is a

12   GS-12.   So, she goes to any and everybody to

13   put them in the Acting capacity and never

14   once was I allowed that opportunity because

15   of her insistence to single me out and to

16   treat me differently.   So, that just further

17   exemplifies that her intent was to be an

18   adverse action.

19           **MS. McCRARY:**    Performance

20   standards.

21       A.   Also, when I got the reassignment to

22   the Title VI Program I was issued

23   performance standards.   I'm the only person

24   on the EEO staff who has been issued

25   performance standards for FY 2004.   I was



**County Court REPORTERS**, INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ℓ 1160 Jordan Springs Road ℓ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com

1    issued these standards on 10/1/03, the

2    beginning of the fiscal year.

3    **CONTINUATION OF DIRECT**

4    **EXAMINATION BY MS. ANDERSON:**

5        Q.  Did you, at the time, what's the

6    usual practice, sit out with your, whoever

7    your first level supervisor was to go over

8    the standards to determine that they were

9    relevant and that you -- whether or not you

10   had any questions concerning them?

11       A.  Yes.  I was issued the standards on

12   October 1st, I got it -- actually, it was a,

13   a note.  October 1, 2003.  Romella, attached

14   is a copy of your employee performance for

15   October 1, 2003 to September 30 of 2004.

16   Please review.  If you would like to add or

17   delete any items let me know.  Michelle

18   Stroman.

19       I reviewed the standards, I looked at

20   the standards.  The standards are not

21   possible to meet because there is no

22   program.  And so, I wrote an e-mail to

23   Michelle on 10/23/2003, 8:18 a.m.  In order

24   to work within the performance standards

25   provided to me on October 1st, 2003, please

**County Court**
**REPORTERS** INC.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES
800.262.8777   Historic Jordan Springs ⟨ 1150 Jordan Springs Road ⟨ Stephenson, VA 22656   540.667.6562 FAX
www.CountyCourtReporters.com

## Page 97

1 issued these standards on 10/1/03, the
2 beginning of the fiscal year.
3 CONTINUATION OF DIRECT
4 EXAMINATION BY MS. ANDERSON:
5 Q. Did you, at the time, what's the
6 usual practice, sit out with your, whoever
7 your first level supervisor was to go over
8 the standards to determine that they were
9 relevant and that you -- whether or not you
10 had any questions concerning them?
11 A. Yes. I was issued the standards on
12 October 1st, I got it -- actually, it was a,
13 a note. October 1, 2003, Romella, attached
14 is a copy of your employee performance for
15 October 1, 2003 to September 30 of 2004.
16 Please review. If you would like to add or
17 delete any items let me know. Michelle
18 Stroman.
19 I reviewed the standards, I looked at
20 the standards. The standards are not
21 possible to meet because there is no
22 program. And so, I wrote an e-mail to
23 Michelle on 10/23/2003, 8:18 a.m. In order
24 to work within the performance standards
25 provided to me on October 1st, 2003, please

## Page 98

1 provide me with all files that exist
2 pertinent to the BLM's Title VI Program.
3 Files should include IM's, IB's, directives,
4 guidelines, policies and copies of compliance
5 report -- review reports, et cetera. In
6 order for me to begin to manage the program
7 I need to review documents to see what has
8 happened in the BLM's Title VI Program.
9 Just as I, as I -- just as I was required
10 to turn over files relevant to the Student
11 Employment Program, I need the same advantage
12 as, as those managing the Student Employment
13 Program in order to grasp the BLM's Title VI
14 Program. Thanks.
15 I get an e-mail back on 10/23/2003.
16 I'm sorry, my e-mail was sent 10/16/2003, I
17 get an e-mail back on 10/23/2003. I would
18 like to meet with you on Friday, October
19 23rd, 2003 at 10:00 in my office to discuss
20 this matter. And this e-mail was sent to me
21 from Michelle Stroman cc'ing Marilyn Johnson.
22 And then she does notes to that
23 meeting held Friday, October 23rd. This is
24 in response to your e-mail message of
25 October 16th, Subject, Title VI Information.

## Page 99

1 In your message you requested that I provide
2 you with all the files that exist pertinent
3 to the BLM's Title VI Program. As cited in
4 the U.S. Commission on Civil Rights Report
5 entitled Ten Year Checkup, Have Federal
6 Agencies Responded to Civil Rights
7 Recommendations dated June 12th, 2003, the
8 Department of the Interior and the BLM were
9 criticized for non-response to the need --
10 to the need to enforce Title VI. The report
11 listed the BLM as one of the bureaus in the
12 Department that did not have a Civil Rights
13 Specialist employed to do civil rights
14 compliance. Therefore, we do not have any
15 IM's, IB's, directives, guidelines, policies
16 or copies of compliance review reports. In
17 accordance to your position description, and
18 then she goes on to tell me what I'm
19 supposed to be doing.
20 At that meeting I said, Michelle,
21 this further supports that there is no Title
22 VI Program. So, what am I expected to do?
23 She said, Romella, we want you to build a
24 program. I said, hell, I built the one I
25 was in. I said, what incentive would I have

## Page 100

1 to build another program? First of all, I'm
2 not being compensated to build programs.
3 I've never been compensated for building the
4 one I had, fully compensated. I said, and
5 if I build a program, with Marilyn's premise
6 she can just take me out of it because she
7 has the prerogative and then put somebody
8 else in it and pay them more money. I
9 don't think so. She says, well, just do
10 something, just do something.
11 So, she wanted me to sign the
12 performance standards. I told her I am not
13 in a position to sign these performance
14 standards and I did not sign them. So,
15 that's where we left the performance
16 standards.
17 Also, I have an e-mail that was sent
18 to -- oh, let me give you this. I'm giving
19 you a copy of this and it's in the e-mails
20 that went back and forth regarding these
21 standards. I was -- I am also going to
22 give you the position description that goes
23 with the new assignment.
24 Q. This is for the Equal Opportunity
25 Specialist...


County Court REPORTERS, Inc.
The Nation's Leader in Digital Litigation Support Technology
CORPORATE OFFICES

800.262.8777    Historic Jordan Springs ∠ 1160 Jordan Springs Road ∠ Stephenson, VA 22656    540.667.6562 FAX
www.CountyCourtReporters.com