EXHIBIT D2b

Standard Form 50-B
7/91
Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| A[...]LD, ROMELLA J. | [redacted] | 05/09/52 | 08/10/03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature Of Action |
|---|---|
| 721 | REASSIGNMENT |
| 5-C. Code | 5-D. Legal Authority |
| N2M | REG 335.102 |
| 5-E. Code | 5-F. Legal Authority |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |
| 6-C Code | 6-D. Legal Authority |
| | |
| 6-E. Code | 6-F. Legal Authority |

| FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SCEP PROGRAM MANAGER<br>WO73000   004301A | EQUAL OPPORTUNITY SPECIALIST<br>WO72000   0010150 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0301 | 13 | 08 | $ 85169 | PA | GS | 0360 | 13 | 08 | $ 85169 | PA |
| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay | | |
| $ 75545 | $ 9624 | $ 85169 | $ 0 | | | $ 75545 | $ 9624 | $ 85169 | $ 0 | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| WASHINGTON OFFICE, BUR OF LAND<br>ASST DIR. HUMAN RESOURCES MGMT<br>WORKFORCE PLANNING GROUP | WASHINGTON OFFICE, BUR OF LAND<br>ASST DIR. HUMAN RESOURCES MGMT<br>EQUAL EMPLOYMENT OPPORTUNITY<br><br>WASHINGTON, DC |

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 - None   3 - 10-Point/Disability   5 - 10-Point Other<br>1   2 - 5-Point   4 - 10-Point Compensable   6 - 10-Point/Compensable/30% | 1   0 - None   2 - Conditional<br>1 - Permanent   3 - Indefinite | F SEX | YES   NO X |
| 27. FEGLI | 28. Annuitant Indicator | | 29. Pay Rate Determinant |
| C0  BASIC ONLY | 9  NOT APPLICABLE | | 0 |
| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
| 1  CSRS | 10/21/73 | F  FULL-TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General<br>1   2 - Excepted Service   4 - SES Career Reserved | E  E - Exempt<br>   N - Nonexempt | | 7777 |
| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) | | |
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA | | |
| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
| CLS NC 00 | N | 13 | 8 | NONSENSITIVE/LOW RI |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF LAND MGMT | *Linda G Bell* (signature)<br>PERSONNEL MANAGEMENT SPEC<br>031228387 |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
| IN05 | 1868 | 08/08/03 | |

EXHIBIT D2b

Form DI-2002
December 1997



# DEPARTMENT OF THE INTERIOR
# EMPLOYEE PERFORMANCE PLAN AND RESULTS REPORT

| Employee's Name: Romella Arnold | Rating Period: 10/01/03-09/30/04 |
|---|---|
| Title/Series/Grade: Equal Opportunity Specialist, GS-360-13 | Bureau/Office: BLM/EEO |
| Duty Location: Washington, D.C. | |

## PART I. PERFORMANCE PLAN

RESULTS (Enter: *Achieved or Not Achieved*)

**CRITICAL RESULTS** (*Lists no more than five*)

**A. Program Responsibility.** Provides overall guidance and direction for BLM's External (Public) and Internal (DOI) Civil Rights Program. Serves as the advisor and internal consultant to BLM's management officials regarding the Civil Rights Program, eg. Federal financial assistance and Federally conducted programs. Develops, reviews, and/or recommends policy and procedures in assigned areas. Represents BLM to the Department and other Federal agencies. Attends meetings and conferences on Civil Rights issues. Participates on task forces, work groups and other teams as necessary.

**B. Training.** Develops and administers training for all BLM EEO managers regarding Title VI and Title IX program. Training program will consist of procedures and guidelines for the program.

**C. Communication.** Contributes to work environment that fosters communication, cooperation, and efficiency and that promotes the morale of the entire staff.

**D. Special Projects.** Leads and assist in carrying out special projects related to the Civil Rights and Equal Opportunity Programs as assigned. Reviews and comments on proposed changes to policies, regulations, procedures, and programs from the Department and/or OPM.

**PERFORMANCE INDICATORS.** Appraisals should fairly reflect the overall performance of an employee. Performance indicators identify those characteristics (such as quality, teamwork, customer service) that are important to successful performance in each critical result. In appraising an employee's performance, the rating official will carefully review the performance indicators in assessing whether a particular critical result has been achieved by the employee.

Generally, an employee will not be rated as "Results Not Achieved" in the critical result to which a particular performance indicator applies where there is only one failure in that performance indicator. It follows, of course, that a repetition of failures in a single performance indicator can be the basis for a "Results Not Achieved" rating for the critical result if, in the rating official's judgment, the critical result was not met overall. There may be situations where a single, particularly significant failure to maintain the level of performance expected in a particular performance indicator could warrant a determination that the employee will receive a "Results Not Achieved" for the applicable critical result. A significant failure could include, for example, harm to persons or property, a loss of a great amount of money or resources, or a breach of security.

*e or underline the applicable critical result letter(s).*
**...LITY**

Apply to Critical Result(s):

| Category | All | | | |
|---|---|---|---|---|
| **Knowledge of Field or Profession:** Maintains and demonstrates technical competence and/or expertise in areas of assigned responsibility. | All | A D | B E | C |
| **Accuracy and Thoroughness of Work:** Plans, organizes, and executes work logically. Anticipates and analyzes problems clearly and determines appropriate solutions. Work is correct and complete. | All | A D | B E | C |
| **Soundness of Judgment and Decisions:** Assesses tasks objectively and researches and documents assignments carefully. Weighs alternative courses of action, considering long and short term implications. Makes and executes timely decisions. | All | A D | B E | C |
| **Effectiveness of Written Documents:** Written work is clear, relevant, concise, well organized, grammatically correct, and appropriate to audience. | All | A D | B E | C |
| **Effectiveness of Communications:** Presentation meets objectives, is persuasive, tactful, and appropriate to audience. Demonstrates attention, courtesy, and respect for other points of view. | All | A D | B E | C |
| **Timeliness of Meeting Deadlines:** Completes work in accordance with established deadlines. | All | A D | B E | C |
| **Effectiveness of Supervision:** Directs and coordinates activities of unit, assuring deadlines are met. Coaches, counsels, develops, and utilizes staff effectively, demonstrating a commitment to the workforce. | All | A D | B E | C |
| **Other (specify):** | All | A D | B E | C |

**...MWORK**

Apply to Critical Result(s):

| Category | | | | |
|---|---|---|---|---|
| **Participation:** Willingly participates in group activities, performing in a thorough and complete fashion. Communicates regularly with team members. Seeks team consensus. | All | A D | B E | C |
| **Team Leadership:** Provides encouragement, guidance, and direction to team members as needed. Adjusts style to fit situation. | All | A D | B E | C |
| **Cooperation:** Supports team initiatives. Demonstrates respect for team members, accepts the views of others, and actively supports team decisions. | All | A D | B E | C |
| **Other (specify):** | All | A D | B E | C |

**CUSTOMER SERVICE**

Apply Critical Result(s):

| Category | | | |
|---|---|---|---|
| **Quality of Service:** Delivers high quality products and service to both external and internal customers. Initiates and responds to suggestion for improving service. | All | A C E | B D |
| **Timeliness of Service:** Delivers quality products and service, in accordance with time schedules agreed upon with customer. | All | A C E | B D |
| **Courtesy:** Treats external and internal customers with courtesy and respect. Customer satisfaction is high priority. | All | A C E | B D |
| **Other (specify):** | All | A C E | B D |

2

**PART II. PROGRESS REVIEWS:** Date of review and initials of employee and Rating Official (R.O.) <u>must</u> also be provided for each review. A summary of comments is optional unless results are not being achieved.

| | Date: _____ |
| | Emp. Initials: _____ |
| | R.O. Initials: _____ |
| | |
| | Date: _____ |
| | Emp. Initials: _____ |
| | R.O. Initials: _____ |

**PART III. SUMMARY RATING:** (Enter: Achieved or Not Achieved on this line)
RESULTS _____
*Space i provided to summarize the basis for rating given. A "Results Not Achieved" rating requires explanation; if more space is needed, provide additional comments as an attachment.*

**PART IV. CERTIFICATION:** *(Employee's signature certifies review and discussion with the Rating Official. It does not necessarily mean that the employee concurs with the information on this form.)*

| Performance Plan: *(Sign when plan is established)* | Summary Rating: *(sign when rating is completed)* |
|---|---|
| Employee       Date | Rating Official    Date |
| *Michelle Thomas*    10/7/03 | |
| ng Official    Date | Reviewing Official    Date (required for summary rating of "Results Not Achieved") |
| Reviewing Official    Date (when required by Bureau/Office) | Employee    Date |

Privacy Act Notice: Submission of information is mandatory. Failure to provide information will prohibit data collection required by the Office of Personnel Management.

*met with employee on October 7, 2003. Employee declined to sign the Employee Performance Plan and Results Report (EPPRR). Employee given a copy.*

*Michelle Thomas*

3