# National Program Manager,
## Historically/Predominantly Black Colleges and University Programs
## GS-301-14

### I. Introduction

This position functions as the National Program Manager for the Bureau of Land Management's (BLM) Historically/Predominantly Black Colleges and Universities (H/PBCU) Programs and initiatives. The overall objectives of the H/PBCU Programs are to develop programs, and create opportunities for the participation of H/PBCU institutions in the areas of natural resource management and administration and to assist in the development and implementation of programs or projects involving natural resource and environment management and protection. In this position, the incumbent serves as the BLM's expert, national coordinator and management liaison of H/PBCU programs throughout the headquarters and fourteen major State and National Center (S/C) organizations and Department of Interior. The incumbent provides leadership and guidance in the formulation and coordination of programs, projects, activities, and opportunities to promote the mission and goals of the BLM to sustain the health, diversity and productivity of public lands for the use and enjoyment of present and future generations. The incumbent is specifically responsible for advancing Department of Interior/Bureau of Land Management linkages with H/PBCU institutions and national/international minority organizations.

### II. Duties

The incumbent performs the following representational duties:

Serves as program manager and principal field liaison for the Bureau's H/PBCU programs.

Advises, coordinates, and provides leadership for the Bureau's H/PBCU activities with respect to the Department of the Interior's policies, regulations, and overall program goals.

Evaluates effectiveness of programs through a variety of means, including review of recruitment activities, discussions with managers and professional staffs, H/PBCU i representatives and students. Make site visits to check on progress and compliance with programs requirements.

Advises the Manager, Washington Office (WO) Equal Employment Opportunities (EEO) Group on the implications of proposed new or revised policies and regulations and legislative proposals.

Directs activities of Campus Liaison Officers, IPAs, interns and details.


DEPOSITION EXHIBIT
Exhibit D2p

Provides leadership and guidance to H/PBCU institutions and minority-serving organizations in developing and implementing national/international activities on program initiatives, developments, requirements and trends to facilitate recruitment and community outreach activities.

Provides leadership in the formulation of policies, programs, and new concepts to promote African American student recruitment and related counseling, academic program development, and outreach activities. Initiates, plans, conducts, and/or participates in national and regional meetings, workshops, seminars, and conferences for the purpose of gaining support of and advancing BLM's objectives. Represents Bureau at a variety of meetings and conferences and maintains effective relationships with professional, student, and other groups concerned with the H/PBCU programs.

Develops and monitors budget, allocations and expenses in support of all activities under the realm of the H/PBCU institutions and the National Association of Equal Opportunity in Education (NAFEO). Recommends approval or disapproval of, and level of funding for, specific projects.

Serves on college and university committees and provides information and advice to regents, administrative officials, faculty, staff and students on developmental opportunities/support available throughout the Bureau and the Department of Interior.

Provides guidance in training management and employees to help stimulate an awareness and understanding of DOI/BLM linkages to H/PBCUs and a cast of minority organizations including National Association for Equal Opportunity in Higher Educations (NAFEO), Minorities in Agriculture, Natural Resources and Related Sciences (MANRRS), Minorities in Forestry and related Renewable Resources (MINFORS) and the Environmental Career Organization (ECO), Blacks in Government, NAACP, and Urban League.

Plans, conducts and/or participates in activities to promote multi-cultural diversity in higher education and workforce. Such activities include workshops, demonstrations, field days, tours and special events involving faculty, students, and staff, BLM, agencies, and State and local government officials.

Develops and maintains effective relationships with social and professional African American associations to coordinate and promote programs, activities and opportunities of mutual interest and benefits.

Works with elementary and secondary schools to improve "the image of natural resources" and to facilitate the entrance of students into higher education in the natural resources disciplines.

Serves as the Department of the Interior's representative to the President's Committee on the Employment of People with Disabilities.

Serves on the Bureau's National Recruitment Team. In this capacity participates in the formulation of BLM national recruitment strategies for entry level positions and monitors the progress of minorities and women advancement under this initiative.

### III. Evaluation Factors

#### Factors 1: Knowledge Required by the Position

- Knowledge of historical, cultural, and sociological experiences of the African American community, as well as other minorities and women.

- Ability to work with a variety of individuals and groups as well as with local, State, and Federal agencies, in order to serve as liaison and spokesperson to further the Bureau and Department's objectives on program and issues in the program area.

- Knowledge of natural resource management programs such as Cultural Resources, Rangeland Management, Wildlife, Forestry, Recreation, Wilderness, Soil Air and Water, Lands and Realty, Planning and Environmental Protection, etc.

- Knowledge and skills in oral and written communication methods, techniques, and procedures to effectively communicate BLM/DOI programs, objectives, and goals to university facility, members of various committees; social and professional African American organization; students and to representatives of local, State, and Federal governments innovative approaches and established methods and practices.

- Ability to plan, prepare and deliver presentations before national/international groups of all sizes and to activity participate in meetings, conferences and large groups.

#### Factor 2. Supervisory Control

The Group Manager, WO EEO Group provides only general direction in terms of broadly defined Bureau Diversity objectives and program mission. Employee performs planning and oversight functions and day-to-day work independently, and decides on priorities and approaches to be taken. The employee independently formulates and develops annual work plan, develops and defends budget plan, prepares and distributes annual report, and formulates program policy. analyzes comprehensive data, plans specialty program priorities, projects future needs and determines appropriate action, criteria, standards and techniques applicable to achieve desired results.

### Factor 6. Personal Contacts

Contacts are with administrative, administrative and other personnel outside the Department such as students, faculty and staff of universities, secondary and elementary schools students and parents; BLM and other Federal agencies staff; media personnel; local, State and Federal government officials, including Members of Congress, State Legislators and governors; staff of other BLM offices and businesses. Contacts are made in highly unstructured settings. Each contact in conducted under different ground rules and the role and authority of each participant generally must be established the meetings.

### Factor 7. Purpose of Contacts

The purpose of the contact is to motivate and influence individuals in a variety of groups and settings to develop commitments, working agreements, and mutual understanding regarding significant, sensitive needs and concerns of individuals and the Bureau/Department. Contacts will involve a broad cross section of the population with widely diverse points of view and priorities. The incumbent must be skillful in discussion and negotiations to gain the kind of support and cooperation that will result in concerted efforts to meet the needs and concerns of individuals and the BLM/DOI.

### Factor 8. Physical Demands

Travel in involved, but work does not require above-average agility or strength.

### Factor 9. Work Environment

The work is usually performed in offices, meeting rooms, schools, or similar settings. The travel involves the normal everyday risks and discomforts of auto, bus, rail, and air transportation.

## POSITION DESCRIPTION (Please Read Instructions on the Back)

| | | | | | 1. Agency Position No. |
|---|---|---|---|---|---|
| 2. Reason for Submission<br>☒ Redescription ☐ New | 3. Service<br>☒ Hdqtrs. ☐ Field | 4. Employing Office Location<br>WASHINGTON, DC | 5. Duty Station | | 6. OPM Certification No. |
| ...ation (Show any positions replaced) | 7. Fair Labor Standards Act<br>☒ Exempt ☐ Nonexempt | 8. Financial Statements Required<br>☐ Executive Personnel ☐ Employment and | | | 9. Subject to IA Action<br>☐ Yes ☒ No |
| | 10. Position Status<br>☒ Competitive<br>☐ Excepted (Specify in Remarks)<br>☐ SES (Gen.) ☐ SES | 11. Position is:<br>☐ Supervisory<br>☐ Managerial<br>☒ Neither | 12. Sensitivity<br>☒ 1-Non Sensitive<br>☐ 2-Noncritical Sensitive | ☐ 3-Critical Sensitive<br>☐ 4-Special Sensitive | 13. Competitive Level Code<br><br>14. Agency Use<br>AA |

| | Official Title of Position | Pay Plan | Occupational Code | Grade | Initials | Date |
|---|---|---|---|---|---|---|
| 15. Classified/Graded by | | | | | | |
| a. U.S. Office of Personnel Management | | | | | | |
| b. Department, Agency or Establishment | | | | | | |
| c. Second Level Review | | | | | *H.J.* | |
| d. First Level Review | | | | | | |
| e. Recommended by Supervisor or Initiating Office | HISTORICALLY BLACK COLLEGES AND UNIVERSITIES | GS | 340 260 | 14 | *HJ* | 11-10-98 |

17. Name of Employee (if vacant, specify)

16. Organizational Title of Position (if different from official title)

18. Department, Agency, or Establishment  DEPT OF INTERIOR
a. First Subdivision  BUREAU OF LAND MANAGEMENT
b. Second Subdivision  OFFICE OF THE AD, HRM
c. Third Subdivision
d. Fourth Subdivision
e. Fifth Subdivision

Signature of Employee (optional)

19. Employee Review—This is an accurate description of the major duties and responsibilities of ...

20. Supervisory Certification. I certify that this is an accurate statement of the major duties and responsibilities of this position and its organizational relationships, and that the position is necessary to carry out Government functions for which I am responsible. This certification is made with the knowledge that this information is to be used for statutory purposes relating to appointment and payment of public funds, and that false or misleading statements may constitute violations of such statutes or their implementing regulations.

a. Typed Name and Title of Immediate Supervisor
GLORIA INNISS
BUREAU EO OFFICER

Signature *Gloria Inniss*  Date 11-10-98

b. Typed Name and Title of Higher-Level Supervisor or Manager (optional)

Signature    Date

21. Classification/Job Grading Certification. I certify that this position has been classified/graded as required by Title 5, U.S. Code, in conformance with standards published by the U.S. Office of Personnel Management or, if no published standards apply directly, ...

22. Position Classification Standards Used in Classifying/Grading Position

Typed Name and Title of Official Taking Action

Signature *Philena A Spencer*   Date

Information for Employees. The standards, and information on their application, are available in the personnel office. The classification of the position may be reviewed and corrected by the agency or the U.S. Office of Personnel Management. Information on classification/job grading appeals, and complaints on exemption from FLSA, is available from the personnel office or the U.S. Office of Personnel Management.

23. Position Review | Initials | Date | Initials | Date | Initials | Date | Initials | Date | Initials | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| a. Employee (optional) | | | | | | | | | | |
| b. Supervisor | | | | | | | | | | |
| c. Classifier | | | | | | | | | | |

24. Remarks

Description of Major Duties and Responsibilities (See Attached)
NSN 7540-00-634-4265  Previous Edition Usable   5008-106

Optional Form 8 (BACK) (Revised 1/85)

OF 8 (Rev. 1-85)
U.S. Office of Personnel Management
FPM Chapter 295