Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

## NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| ARNOLD, ROMELLA J. | 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 | 05/09/52 | 03/14/99 |

| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 702 | PROMOTION | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| N7M | REG 335.102 RECLASS | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| EQUAL EMPLOYMENT SPECIALIST | SCEP PROGRAM MANAGER |
| WO72000   0040570 | WO72000   0004301 |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0260 | 12 | 10 | $ 63436 | PA | GS | 0301 | 13 | 06 | $ 67697 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $ 58808 | $ 4628 | $ 63436 | $ 0 | $ 62758 | $ 4939 | $ 67697 | $ 0 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| WASHINGTON OFFICE, BUR OF LAND ASST DIR. HUMAN RESOURCES MGMT EQUAL EMPLOYMENT OPPORTUNITY WASHINGTON, DC | WASHINGTON OFFICE, BUR OF LAND ASST DIR. HUMAN RESOURCES MGMT EQUAL EMPLOYMENT OPPORTUNITY WASHINGTON, DC |

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 (1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point Other, 6-10-Point/Compensable/30%) | 1 (0-None, 1-Permanent, 2-Conditional, 3-Indefinite) | F SEX | YES  ☒ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| B  WAIVED FEGLI COVERAGE | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| 1  CSRS | 10/21/73 | F  FULL-TIME | |

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 (1-Competitive Service, 2-SES General, 2-Excepted Service, 4-SES Career Reserved) | E (E-Exempt, N-Nonexempt) | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 40. Agency Data | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| CLS  00 | N | 13 | 8 | NONSENSITIVE/LOW RI |

45. Remarks
RESULT OF ADDITIONAL DUTIES AND RESPONSIBILITIES.

| 46. Employing Department or Agency | | | Signature and Title of Approving Official |
|---|---|---|---|
| IN - BUREAU OF LAND MGMT | | | [signature] |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | AUTHORIZING OFFICIAL |
| IN05 | 1868 | 03/12/99 | 990415063 |

2 - OPF Copy - Long-Term Record - DO NOT DESTROY

DEPOSITION EXHIBIT
Notification of Personnel Action
3/14/99