UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA ARNOLD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CA No. 05-1475 (RWR) |
| v. | ) |
| | ) |
| GALE A. NORTON, | ) |
| | ) |
| Defendant. | ) |
| | ) |

NOTICE

Defendant respectfully submits this notice that the exhibit "Johnson 2004 Investigative Interview" is the same as Blue Exhibit 6.

Respectfully Submitted,

_____
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970