UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMELLA J. ARNOLD,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**GALE A. NORTON, Secretary,** )<br>**U.S. Department of the Interior,** )<br>)<br>**Defendant.** )<br>) | **Civil Action No.:**<br>**05-01475**<br><br>**Judge Richard W. Roberts** |

### PLAINTIFF'S CONSENT MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff Romella J. Arnold, by and through counsel, and files this consent motion to extend deadline to file opposition to motion for summary judgment, and in support thereof states as follows.

The court previously entered a dispositive motion briefing schedule which required the Defendant to file a motion for summary judgment on July 9., 2007 and Plaintiff to file an opposition on August 8, 2007. Defendant requested an extension until July 11, 2007 to file her motion and filed her motion on that day. Plaintiff now requests an extension until August 16, 2007 to file her opposition. Defendant consents to this motion.

Respectfully submitted,

/s/

By: _____

David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

I hereby certify this 9th day of August 2007, that a copy of the foregoing Plaintiff's Consent Motion for Extension of Time to File Opposition to Motion for Summary Judgment was sent electronically to counsel for Defendant listed below.

Rhonda C. Fields
United States Attorney's Office
555 4th Street, NW
10th Floor
Washington, D.C. 20530

/s/

_____

David A. Branch