UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GALE A. NORTON, Secretary, )<br>U.S. Department of the Interior, )<br>)<br>Defendant. )<br>) | Civil Action No.:<br>05-01475<br><br>Judge Richard W. Roberts |

## PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Comes now Plaintiff Romella J. Arnold, by and through counsel, and files this motion to extend deadline to file opposition to motion for summary judgment, and in support thereof states as follows.

Defendant has filed a motion to dismiss. The deadline to file Plaintiff's opposition was previously extended to August 16, 2007. The opposition is substantially done but the record in this case is quite voluminous and the opposition seriously exceeds the page limit imposed by the court and must be edited to comply with the court's limit on pages. Plaintiff's counsel has to respond to three dispositive motions over the next week and has two days of depositions during this period. Plaintiff will need an additional week to finalize and file the opposition. Plaintiff now requests an extension until August 23, 2007 to file her opposition. Plaintiff contacted the defendant to seek her consent to this motion but she had not responded at the time this motion was filed. Counsel notes that the Defendant was given 45 days after the last status conference to file her motion for summary judgment.

          Respectfully submitted,

          /s/

By: _____
     David A. Branch #438764
     Law Office of David A. Branch, P.C.
     1825 Connecticut Avenue, NW #690
     Washington, D.C.  20009
     (202) 785-2805
     Attorney for Plaintiff

## Certificate of Service

I hereby certify this 16th day of August 2007, that a copy of the foregoing Plaintiff's Motion for Extension of Time to File Opposition to Motion for Summary Judgment  was sent electronically to counsel for Defendant listed below.

Rhonda C. Fields
United States Attorney's Office
555 4th Street, NW
10th Floor
Washington, D.C. 20530

          /s/

_____
David A. Branch