UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 05-01475 |
| GALE A. NORTON, Secretary, ) | |
| U.S. Department of the Interior, ) | Judge Richard W. Roberts |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE CORRECTED OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**

Comes now Plaintiff Romella J. Arnold, by and through counsel, and files this motion for leave to file a corrected opposition to Defendant's motion for summary judgment, and in support thereof states as follows.

Defendant moved for summary judgment in this matter. Plaintiff filed a motion for extension of time to file the opposition until August 23, 2007, which is still pending before the court. (After the motion was filed, Defendant advised that it consented to the requested extension.) Plaintiff filed her opposition on August 23, 2007. Although the opposition was filed, Plaintiff needs to submit a corrected opposition to correct minor typographical and citation errors. Plaintiff was also unable to file the exhibits to the opposition on August 23, 2007 because his office experienced a mechanical issue with the scanner, which still has not been resolved. The cost for sending the estimated 600 pages out to a commercial copier for scanning is $1 per page, or approximately $600 and this is not cost efficient. Plaintiff is filing paper copies of the exhibits. Plaintiff is not making any substantive changes to the brief, and Defendant will not be harmed in any

way by the brief delay in filing the brief. Plaintiff sought Defendant's consent to this motion but Defendant had not responded at the time this motion was filed.

Respectfully submitted,

/s/

By: _____

David A. Branch #438764
Law Office of David A. Branch, P.C.
1825 Connecticut Avenue, NW #690
Washington, D.C. 20009
(202) 785-2805
Attorney for Plaintiff

**Certificate of Service**

     I hereby certify this 27th day of August 2007, that a copy of the foregoing Plaintiff's Motion for Leave to File a Corrected Opposition to Motion for Summary Judgment was sent electronically to counsel for Defendant listed below.

Rhonda C. Fields
United States Attorney's Office
555 4th Street, NW
10th Floor
Washington, D.C. 20530

/s/
_____

David A. Branch

2