UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROMELLA J. ARNOLD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: |
| ) | 05-01475 |
| **GALE A. NORTON, Secretary,** ) | |
| U.S. Department of the Interior, ) | Judge Richard W. Roberts |
| ) | |
| Defendant. ) | |
| ) | |

**Plaintiff's Exhibits in Support of Opposition to Motion for Summary Judgment and**

**Notice of Filing Paper Copies of Exhibits**

Plaintiff hereby submits Plaintiff's Exhibits and Notice of Filing of Paper copies of Exhibits due to the number of pages of documents in the Exhibits. The exhibits are being served on the Court and Defendant's counsel.

                                                     Respectfully submitted,

                                                     /s/
                                         David A. Branch
                                         Law Offices of David A. Branch, P.C.
                                         1825 Connecticut Avenue, NW #690
                                         Washington, D.C. 20009
                                         (202) 785-2805

**Certificate of Service**

     I hereby certify this 27th day of August 2007, that a copy of the foregoing Plaintiff's Notice of Filing of Exhibits in Support of Motion for Summary Judgment was sent electronically to counsel for Defendant listed below.

Rhonda C. Fields

United States Attorney's Office
555 4th Street, NW
10th Floor
Washington, D.C. 20530

/s/
_____
David A. Branch