UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD )<br>    Plaintiff, )<br>        v.  )<br>)<br>GALE NORTON, DEPARTMENT )<br>OF THE INTERIOR, )<br>)<br>    Defendant. ) | Civil Action No. 05-CV-01475 (RWR) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant respectfully requests an extension of time to September 24, 2007, in which to file its Reply to plaintiff's Opposition to defendant's motion for summary judgment. Due to the many issues in this case defendant is unable to reply to plaintiff's 46 page opposition and 13 page statement of disputed facts within the standard 5 day period for replies.

This is the first request for an extension of time to file defendant's reply. Counsel for plaintiff consents to this motion.

Respectfully Submitted,

     /S/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

     /S/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

     /S/
RHONDA C. FIELDS
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
202/514/6970