UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD )<br>    Plaintiff, )<br>        v. )<br>   )<br>GALE NORTON, DEPARTMENT )<br>OF THE INTERIOR, )<br>   )<br>    Defendant. ) | Civil Action No. 05-CV-01475 (RWR) |

ORDER

Upon consideration of the consent motion for an extension of time to September 24, 2007 in which defendant may file its Reply to plaintiff's Opposition to defendant's motion for summary judgment, it is hereby

ORDERED that the motion is GRANTED and defendant shall file its reply on or before September 24, 2007.

Date:  _____
                    UNITED STATES DISTRICT COURT JUDGE