UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROMELLA J. ARNOLD )<br>    Plaintiff, )<br>       v. )<br> )<br>GALE NORTON, DEPARTMENT )<br>OF THE INTERIOR, )<br> )<br>    Defendant. ) | Civil Action No. 05-CV-01475 (RWR) |

CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY

Defendant respectfully requests an extension of time to October 1, 2007, in which to file its Reply to plaintiff's Opposition to defendant's motion for summary judgment. The reply was scheduled to be filed on September 24, 2007. However, counsel has been unable to complete the reply due to other obligations, including filing of a summary judgement motion in an employment discrimination case, *Short v. Chertoff* on September 24, 2007, filing of a summary judgement motion in a FOIA matter involving National Security exemptions in *Talbot and Morley v. State*, and preparing a filing in the Court of Appeals due on September 27, 2007 in *Davis v. Federal Bureau of Prisons*.

This is the second request for an extension of time to file defendant's reply. Counsel for

plaintiff has been contacted and he has no objection to this motion.

                        Respectfully Submitted,

                        _____/S/_____
                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                        _____/S/_____
                        RUDOLPH CONTRERAS, D.C. Bar #434122
                        Assistant United States Attorney

                        _____/S/_____
                        RHONDA C. FIELDS
                        Assistant United States Attorney
                        Civil Division
                        555 Fourth Street, N.W.
                        Washington, D.C. 20530
                        202/514/6970