UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD )<br>    Plaintiff, )<br>        v. ) <br> )<br>GALE NORTON, DEPARTMENT )<br>OF THE INTERIOR, )<br> )<br>    Defendant. )<br>_____) | Civil Action No. 05-CV-01475 (RWR) |

ORDER

Upon consideration of the consent motion for an extension of time in which to file defendant's reply, it is hereby

ORDERED that the motion is granted and defendant shall file its motion on or before October 1 , 2007.


Date: _____
                        UNITED STATES DISTRICT COURT JUDGE