# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROMELLA J. ARNOLD )<br>Plaintiff, )<br>v. )<br> )<br>GALE NORTON, DEPARTMENT )<br>OF THE INTERIOR, )<br> )<br>Defendant. )<br>_____) | Civil Action No. 05-CV-01475 (RWR) |

## DECLARATION OF PHILESA A. SPENCER

I, under the penalty of perjury, declare that the following statement is true:

I am currently employed as a Human Resource Specialist, Human Resources Servicing Office, Bureau of Land Management, U.S. Department of the Interior, Washington, DC. I have held this position since 1994. My immediate supervisor is Dahlena Johnson. Some of my major duties as a Human Resource Specialist include staffing and classification of positions in the General Schedule (GS).

In my position as a Human Resource Specialist, I was responsible for the classification of Romella Arnold's position to a GS-13 as a result of an accretion of duties in 1999. In preparing this affidavit, I have reviewed personnel records. My review of such records revealed that I audited and classified Ms. Arnold's SCEP Program Manager position and determined that it was a GS-13. My name appears at the bottom of the Standard Form 50 documenting the promotion action. GS-13 is the full performance level for the SCEP Program Manager position. This position is not and was never classified as a GS-14. A GS-13/14 position would have been advertised, and Ms. Arnold would have had to compete for the position with other applicants.

I have also reviewed the document identified as plaintiff's exhibit number 2. I have never seen this document before, and it does not appear to be a document generated through the Federal Personnel Pay System (FPPS). The information contained in the document, i.e, Ms. Arnold's position as a SCEP Program Manager has promotion potential to a GS-14, is incorrect.

I have researched this matter and found that Ms. Arnold received a temporary promotion to HBCU Coordinator, GS-14, effective July 16, 2001, for 120 days. In order to effectuate this promotion, Ms. Arnold's full performance level in the FPPS was changed to a GS-14. When the temporary promotion ended on November 11, 2001, and Ms. Arnold was returned to her GS-13 SCEP Program Manager position of record, the full performance level of GS-14 was not changed

in FPPS to reflect the correct full performance level of GS-13. I am attaching copies of documents printed from FPPS showing that the full performance level prior to the temporary promotion was a GS-13. (See attachments A and B). The documents also show that the full performance level was changed to effectuate the temporary promotion to a GS-14 on July 16, 2001. (Attachment C). After the temporary promotion ended in November 2001, Ms. Arnold's grade was changed back to a GS-13 but not the full performance level. (See attachments D and E). This was an error.

I declare under the penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 20th day of September 2007.

Philesa A. Spencer

```
09/18/07              ** FEDERAL PERSONNEL/PAYROLL SYSTEM **           PB313M1
08:56:29               * POSITION SF50/52 INFORMATION *                PB313P1
COMMAND:       <===================================================<<<<<<<
ARNOLD, ROMELLA J.          ███████████   03/14/99  702        99 0415063
DEPT/BUREAU: IN05 SUBBUREAU: WO        ORGANIZATION CODE: WO72000___
POI/SERVICING PERS OFC: 1868 ? /  WA ?  POSITION NUMBER/SUFFIX: 0004301 001
*************************************************************************
   REVIEW DATA AND PRESS ENTER.

PSN TITLE CODE       : AA ?  PSN TITLE OPM: SCEP PROGRAM MANAGER_____
CLASS CODE           : ____  PSN TITLE ORG: _____
PAY PLAN             : GS ?                GRADE             : 13 ?
OCC SERIES           : 0301 ?              FULL PERF LEVEL   : 13
PAY BASIS            : PA ?                FLSA              : E  ?
SUPERVISORY STATUS:    8 ?                 FUNCTIONAL CLASS  : 00 ?
DUTY STATION         : 11   0010  001 ?    BARGAINING UNIT STAT: 7777 ?
POSITION OCCUPIED    : 1 ?                 PSN SENS: 1 ?  ADP SEC: N ?
WORK SCHEDULE        : F ?                 POSITION ALLOCATION :  _____
APPROPRIATION CODE:  _____  LOCALITY PAY AREA : 80

MORE
Enter PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
     NEXT HELP NPAD ESC  MAIN                              BACK        EXIT
```

*Attachment A*

```
09/18/07           ** FEDERAL PERSONNEL/PAYROLL SYSTEM **          PB313M1
08:55:06            * POSITION SF50/52 INFORMATION *               PB313P1
COMMAND:      <===================================================<<<<<<<
ARNOLD, ROMELLA J.         [REDACTED]   01/14/01  892      01 0259774
DEPT/BUREAU:  IN05 SUBBUREAU: WO       ORGANIZATION CODE: WO73000
POI/SERVICING PERS OFC: 1868 ? /  WA ? POSITION NUMBER/SUFFIX: 0004301 001
**************************************************************************
     REVIEW DATA AND PRESS ENTER.

     PSN TITLE CODE      : AA ?   PSN TITLE OPM: SCEP PROGRAM MANAGER
     CLASS CODE          :        PSN TITLE ORG:
     PAY PLAN            : GS ?            GRADE               : 13 ?
     OCC SERIES          : 0301 ?          FULL PERF LEVEL     : 13
     PAY BASIS           : PA ?            FLSA                : E ?
     SUPERVISORY STATUS: 8 ?               FUNCTIONAL CLASS    : 00 ?
     DUTY STATION        : 11  0010   001 ?  BARGAINING UNIT STAT: 7777 ?
     POSITION OCCUPIED : 1 ?               PSN SENS: 1 ?  ADP SEC: N ?
     WORK SCHEDULE       : F ?             POSITION ALLOCATION :
     APPROPRIATION CODE:                   LOCALITY PAY AREA : 80

MORE
Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
NEXT  HELP  NPAD  ESC       MAIN                              BACK        EXIT
```

Attachment 3

```
 09/18/07           ** FEDERAL PERSONNEL/PAYROLL SYSTEM **          PB313M1
 08:52:00            * POSITION SF50/52 INFORMATION *               PB313P1
 COMMAND: ____  <========================================<<<<<<<
 ARNOLD, ROMELLA J.        ███-██-████   07/16/01  703      01 1061536
 DEPT/BUREAU:  IN05  SUBBUREAU: WO       ORGANIZATION CODE: WO73000____
 POI/SERVICING PERS OFC: 1868 ? /  WA ?  POSITION NUMBER/SUFFIX: 004294A 001
 ****************************************************************************
   REVIEW DATA AND PRESS ENTER.

   PSN TITLE CODE      : AA ?  PSN TITLE OPM: HBCU COORDINATOR_____
   CLASS CODE          : ____        PSN TITLE ORG: _____
   PAY PLAN            : GS ?                    GRADE              : 14 ?
   OCC SERIES          : 0301 ?                  FULL PERF LEVEL    : 14
   PAY BASIS           : PA ?                    FLSA               : E ?
   SUPERVISORY STATUS:  8 ?                      FUNCTIONAL CLASS   : 00 ?
   DUTY STATION        : 11   0010   001 ?       BARGAINING UNIT STAT: 7777 ?
   POSITION OCCUPIED   : 1 ?                     PSN SENS: 1 ?   ADP SEC: N ?
   WORK SCHEDULE       : F ?                     POSITION ALLOCATION : ____
   APPROPRIATION CODE: _____          LOCALITY PAY AREA  : 80

   MORE
 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
   NEXT  HELP  NPAD  ESC    MAIN                                BACK      EXIT
```

*Attachment C*

```
 09/18/07            ** FEDERAL PERSONNEL/PAYROLL SYSTEM **                PB313M1
 08:53:23             * POSITION SF50/52 INFORMATION *                     PB313P1
 COMMAND: ____    <=======================================================<<<<<<<
 ARNOLD, ROMELLA J.          ***-**-****      11/17/01  713        01 1215822
 DEPT/BUREAU:  IN05 SUBBUREAU: WO        ORGANIZATION CODE: WO73000____
 POI/SERVICING PERS OFC: 1868 ? /  WA ?  POSITION NUMBER/SUFFIX: 004294A 001
 ****************************************************************************
   REVIEW DATA AND PRESS ENTER.

   PSN TITLE CODE        : AA ?  PSN TITLE OPM: SCEP PROGRAM MANAGER_____
   CLASS CODE            : _____ PSN TITLE ORG: _____
   PAY PLAN              : GS ?             GRADE                : 13 ?
   OCC SERIES            : 0301 ?           FULL PERF LEVEL      : 14
   PAY BASIS             : PA ?             FLSA                 : E ?
   SUPERVISORY STATUS:     8 ?              FUNCTIONAL CLASS     : 00 ?
   DUTY STATION          : 11  0010  001 ?  BARGAINING UNIT STAT : 7777 ?
   POSITION OCCUPIED :     1 ?              PSN SENS: 1 ?   ADP SEC: N ?
   WORK SCHEDULE         : F ?              POSITION ALLOCATION  : _____
   APPROPRIATION CODE: _____      LOCALITY PAY AREA    : 80

   MORE
 Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
       NEXT  HELP  NPAD  ESC   MAIN                          BACK        EXIT
```

Attachment D

```
10:51:07 Tue Sep 18, 2007

  09/18/07           ** FEDERAL PERSONNEL/PAYROLL SYSTEM **          PB313M1
  08:48:26            * POSITION SF50/52 INFORMATION *               PB313P1
  COMMAND: ____   <===================================================<<<<<<<
  ARNOLD, ROMELLA J.      ███████████      06/04/03  840       03 0973053
  DEPT/BUREAU:  IN05 SUBBUREAU: WO      ORGANIZATION CODE: WO73000____
  POI/SERVICING PERS OFC: 1868 ? /   WA ?  POSITION NUMBER/SUFFIX: 004301A 001
  ************************************************************************
    REVIEW DATA AND PRESS ENTER.

  PSN TITLE CODE        : AA ?  PSN TITLE OPM: SCEP PROGRAM MANAGER_____
  CLASS CODE            : ____  PSN TITLE ORG: _____
  PAY PLAN              : GS ?           GRADE                    : 13 ?
  OCC.SERIES            : 0301 ?         FULL PERF LEVEL          : 14 ;
  PAY BASIS             : PA ?           FLSA                     : E ?
  SUPERVISORY STATUS:     8 ?            FUNCTIONAL CLASS         : 00 ?
  DUTY STATION          : 11  0010  001 ?  BARGAINING UNIT STAT:  7777 ?
  POSITION OCCUPIED     : 1 ?            PSN SENS: 1 ?    ADP SEC: N ?
  WORK SCHEDULE         : F ?            POSITION ALLOCATION   : _____
  APPROPRIATION CODE:    _____  LOCALITY PAY AREA    : 80

  MORE
  Enter-PF1---PF2---PF3---PF4---PF5---PF6---PF7---PF8---PF9---PF10--PF11--PF12---
   NEXT  HELP  NPAD  ESC   MAIN                                BACK        EXIT
```

Attachment E